*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mark Bochra, individually and on
Behalf of all Others Similarly Situated,

        Plaintiff,

   v.

The 7th Circuit Judicial Council & Former and Current
Members[1] of the 7th Circuit Judicial Council as
Investigators in both their official and individual
Capacities overseeing judicial misconduct proceedings

<u>Members</u>:
Involved in Targeting Mark Bochra since 2022

Investigator Diane Sykes (removed in January of 2026);
Investigator Michael Brennan;
Investigator Frank H. Easterbrook;
Investigator Ilana Diamond Rovner;
Investigator Michael Y. Scudder, Jr;
Investigator Amy J. St Eve;
Investigator Thomas L. Kirsch II;
Investigator Candace Jackson-Akiwumi;
Investigator Jonn Z. Lee;
Investigator Doris L. Pryor;
Investigator Joshua P. Kolar;
Investigator Nancy L. Maldonado;
Investigator Diane Wood (resigned);
Investigator Rebecca Pallmeyer;
Investigator Sara Ellis;
Investigator Gary Feinerman (resigned);
Investigator Jon DeGuilio;
Investigator Tanya Walton Pratt;
Investigator Sara Darrow;
Investigator Nancy J. Rosenstengel;
Investigator James D. Peterson;
Investigator Pamela Pepper;
Investigator Sharon J. Coleman; and
Investigator Edmond Chang in their individual & official
Capacities

Civil Action No.

   Case: 1:26−cv−02383 JURY DEMAND
   Assigned To : Unassigned
   Assign. Date : 7/3/2026
   Description: Pro Se Gen. Civ. (F−DECK)

---

[1] See https://www.ca7.uscourts.gov/pages/LandingPage.php?page=judicial-council See
https://policystability.com/post/2025-12/judicial-rebellion-the-erosion-of-accountability-in-americas-courts/

1

RECEIVED

JUL 3 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

<u>And</u>

7th Circuit Court of Appeals and Members of the 7th Circuit Court
Of Appeals in both their official and individual capacities overseeing
Both judicial misconduct proceedings and appeal Proceedings.[2]

<u>Known Members:</u>
Involved in Targeting Mark Bochra since 2022

Current Chief Judge Michael Brennan;
Former Chief Judge and current Judge Diane Sykes;
Judge Frank H. Easterbrook;
Judge Ilana Diamond Rovner;
Judge Michael Y. Scudder, Jr;
Judge Amy J. St Eve;
Judge Thomas L. Kirsch II;
Judge Candace Jackson-Akiwumi;
Judge Jonn Z. Lee;
Judge Doris L. Pryor;
Judge Joshua P. Kolar;
Former Judge Diane Wood (resigned); and
Judge Nancy L. Maldonado in their individual and official capacities

David E. Hollar Circuit Executive presiding over the Administrative
Work of the 7th Circuit Judicial Council Under 28 U.S.C. §332(e)
Official Capacity;

Jim Richmond former docket supervisor for the 7th circuit and
Current employee in both his official and individual capacity; and

Clerk #1 Jane Doe Supervisor, Clerk Paige Shore, and Clerk #10
Jane Doe Intake specialist for judicial misconduct complaints in both
Their official and individual capacities.

<u>And</u>

Judicial Conference Committee and their members[3] in both their
Official and individual capacity overseeing Judicial Misconduct

---

[2] See https://www.ca7.uscourts.gov/pages/LandingPage.php?page=judges-of-the-court
[3] See Members as of January 2026 https://www.uscourts.gov/sites/default/files/document/jcus_members_2026-jan.pdf (Chief Judge James Boasberg is excluded along with Chief Judge John J. McConnell, Jr, Chief Judge Brenda Kay Sannes, Chief Judge Wendy Beetlestone, Judge Joseph F. Anderson, Jr, Chief Judge Randy Crane. Chief Judge Hala Y because currently there is an ongoing complaint that is pending and Virginia Kendall has been pulled for an interview for the month of July 2026 https://www.ilnd.uscourts.gov/judge_display.php?LastName=Kendall if Virginia Kendall retaliates as always, then the new members shall become an accomplice in her crimes and will be named future defendants but for now they are <u>good people</u>). See *Caryn Strickland v. US*, No. 21-1346 (4th Cir. 2022) https://law.justia.com/cases/federal/appellate-courts/ca4/21-1346/21-1346-2022-04-26.html

"*I came to complete not to refute. I came light to the World.*" Jesus Christ

Proceedings of all Circuit Courts of U.S.A including 7[4]th Circuit Judicial Council.

Chief Judge David Jeremiah Barron;
Judge William E. Smith;
Chief Judge Debra Ann Livingston;
Chief Judge Margo K. Brodie;
Chief Judge Michael A. Chagares;
Chief Judge Mitchell S. Goldberg;
Chief Judge Albert Diaz;
Judge John Bailey;
Chief Judge Jennifer Walker Elrod;
Chief Judge Debra M. Brown;
Chief Judge Jeffrey S. Sutton;
Judge S. Thomas Anderson;
Chief Judge Diane S. Sykes;
Chief Judge Virginia M. Kendall;
Chief Judge Steven M. Colloton;
Chief Judge Roberto A. Lange;
Chief Judge Mary H. Murguia;
Judge Leslie E. Kobayashi;
Chief Judge Jerome A. Holmes;
Chief Judge William Paul Johnson;
Chief Judge William H. Pryor, Jr.;
Judge Lisa Wood;
Chief Judge Srikanth Srinivasan;
Chief Judge Kimberly A. Moore;
Chief Judge Mark Barnett;

**And**

John G. Roberts, Jr.,
In his official capacity as Presiding Officer of
The Judicial Conference of the United States,
1 First Street NE,
Washington, D.C. 20543; and

Robert J. Conrad,
In his official capacity as Director of the
Administrative Office of the U.S. Courts,
One Columbus Circle, NE
Washington, D.C. 20544

**And**

---

[4] See recent research https://www.villanovalawreview.com/article/155028-federal-judicial-misconduct-the-need-for-higher-standards-on-lower-courts

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

U.S. District Court for the Northern District of Illinois in its
Official capacity;

Executive Committee of Northern District of Illinois in its
Official and individual Capacity;

<u>Known Members of the Executive Committee</u>:
Involved in Targeting Mark Bochra since 2022

Former Chief District Judge Rebecca Pallmeyer;
Former Chief Magistrate Judge Sheila Finnega (resigned)[5];
Former Judge Gary Feinerman (resigned);
Former Judge John Z Lee (elevated to the 7th Circuit);
Clerk of the District Court Thomas Bruton; and
Current Chief Judge Virginia Kendall in their official
And individual capacities

**<u>And</u>**

Current Members of the Executive Committee as of 2025
In both their official and individual capacity

<u>Known Members of the Executive Committee</u>:
Involved in Targeting Mark Bochra since 2025

Chief Judge Virginia Kendall;
Chief Magistrate Judge David Weisman;
Clerk of the District Court Thomas Bruton; and remaining 5
John Doe members in their official and individual capacities

**<u>And</u>**

Judge Sara Ellis co-conspirator in her individual and official
Capacity and as a member of the 7th Circuit Judicial Council; and

Rhonda Johnson co-conspirator Courtroom deputy for Judge
Sara Ellis in both her individual and official capacity

**<u>And</u>**

Sergio Hernandez (valet) co-conspirator (Stalker 1);
Alicia McNeal co-conspirator (Stalker 2);
Former U.S. Marshal Jerome Sliva co-conspirator (Stalker 3); and

---

[5]  She opposed the nomination of Judge Emil Bove and he was better than her (she is full of rage from within)
https://societyfortheruleoflaw.org/wp-content/uploads/Former-Judges-Letter-Opposing-Bove-Nomination.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Hon. LaDon Reynolds U.S. Marshal Director for the Northern District Of Illinois overseeing the operation of the local office and a Witness to the Executive Committee's past and current crimes

**And**

William Fletcher former inspector general & Philip Wagenknecht Co-conspirator current Inspector general for Chicago Public Schools in Both their official and individual capacities;

Kelly Tarrant co-conspirator former deputy manager for Chicago Public School in both her official and individual capacity; and

Jennifer Reger co-conspirator director for Administrative Hearings and Libby Massey co-conspirator current deputy general Counsel for Chicago Public Schools in both their official and individual capacities.

**And**

Principal Lorenzo Cervantes and Principal Andrew Carpenter Co-conspirator at District 69 in both their official and individual Capacities[6];

Superintendent Margaret Clauson and Assistant Superintendent Megan Aseltine co-conspirator bribing Mark with 5k hush money, Extorting him with retaliation by not report further crimes; and

Board Members of District 69 in both their official and individual Capacities.[7]

**And**

Sarah Terman co-conspirator former Assistant U.S. Attorney (current Senior litigation counsel) in both her official and individual capacity;

John Kocoras (resigned) co-conspirator former First Assistant U.S. Attorney in both his official and individual capacity.

---

[6] The Board of D69 in June 2026 meeting https://meetings.boardbook.org/Public/Agenda/1794?meeting=738896 removed Andrew Carpenter as the principal of Edison and moved him to be an administrator for teaching and learning while Lorenzo Cervantes the main perpetrator who targeted me on the day my supreme court petition was delivered in the morning of May 7, 2025 in 24-7206 against the Executive Committee and the 7th Circuit, the board removed Lorenzo Cervantes from Lincoln Junior High School and moved him to Edison however shifting jobs around doesn't cure their crimes along with the board trying to offer me 5k hush money. See OCR Complaint 05-25-1626 https://www.supremecourt.gov/DocketPDF/24/24-7206/358818/20250515104228649_20250515-103727-06833992-00009523.pdf FBI reports were also filed. This is the second time my place of work is targeted.

[7] See https://www.sd69.org/board-of-education

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**And**

Lucas Doenges Secret Service, Chicago field office covert
(Co-conspirator) in both his official and individual capacity; and

Director Sean M Curran of Secret Service overseeing Lucas Doenges
Covert behavior in his official capacity.

**And**

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue, S.W.
Washington, DC 20202;

Linda McMahon Secretary for the Department of Education &
Kimberly M. Richey (IHRA definition on DOE website)[8]Secretary for
Office for Civil Right in both their Official and individual capacities;

Kenneth L. Marcus co-conspirator (FARA Violation)[9] Former
Secretary for Office for Civil Right in both his Official and individual
Capacity; and

Melanie Velez co-conspirator Former OCR Atlanta Director in both
Her official and individual capacity

Defendants.

### COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEFS

NOW COMES, Plaintiff, Mark Bochra, *pro se*[10], a "Coptic"[11] & "half Jewish from his father's side" and the Founder of the "Abraham Accord"[12] and hereby brings this action after much ongoing investigations and substantial evidence against a collection of Defendants; this journey of targeting started with the Israeli lobby (Kenneth Marcus)[13] and his crimes infiltrating the federal government to implement a definition created by Israel, the IHRA definition which

---

[8] See Kenneth Marcus reply to Kimberly Richey https://x.com/Klmarcus/status/1351613990389088265
[9] See https://www.justice.gov/nsd-fara/fara-enforcement
[10] See 5th Circuit declaring "we live on the pro se planet" https://www.abajournal.com/news/article/we-live-on-a-pro-se-planet-5th-circuit-allows-parents-to-sometimes-represent-children-without-lawyers
[11] See https://en.wikipedia.org/wiki/Copts see https://x.com/CoptSolidarity/status/2070971671779873170
[12] See https://en.wikipedia.org/wiki/Abraham_Accords see https://www.state.gov/the-abraham-accords
[13] Judge Rudolph Contreras ruled against Kenneth Marcus citing my case but with false facts from the 7th Circuit, and he appealed without mentioning my name once, see *Louis D. Brandeis Center, Inc. v. EDUC* (25-5363) https://www.courtlistener.com/docket/71652853/louis-d-brandeis-center-inc-v-educ/?filed_after=&filed_before=&entry_gte=&entry_lte=&order_by=desc

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

declared "Jews didn't kill Jesus Christ."[14] What is very bizarre is evil judges of the executive committee of northern district of Illinois along the 7th Circuit doing the cover-up hated Mark Bochra for bringing such case and decided to target him the moment he filed his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887). See most recent complaint filed with the 7th Circuit leading Ms. Virginia Kendal to cancel all her hearings for the month of July 2026.[15]



Judge Sara Ellis and Chief Judge Virginia M. Kendall participate in the ceremony as Judge Young B. Kim and Judge Beth Jantz look on. Photo: Jim Slonoff



Former Assistant U.S. Attorney Scott Edenfield, Judge Berry's former supervisor, addresses crowd during ceremony. Photo: Jim Slonoff

| Comment # ↑↓ | Occupation ↑↓ | Rating ↑↓ | Comments | Date & Time ↑↓ | Actions |
|---|---|---|---|---|---|
| 35777 | Civil Litigation - Private<br>View Details | ★☆☆☆☆ | Virginia is a disgrace. Virginia is W's biggest mistake, even bigger than invading Iraq. Virginia ruled on my case, and dismissed all my claims. The problem was, that she never addressed the facts or arguments in her opinion dis...Read More | 03/04/2025 02:00 PM | |
| 35437 | Civil Litigation - Private<br>View Details | ★★★★★ | A review of some of the comments made about Judge Kendall could fairly lead one to conclude that we are speaking about an entirely different person. She is, to put it simply, outstanding in all ways. We all have had adverse ruli...Read More | 01/09/2024 02:44 PM | |
| 35040 | Civil Litigation - Private<br>View Details | ★☆☆☆☆ | She doesn't do the job. Period. Fine example of why lifetime appointments are outdated and should be replaced with merit retention. She has no idea what is happening most of the time, even to the point of knowing why you are there...Read More | 11/09/2022 10:31 AM | |
| 33702 | Civil Litigation - Private<br>View Details | ★⯪☆☆☆ | She would never let facts or law get in the way of a verdict | 03/13/2021 03:26 PM | |
| 32757 | Civil Litigation - Private<br>View Details | ★☆☆☆☆ | Is the most arrogant judge in the NDIL, and that's saying a lot considering the competition. It's one thing to be smarter than everyone else and arrogant, but it's an entirely different story when you are the dumbest person in th...Read More | 08/09/2019 06:14 PM | |
| 32750 | Civil Litigation - Private<br>View Details | ★☆☆☆☆ | They should play the Imperial March from the Empire Strikes Back (aka "Darth Vader's Theme") whenever she enters the courtroom. She considers herself a "rocket docket." But her | 08/05/2019 03:37 PM | |

---

[14] Now I can tell you, "it has begun!" https://www.youtube.com/watch?v=ezOafmA21NY See https://www.scribd.com/document/935376792/Future-Letter-to-President-Trump-From-Beginning-To-End-There-Is-Always-A-Carpenter

[15] See https://www.scribd.com/document/1026535591/12th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit see FBI report https://www.scribd.com/document/1039256055/FBI-Report-Public-Corruption-Diane-Sykes-Rebecca-Pallmeyer-Virginia-Kendall-Sara-Ellis-and-Jim-Richmond See reviews https://www.therobingroom.com/federal-judges/1194/Hon.%20Virginia%20M.%20Kendall/comments

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Defendants are **(1)** U.S. Department of Education and some of their leadership including Secretary Linda McMahon, Secretary Kimberly M. Richey for OCR, Former Secretary Kenneth Marcus for OCR, and Enforcement Director Melanie Velez in both their official and individual capacities seeking a declaratory and an injunctive relief against both the OCR Manual for removal of the "appeal process" a major rule and the IHRA definition[16] subject to APA regulations under the Administrative Procedure Act ("the APA"), 5 U.S.C. Chapter 5, §§ 551, *et seq* (I) arbitrary & capricious, 5 U.S.C. § 706(2)(A); (II) "contrary to a constitutional right, power, [or] privilege," id. § 706(2)(B); (III) exceeding statutory authority, id. § 706(2)(C); and (IV) promulgated "without observance of procedure required by law," id. § 706(2)(D), including an endorsed government view point discrimination and retaliation for reporting Kenneth Marcus' use of the IHRA definition to different federal agencies including OIG DOE. In response to my previous lawsuit in *Bochra v. Judicial Conference Committee* (1:26-cv-01570), OCR does not exist, all OCR cases were transferred to the Justice Department including my OCR Complaints. The one currently in charge of all OCR complaints is Assistant Attorney General for the Civil Rights Division Harmeet K. Dhillon.[17] She is however a friend of Kenneth Marcus[18];

> # Education Department to move core civil rights duties to DOJ
>
> Under the Trump administration, the department has now struck 14 agreements offloading its responsibilities to other federal agencies.
>
> Published June 16, 2026

> The Education Department will retain management and leadership of OCR, along with other statutorily required duties, the official said. However, the Education Department will coordinate with the Justice Department on cases and reach resolutions using DOJ's findings and proposals.

---

[16] See https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

[17] See https://www.highereddive.com/news/education-department-to-move-core-civil-rights-duties-to-doj/823059/

[18] See https://www.linkedin.com/posts/klmarcus_honored-to-introduce-harmeet-k-dhillon-at-activity-7392718243074940928-8Ui9/

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

(2) Judicial Branch and some of their leadership mainly the Executive Committee of Northern District of Illinois, Members of the 7th Circuit Judicial Council, and members of the Judicial Conference Committee overseeing the 7th Circuit Judicial Council in both their official and individual capacities seeking a declaratory, prospective equitable relief, and an injunctive relief for targeting Mark since 2022 and continue to this very day, corrupting both investigatory and court proceeding by jumping between investigators first and later judicial officers against the same defendants i.e., the Executive Committee of Northern District of Illinois. See FBI Operation Greylord[19]; <u>see</u> *Caryn Strickland v. US*, No. 21-1346 (4th Cir. 2022)[20], <u>*see*</u> 28 U.S. Code § 1361, 28 U.S.C. §§ 1651, 2201, and 2202; 42 U.S. Code § 1986; 42 U.S.C. § 1985(3); <u>*see*</u> Administrative Procedure Act ("the APA"), 5 U.S.C. Chapter 5, §§ 551, *et seq*; <u>*see*</u> also 18 U.S. Code § 1001 applies to judicial officers; and

(3) Other Defendants, linked to aiding Judicial officers in targeting Mark i.e., starting with individuals working for Chicago Public Schools, current and former employees; others are individuals working for District 69; both sets of events targeted Mark source of income on the day he filed a complaint or petition with the Supreme Court against the Executive Committee of Northern District of Illinois. Others linked to aiding Judicial officers in targeting Mark i.e., John C. Kocoras (resigned)[21] and Sarah Terman who was referred to OIG DOJ in the past for targeting Mark in *Bochra v. U.S. Department of Education* (1:21-cv-03887) with lies and was covering for the crimes of Kenneth Marcus (resigned) an agent[22] who failed to register under FARA acting on

---

[19] See https://www.youtube.com/watch?v=O4wsedwMxw0

[20] See https://law.justia.com/cases/federal/appellate-courts/ca4/21-1346/21-1346-2022-04-26.html

[21] See https://www.justice.gov/usao-ndil/pr/first-assistant-united-states-attorney-john-c-kocoras-depart-us-attorney-s-office

[22] See leaked documentary produced by Qatar investigating the Israeli lobby of Kenneth Marcus speaking of what he wants the United States Government to do before he assumed official capacity of OCR as the Secretary under the Trump administration https://youtu.be/XytkI7afHcQ?t=1958, https://youtu.be/XytkI7afHcQ?t=2504, https://youtu.be/XytkI7afHcQ?t=2004 Once he assumed office, he used the IHRA definition without Trump's administration knowledge, at that time during Trump first term granting an appeal for ZOA (a registered foreign agent under FARA working on behalf of Israel) https://www.israellobby.org/zoa/DOJ-149-1603-ZOA/default.asp) and using the definition within his written appeal, a secretary for OCR does not also grant appeals exclusively but he had to do it to use the IHRA definition within his letter to ZOA https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000 A year later after my journey with President Trump telling him about Kenneth Marcus, Trump afraid of the Israeli lobby during his first term issued an EO to implement the IHRA definition but during his second term hearing Mark's voice, he also issued a different EO "Christian Bias Task Force" and one can't have task force that protects Christians while another EO declares "Jews didn't kill Jesus Christ" To this very day IHRA definition never went through any regulatory process and the public comments yet it is right there on DOE website "Jews didn't kill Jesus Christ" See https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

*"I came to complete not to refute. I came light to the World."* Jesus Christ

behalf of Israel to implement the IHRA definition which declares "Jews didn't kill Jesus Christ" a government endorsed viewpoint discrimination and in direct violation of APA; all remaining named Defendants were part of the same journey in targeting Mark Bochra who is a Coptic[23], this journey started in 2016 and continued up to this very day crossing both the Trump (1st term), the Biden, and the Trump administrations (2nd term); an additional new defendant appeared out of the blue Lucas Doenges Secret Service of Chicago field office who came with a covert story about President Trump to spy on Mark's facebook page on February 26, 2026 to which Mark gave him what he craved, to see Mark's facebook page but also Mark referred Kenneth Marcus to Lucas Doenges to which Luca promised to investigate Kenneth Marcus in front of CPD Officer Stachula 13062 (federal agents can't lie) but later lied over text messages and refused to investigate Kenneth Marcus, the purpose of Luca's visit was to spy on Mark's facebook to target him covertly in the midst of his ongoing litigation (Mark referred the matter to OIG DOJ for any ill will intentions); secret service spied on Secretary Kristi Noem herself[24] and it was Elon Musk who found out the spyware on her devices and in support thereof Mark states as follows:



*The parable of the <u>unjust</u> judge*: Virginia Kendall & Rebecca Pallmeyer.[25]

---

[23] See President Trump letter to the Coptic people and his EO pertaining to Anti Christian Bias Task Force led by AG Pam Bondi https://www.whitehouse.gov/briefings-statements/2025/06/presidential-message-on-global-coptic-day-2025/ see https://www.whitehouse.gov/briefings-statements/2026/06/presidential-message-on-global-coptic-day/

[24] See https://www.msn.com/en-us/news/insight/noem-claims-dhs-staff-spied-on-her/gm-GM87573E8F

[25] See https://www.facebook.com/watch/?v=153762292084826 See https://www.facebook.com/watch/?v=2846123418745069 They speak of Justice but they are the parable of the unjust judge because they cover for each other's crimes. 18 U.S. Code § 241 - Conspiracy against rights.

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## Table of Contents

THE PARABLE TO A JUSTICE SYSTEM ................................................................................................. 12

    A.   THE UNFAIR JUDICIAL MISCONDUCT PROCEEDINGS ..................................................................... 27

    B.   THE HISTORY OF THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 & A SYSTEM WHICH CAN'T SELF-POLICE. ........................................................................................................................... 28

    C.   THE BREYER COMMITTEE SEPTEMBER 2006 REPORT SHOWED SYSTEMATIC FAILURE TO INVESTIGATE JUDICIAL MISCONDUCT COMPLAINTS WITH DISPUTED FACTS ....................................... 31

    D.   EVALUATION OF THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 IMPLEMENTATION IN THE BREYER SEPTEMBER 2006 REPORT ...................................................................................... 32

    E.   UNDUE BIAS AGAINST PUBLIC DISCLOSURE ................................................................................. 34

    F.   THE CODE OF CONDUCT FOR UNITED STATES JUDGES ............................................................. 36

    G.   FROM UNDUE BIAS AGAINST PUBLIC DISCLOSURE TO DISCREDITING THE COMPLAINANTS WHILE DEMEANING THEIR COMPLAINTS WITH A SHORT 1-2 PARAGRAPHS SUMMARIES. .............................. 38

    H.   FEDERAL OFFICIALS SOVEREIGN IMMUNITY IS ALSO WAIVED BY STATUES .................................. 40

I. FACTUAL BACKGROUND ................................................................................................................. 44

II. JURISDICTION AND VENUE ............................................................................................................. 53

III. PARTIES ......................................................................................................................................... 54

IV. STATEMENT OF FACTS ................................................................................................................... 60

    A. PERTAINING TO DEFENDANTS RELATED TO OFFICE FOR CIVIL RIGHTS AT THE DEPARTMENT OF EDUCATION, KENNETH MARCUS, AND THE IHRA DEFINITION ................................................................ 60

    B. PERTAINING TO DEFENDANTS RELATED TO JUDICIAL CONFERENCE COMMITTEE, 7TH CIRCUIT JUDICIAL COUNCIL AND THE EXECUTIVE COMMITTEE OF NORTHERN DISTRICT OF ILLINOIS ............... 91

    C. PERTAINING TO DEFENDANTS RELATED TO LUCAS DOENGES, SPECIAL AGENT FOR THE CHICAGO OFFICE AND HON. DIRECTOR SEAN CURRAN OF THE SECRET SERVICE ................................................. 155

V. CAUSES OF ACTION ....................................................................................................................... 158

PRAYER FOR RELIEF ........................................................................................................................... 193

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**<u>THE PARABLE TO A JUSTICE SYSTEM</u>**

To The Humble Judge Assigned To This Case:

> "If the world hates you, you know that it hated Me before it hated you. If you were of the world, the world would love its own. Yet because you are not of the world, but I chose you out of the world, therefore the world hates you. Remember the word that I said to you, 'A servant is not greater than his master.' If they persecuted Me, they will also persecute you. If they kept My word, they will keep yours also. But all these things they will do to you for My name's sake, because they do not know Him who sent Me. If I had not come and spoken to them, they would have no sin, but now they have no excuse for their sin. <u>He who hates Me hates My Father also</u>.

And the disciples came and said to him, Master why do you speak in parables whenever crowds are near. And Jesus answered, the knowledge of the secrets of the kingdom of God has been given to you but to others it comes by means of parables, so they may look but not see, and listen but not understand [Mathew 13].[26] Jesus Christ answered; this is what the parables means.

> The seed is the Words of God. (1) The seed that fell along the path stand for those who hear but the devil comes and takes away the message from their hearts in order to keep them from believing and being saved. (2) The seed that fell on rocky grounds stands for those who hear the message and receive it gladly, but they have no root. They believe only for a while, but when time of testing comes, they fall away. (3) The seeds that fell among thorn stands for those who hear but the worries, and riches, and the pleasures of this life crowd in and shock them and their fruits never rips. (4) And the seed that fell in a good soil stands for those who hear the message and retained it in a good and obedient heart and they persist until they bear fruit.[27]

> No one lights a lamp and covers it with a bowl. Instead, they put it on a stand, so that those who come in can see the light. Whatever is hidden away will be brought out into the open, and whatever will be covered up will be found and brought out to light. Therefore take heed how you hear. For whoever has, to him more will be given; and whoever does not have, even what he seems to have will be taken from him [Luke 8:16-18].[28]

These are not just pure words but the parable to the World we live in. And with that, let me seek justice within the walls of this Court. I would like to request that if a judge is randomly assigned to this case sees that he or she can't rule against the judicial branch just as they rule against the executive branch[29] then please recuse. When Federal judges wanted a certain relief they filed a

---

[26] See Mathew 13: 1-17 https://www.copticchurch.net/bible?r=Matthew+13%3A1-17&version=NKJV
[27] See https://youtu.be/0feZQkHbCkM?t=2619
[28] See https://youtu.be/0feZQkHbCkM?t=2712
[29] From an Obama appointed Judge Beryl Howell issuing an injunction against the Trump administration claiming violations to the 1st, 5th, and 6th amendments and calling it retaliation when Trump pulled security clearance

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

lawsuit against the United States in *Sarah Evans Barker, et al. v. United States* (1:12-cv-00826) [30] and a judge from their own branch ruled in their favor but who can rule against the Judicial Branch when an action is brought against them? If the randomly assigned judge hates Christians or Jesus Christ or can't tolerate bible verses, then please recuse. If the randomly assigned judge is a cheerful giver, humble, and understands how to heal a heart in pain and is not afraid to rule against what he or she may call colleagues or his masters, then please <u>stay</u>.

See the words of Jesus Christ describing the parable of the unjust judge:

> Then Jesus told his disciples a parable to show them that they should always pray and not give up. He said: "In a certain town there was a judge who neither feared God nor cared what people thought. And there was a widow in that town who kept coming to him with the plea, 'Grant me justice against my adversary.' "For some time he refused. But finally he said to himself, 'Even though I don't fear God or care what people think, yet because this widow keeps bothering me, I will see that she gets justice, so that she won't eventually come and attack me!'" And the Lord said, "Listen to what the unjust judge says. And will not God bring about justice for his chosen ones, who cry out to him day and night? Will he keep putting them off? I tell you, he will see that they get justice, and quickly. However, when the Son of Man comes, <u>will he find faith on the earth</u>?"



---

from one of the law firms in Case 1:25-cv-00716-BAH; to a set of injunctions against the Trump administration acting as HR agents telling Trump he can't fire different employees' to a set of injunction against the Trump administration by Judge John Bates managing his agencies websites when they removed "gender" ideology references under Trump Executive Order in case Case 1:25-cv-00322-JDB ; to a set of injunctions against the Trump administration for banning the promotion of gender mutilation ideology for children by Judge Brendan Hurson in Case 8:25-cv-00337-BAH  and the injunctions kept growing against the Executive Branch.

[30] See https://www.courtlistener.com/docket/4497141/barker-v-united-states/?filed_after=&filed_before=&entry_gte=&entry_lte=&order_by=asc See reached settlement https://storage.courtlistener.com/recap/gov.uscourts.uscfc.27577/gov.uscourts.uscfc.27577.52.0.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

See the words of Judge James Ho of the 5th Circuit.[31]

> Too many judges, he said, are motivated by personal achievement, social climbing, and cowering to public dissent, as opposed to public service. "If your whole life's purpose is to wear black robes, then maybe you shouldn't," he said, implying "gold star" judges should resign. "No one forced you to become a judge. You agreed to become a judge. Some people even lobby and campaign for it. And you can quit anytime you want." "If you do the job faithfully, you should expect to be either hated or ignored," Ho added.

> "I'd say that it's the God-given right of every red-blooded American to yell at refs," he said in his speech, referencing Chief Justice John Roberts's comparison of judges to umpires. "I'd say the exact same thing about criticizing judges." Ho told judges to "expect," "get used to," and "get comfortable" with public criticism, noting that sharp dissent his historical precedent. Thomas Jefferson, he noted, once referred to the judiciary as a "subtle corps of sappers [and] miners constantly working underground to undermine the foundations of our confederated fabric," while Theodore Roosevelt said of former Justice Oliver Wendell Holmes that one "could carve out of a banana a judge with more backbone than that."

In the entire history of the Justice Department, 8 Federal Judges were indicted: Robert W. Archbald (R, U.S. Court of Appeals for the Third Circuit) Convicted of corruption for improper business relationships with litigants, including accepting gifts and loans in exchange for favorable rulings; Martin T. Manton (Chief Judge, U.S. Court of Appeals for the Second Circuit) Convicted for accepting bribes to influence cases; Harry E. Claiborne (D, U.S. District Court for the District of Nevada) Convicted of tax evasion for failing to report income, becoming the first federal judge convicted of crimes while on the bench; Walter Nixon (D, U.S. District Court for the Southern District of Mississippi) Convicted of perjury for lying to a grand jury about his involvement in a drug smuggling case; Alcee Hastings (D, U.S. District Court for the Southern District of Florida) Indicted in 1981 for soliciting a $150,000 bribe in a racketeering case. Acquitted in criminal court but impeached for perjury and bribery; Robert Frederick Collins (D, U.S. District Court for the Eastern District of Louisiana) Convicted of bribery for accepting money in exchange for lenient sentencing in a drug trafficking case; Samuel B. Kent (R, U.S. District Court for the Southern District of Texas) Pleaded guilty to obstruction of justice for lying about sexually harassing two female employees. Initially charged with sexual assault but pleaded to lesser charges; and Jack Tarpley Camp Jr. (R, U.S. District Court for the Northern

---

[31] See https://www.washingtonexaminer.com/news/2582200/judge-james-ho-warns-college-campuses-have-become-a-danger-to-american-ideals/ see also judges reviews, the good and the bad https://therobingroom.com/home

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

District of Georgia) Pleaded guilty to drug-related charges (purchasing cocaine) and illegal possession of firearms while in the company of an exotic dancer.

In light of ongoing cases against the Judicial Branch which are working their ways to the Supreme Court in *United States v. Russell* et al (1:25-cv-02029)[32] and *America First Legal Foundation v. John Roberts* et al (1:25-cv-01232).[33] There is also the case of Judge Pauline Newman[34] in *Newman v. Moore* (1:23-cv-01334)[35] that will most likely reach the Supreme Court in the question of "does members of an investigatory agency within the judicial branch are equal to judicial officers?" The answer is <u>no</u>. There is also the case of *Caryn Strickland v. US*, No. 21-1346 (4th Cir. 2022)[36] which is now before the Supreme Court.[37] Much of these cases concluded.

The greatest temptation that fights against a person is the robe of the teacher, and the robe of the judge. FBI Operation Greylord gave a great example of how dirty investigators or a corrupt system fixes anything.[38] All it takes to corrupt any system is a dirty investigator, a corrupt judge, and a corrupt lawyer. This repeats over and over because of humans love for money.[39]



---

[32] See https://www.courtlistener.com/docket/70627303/united-states-of-america-v-russell/ and <u>see</u> https://storage.courtlistener.com/recap/gov.uscourts.mdd.584990/gov.uscourts.mdd.584990.1.0_1.pdf
[33] See https://www.courtlistener.com/docket/69924761/america-first-legal-foundation-v-roberts/ and <u>see</u> https://storage.courtlistener.com/recap/gov.uscourts.dcd.279777/gov.uscourts.dcd.279777.1.0.pdf
[34] See https://nclalegal.org/wp-content/uploads/2025/09/FILING_Newman-v.-Moore_Petition-for-Rehearing-en-Banc_09202025.pdf <u>see</u> Supreme Court Petition https://nclalegal.org/filing/petition-for-a-writ-of-certiorari-18/
[35] See https://www.courtlistener.com/docket/67362470/newman-v-moore/?filed_after=&filed_before=&entry_gte=&entry_lte=&order_by=desc <u>see</u> some interest minds https://cdn.patentlyo.com/media/2024/11/20241016175226141_24-20Petition20for20Writ1.pdf
[36] See https://law.justia.com/cases/federal/appellate-courts/ca4/21-1346/21-1346-2022-04-26.html
[37] See https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/25a994.html
[38] See https://en.wikipedia.org/wiki/Operation_Greylord
[39] See https://www.wsj.com/us-news/law/131-federal-judges-broke-the-law-by-hearing-cases-where-they-had-a-financial-interest-11632834421

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

# 5th lawyer admits Greylord bribes guilt

**By Maurice Possley**

A Chicago lawyer on Wednesday became the fifth attorney to admit paying dozens of $100 cash bribes for years to Circuit Court Judge John H. McCollom to fix drunken driving cases in Traffic Court.

Bernard N. Mann, 63, of 666 N. Lake Shore Dr., was charged in a superseding indictment returned against McCollom by the federal Operation Greylord grand jury.

Within an hour after the charges were filed, Mann appeared in court and pleaded guilty.

Mann is a member of a group of lawyers who specialized in drunken driving cases in Traffic Court and who have come under Greylord scrutiny.

Members of the group were known as the "miracle workers" for their seemingly uncanny ability

at Traffic Court, 321 N. LaSalle St., said, "Mr. Mann is going to be fully cooperating in investigations we have ongoing in our office."

Mann, accompanied by his attorney, Richard G. Schultz, appeared before U.S. District Judge James B. Moran, who accepted a guilty plea to one charge of racketeering and one charge of income tax fraud.

"Beginning in the 1970s, I paid money to Judge McCollom when I appeared in front of him and he disposed of cases when I was the lawyer," Mann said.

The tax charge alleged that he understated his income on his 1982 income tax return. Mann admitted that he deducted the bribes paid to McCollom from his income when filling out his tax return.



Judge John H. McCollom

tax return and pay additional taxes.

Four other lawyers also have been charged with paying bribes to McCollom to fix drunken driving cases and all have pleaded guilty and agreed to cooperate in continuing investigations and to testify against McCollom.

Those lawyers are Joseph McDermott, Melvin Kanter, Richard H. Goldstein and Bruce L. Campbell Jr.

McDermott was elected a Cook County Circuit Court judge in November but was not sworn in; he later surrendered his law license.

Campbell is a former assistant corporation counsel for the City of Chicago.

McCollom, 63, has pleaded innocent to charges of racketeering, mail fraud and income tax fraud

The 3-year, 8-month federal undercover operation took place in the 1980s, with the cooperation of some state and local law enforcement and judicial officials. After the end of the undercover phase, the Greylord trials lasted ten years. Over 92 public officials were indicted (almost all in federal court), and most eventually were convicted, either by guilty pleas or trials. The undercover phase included a Cook County Assistant State's Attorney, as well as numerous FBI agents and cooperating local law enforcement officers. Cook County Judge Thaddeus Kowalski also cooperated with authorities even though he knew his cooperation might endanger his career. Recently elected downstate Judge Brocton Lockwood operated undercover in the Chicago Traffic Court. In addition, Assistant State's Attorney Terrence Hake went undercover in the Criminal Division of the Cook County Circuit Court, initially as a prosecutor and later as a defense attorney (although actually on the FBI payroll). Key undercover FBI agents and lawyers included: David Grossman, David Ries and Hake. As a Cook County prosecutor, Hake complained about the bribery and corruption in the Murder and Sexual Assault preliminary hearing courtroom in Chicago. The FBI and United States Attorney's Office learned of Hake's complaint and recruited him to pose as a corrupt prosecutor and later as a bribe-paying criminal defense attorney. Lamar Jordan, David Benscoter, Marie Dyson, William C. Megary, and Robert Farmer were the principal FBI case agents and supervisors during the investigation. Six Internal Revenue Service agents also played key roles in tracking the money flows, including Dennis Czurylo and Bill Thullen. The first listening device ever placed in a judge's chambers in the United States occurred in the undercover phase, when after hearing tapes recorded by undercover

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

agent/prosecutor Hake, a federal judge found evidentiary probable cause and allowed the FBI to bug the narcotics court chambers of Judge Wayne Olson. Olson was one of those later convicted of corruption. In order to acquire evidence of corruption, agents obtained judicial and U.S. Department of Justice authorization to present staged court cases for the undercover agents/lawyers to fix in front of the corrupt judges. In August 1983, the undercover investigative phase ended, when a corrupt court clerk and a corrupt Chicago Police officer were approached by the FBI to cooperate in the investigation and they leaked the investigation to the media.

One of the best cases which tested immunity was *Trump vs USA* (23-939)[40] when the Supreme Court Justices declared official capacity has immunity but not individual capacity when they use official capacity for "evil motives". So the justice department tested this when they indicted and charged a judge for obstructing ICE agents. The city judge declared she is a judge and can do anything so long within the walls of her court, but came a federal judge and judged her declaring no you can't.[41] In violation of Title 18, United States Code, Section 1505. In these cases, the courts recognized that corrupt interference with an investigation would not exist where, e.g., a mother suggests her son invoke his right against compelled self-incrimination, a wife persuades her spouse not to disclose marital confidences, or a lawyer counsels a client not to turn over documents pursuant to a valid claim of privilege. Edwards, 869 F.3d at 498 (citing Arthur Andersen, 544 U.S. at704); Matthews, 505 F.3d at 705. Rather, the term "corruptly" requires the person act with consciousness of wrongdoing. Edwards, 869 F.3d at 498 (citing Arthur Andersen, 544 U.S. at706). *Edwards* and *Matthews* were jury instruction cases, construing the term "corruptly" to require wrongful conduct, not immunity cases placing official judicial acts outside the scope of the statutes. As I had noted in denying defendant's motion to dismiss, there was no basis for granting immunity simply because some of the allegations in the indictment describe conduct that could be considered part of a <u>judge's job</u>. (R. 72 at 13.) And as the Seventh Circuit had explained in rejecting a similar argument made by a lawyer: [I]t is not the means employed by the defendant that are specifically prohibited by the statute; instead, it is the defendant's <u>corrupt</u> endeavor which motivated the <u>action</u>. Otherwise lawful conduct, even acts undertaken by an attorney in the course of representing a client, can transgress § 1503 if employed with the <u>corrupt intent</u> to accomplish that which the statute forbids.

---

[40] See https://www.supremecourt.gov/opinions/23pdf/23-939_e2pg.pdf
[41] See https://storage.courtlistener.com/recap/gov.uscourts.wied.111897/gov.uscourts.wied.111897.117.0.pdf

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Corrupt intent and evil are frequent terminology of this journey. They, the executive committee of northern district of Illinois targeted Mark the Coptic because of an email speaking about Jesus Christ, that fact is undisputed and the only time they could ever target Mark is when he was alone. The e-mail speak of "go and sin no more."[42] To reduce Mark Bochra, to harm him in his reputation and to target him, they had to create a story to use it as a pretext, they knew Mark's history by reading his case, they knew Mark's awards in the community including presidential award.[43] To reduce him along with his ongoing civil right litigation *Bochra v. U.S. Department of Education* (1:21-cv-03887) they must target him; and they are very manipulative and evil.

From: Mark Bochra
Sent: Thursday, November 18, 2021 6:40 AM
To: Rhonda Johnson <Rhonda_Johnson@ilnd.uscourts.gov>
Subject: An inquiry: A letter to Chief Judge Rebecca R. Pallmeyer and to CC Judge Ellis on it

Good Morning Ms. Johnson –

There is a letter that I am working on which i will send to Judge Pallmeyer and CC 2 judges on it, Judge Sara Ellis is one and the other judge is important for him to read it because he didn't give me his direct answer when i asked and that was God's doing. If you don't mind, I am sending you this e-mail up ahead. I

If you object, can you tell me any other means of reaching out to Judge Ellis so she can be CC on this letter? If you don't object than I greatly appreciate it.

I am still seeking hearts not the Law: the law is important but absent heart and it becomes something else https://youtu.be/w5GXnM_TxSQ?t=34



Go and Sin No More

Watch More Bible Videos Here: https://www.youtube.com /watch?v=Qq7NFiZL6ak&list=PL4A73DDEE675FBC39Jesus teaches about compassion when confronted with a woman ...

youtu.be

See the story of a Chinese American scientist YANPING C HEN. Catherine Herridge, a former chief intelligence correspondent for Fox News Channel had used the documents from a confidential source in a story that said Chen once served in the Chinese People's Liberation Army and was the subject of an FBI probe regarding supposed misstatements. YANPING C HEN claimed this harmed his reputation and work causing severe damage and wanted to know Herridge source. U.S. District Judge Christopher Cooper denied Herridge and Fox's attempts to quash the subpoena. When Herridge refused to comply, the Barack Obama appointee held her in contempt, prompting her appeal to the D.C. Circuit. A three panel judges from the DC court

---

[42] See https://www.youtube.com/watch?v=w5GXnM_TxSQ
[43] See https://www.scribd.com/document/740978184/List-of-Mark-Bochra-Awards-including-a-Presidental-Award

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

ruled against Fox News.[44] A Fox News Media spokesperson slammed the DC Circuit's decision in an emailed statement. "Forcing a journalist to reveal a source not only threatens press freedom but chills investigative reporting that holds the powerful accountable, which is the very foundation of our democracy," the spokesperson said. "We remain steadfast in our support of the First Amendment and urge an appeal of this decision."[45] She lost her petition to be heard before the Supreme Court; only Brett Kavanaugh would have granted her petition.



**Catherine Herridge** is a journalist who was a senior investigative correspondent for CBS News in Washington D.C. from 2019 to 2024. She began at CBS after leaving her role as chief intelligence correspondent for Fox News Channel, which she joined at its inception in 1996.[1] Herridge was among twenty CBS News employees who were laid off during budget cuts in February 2024, along with Jeff Glor, Jeff Pegues, Pamela Falk, and Christina Ruffini. She was born in Canada.

## Early life and education  [edit]

Herridge was born in Toronto, Ontario, and attended Jarvis Collegiate Institute for high school before moving to the US for college. She earned a Bachelor's degree from Harvard College and a Master's degree in journalism from the Columbia University Graduate School of Journalism.[2][3]

This Chinese American scientist claimed he was harmed in his reputation and work by the story Fox News ran through Catherine Herridge.

Likewise with the Executive Committee of Northern District of Illinois, they targeted me over an e-mail about Jesus Christ in the middle of my litigation in *Bochra v. U.S. Department of Education* (1:21-cv-03887) claiming inappropriate comment, character lynching me on their list which gets indexed by Google and people don't care about the cause, people only read what is on the surface but a month before my filed civil lawsuit I e-mailed all of the judges and magistrate judges' courtroom deputies, and no one claimed 3 huge e-mails were "inappropriate comments" why? Because I was among many. They send a covert US. Marshal under the name Jerome Sliva who resigned to spy on me, he was coordinating with Sergio Hernandez the valet causing a hostile environment and breaching the fair housing settlement in *Andira Amin, Mark Bochra et al v. 5757 North Sheridan Rd Condo Assn. et al* (1:12-cv-00446).[46] I often say "the court that is supposed to protect me and my family was the same court which targeted me." The Executive

---

[44] See https://www.courthousenews.com/wp-content/uploads/2025/09/dc-circuit-chen-v-fbi-herridge-contempt-opinion.pdf

[45] See https://courthousenews.com/dc-circuit-rejects-fox-news-reporter-effort-to-duck-subpoena-over-anonymous-source/ see https://www.nytimes.com/2024/02/29/business/catherine-herridge-fox-news-sources.html

[46] See www.scribd.com/document/117814007/Fair-Housing-Agreed-Order

*"I came to complete not to refute. I came light to the World."* Jesus Christ

Committee made it worse when I was threatened in a public order not to speak about Jesus Christ. Now we have motives and "a government endorsed viewpoint discrimination." From that point the targeting shifted to Chicago Public School (CPS) where I work. I was never targeted since 2016 at CPS but 2022 became the year of targeting. The person who identified Jerome Sliva to me was the doorman Walter Bank.[47]

---

Case: 1:21-cv-03887 Document #: 120 Filed: 05/17/23 Page 23 of 127 PageID #:7503

*"I came to complete not to refute. I came light to the World."* Jesus Christ

11. According to Walter Bank the doorman, this is what happened when the U.S Marshal visited Mark's home the first time asking around about him trying to receive any information on Mark under false pretenses and false allegation.

> First I was told he came to the doorman Walter Bank and asked "is this guy dangerous, do you know anything about Mark?" and Walter told him "Mark is a very nice guy" then came the manager Alicia McNeal (she left the building) and joined the conversion saying "oh mark, mark is like the old lady who goes to church that keeps talking" Walter told me, then came Sergio from the garage and into the lobby and heard the conversation and then said in part "oh that guy" Walter said Sergio was filled with joy and then the U.S. Marshal went inside the garage and spoke to Sergio for nearly an hour and gave him their card and on the way out the U.S. Marshal said while laughing "we should have talked to that guy from the start."

All of these information Mark didn't know at that time but no one should be surprised of what Inspector General of the Justice Department when they investigate can unveil, schemes like this one "Deputy U.S. Marshal Indicted and Arrested for Conspiracy, Cyber Stalking, and Perjury" trying to setup an innocent person.[30]

### Deputy U.S. Marshal Indicted and Arrested for Conspiracy, Cyber Stalking and Perjury

| Date | May 13, 2021 |
|---|---|

On May 13, 2021, a Deputy U.S. Marshal assigned to the U.S. District Courthouse in Los Angeles, CA, was arrested following an Indictment charging him with one count of conspiracy, one count of cyber stalking, and one count of perjury. Ian Diaz was indicted in the Central District of California. According to the Indictment, from at least in or about May 2016 through at least in or about September 2016, Diaz along with his former wife, who is alleged to be an unindicted co-conspirator, conspired to harass and intimidate an individual with whom Diaz was formerly in a relationship, identified as Jane Doe to protect her privacy, by framing her for criminal conduct that she did not commit. According to the Indictment, Diaz and his former wife sent to themselves harassing and threatening electronic communications that contained apparent threats to harm Diaz's former wife; solicited and lured men found through Craigslist "personal" advertisements to engage in so-called "rape fantasies" in an attempt to stage a purported sexual assault on Diaz's former wife; and staged one or more hoax sexual assaults and attempted sexual assaults on Diaz's former wife. Diaz and his former wife then allegedly reported this conduct to local law enforcement, falsely claiming that Jane Doe posed a genuine and serious threat to Diaz and his former wife, and thereby caused local law enforcement to arrest, charge, and ultimately detain Jane Doe in jail for nearly three months for conduct for which they framed her and in fact perpetrated themselves. According to the Indictment, Diaz and his former wife also allegedly took steps to conceal their conduct including using falsely registered email accounts, using virtual private networks to access the internet anonymously, and communicating with one another using encrypted messaging services. Diaz also allegedly provided false testimony in a deposition in connection with a federal civil lawsuit filed by Jane Doe. The investigation is being conducted by the OIG's Cyber Investigations Office with substantial assistance provided by the OIG's Los Angeles Field Office.

| Press Release | 2021-05-14.pdf |
|---|---|
| Case Action | Indictment/Charge/Arrest |

*U.S. Marshal framed an innocent person; one can see many cases on OIG DOJ website*

[30] See https://oig.justice.gov/news/press-release/deputy-us-marshal-indicted-and-arrested-conspiracy-cyber-stalking-and-perjury see all OIG DOJ reports https://oig.justice.gov/reports

Page **20** of **124**

---

[47] Read my brief https://www.scribd.com/document/875282835/Brief-Related-to-Executive-Committee-in-22-1815-121-Cv-06223-targeting-Mark-the-Coptic and see my appendix https://www.scribd.com/document/717645429/Appendix-Related-to-Executive-Committee-in-22-1815-121-cv-06223

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

I knew I was being spied on and when I e-mailed the manager at that time Alicia McNeal speaking about my pending litigation in *Bochra v. U.S. Department of Education* (1:21-cv-03887) and saw 80+ views on the e-mail but I didn't have the identity until Jerome Sliva appeared in person a second time and was in rage mode in the lobby telling Walter Bank "your buddy is fucking around" but he came with someone else who was kind to hide his identity. Walter Bank told me "Mark this is the guy who came the first time and spoke to Sergio Hernandez in the garage and they came out laughing saying we should have talked to that guy from the start." Alicia McNeal identified Jerome Sliva on June 9, 2022.



On June 10, 2022 Alicia McNeal called CPS like crazy with lies in the afternoon after my delivered judicial misconduct complaint to the 7th Circuit Court of Appeals in the morning. Alicia McNeal never knew I worked at Chicago Public School, no one in my building knew where I work but the people who were spying on me knew.



We all know "evil" when we see it, it takes on many forms, its purpose Based on historical analysis and observed psychological traits, "evil" in human life is often characterized by a profound lack of empathy, habitual dishonesty, and a destructive need for control. These

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

individuals frequently display narcissistic tendencies, showing no shame for their actions and often delighting in the misfortune of others.

**Key Traits of Harmful Individuals**

- o **Manipulation and Deception:** They are frequently described as masters of manipulation who use lies to construct a reality that serves their goals.

- o **Lack of Remorse:** They rarely admit mistakes or apologize, often blaming victims for their own suffering.

- o **Control and Power:** They possess strong needs to control their environment and the people around them.

- o **Deflection:** When held accountable, they often deny fault, portraying themselves as victims.

Definition of an abuser: pushing someone to their breaking point and the shaming them for breaking is emotional abuse, not an accident; it is a tactic. They provoke you, hurt you, push you until you react, then they flip the blame and play the victim; that is manipulation. Abusers protect abusers, an abuser is known to prey on his victim emotional or physical pain, and then watches the victim react to that pain, is often worse than an abuser but a predator. Then 7th Circuit Court of Appeals former docket supervisor Jim Richmond jumped in and threatened me in the middle of a pending judicial misconduct proceeding, he even offered help *quid pro quo*.

8. In another instance Mr. Jim Richmond told Mark "Mark leave the judges alone, we will take care of you" Mark did not understand what to make of this statement so he listened but never responded back to Mr. Richmond's statement; Mark was only protecting his rights and

Page **36** of **124**

Case: 1:21-cv-03887 Document #: 120 Filed: 05/17/23 Page 40 of 127 PageID #:7520

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

also seeking resolution but he was never provided with any protection. Mr. Jim Richmond always told Mark repeatedly "Judges won't change" adding he has seen many judicial misconduct complaints and nothing will change. Some of the past statements made by Mr. Jim Richmond were as follow when he was angry:

- o File your appeal, when are you filing it? Oh you will see what action we will take, and then you can go to your favorite Supreme Court justice and see how they will rule for your case.

22

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

One threatened me not to speak about Jesus Christ framing it "no religious or political materials" the same as a teacher threatens a student in school of the same; the other said she doesn't understand; now we have motive + the cover-up with no immunity, she is an investigator.

---

August 16, 2022

Chief Judge Diane S. Sykes

Nos. 07-22-90041 through -90048

IN RE COMPLAINTS AGAINST EIGHT JUDGES

MEMORANDUM AND ORDER

The complainant filed a 368-page misconduct complaint accusing several judges and the clerk of court of unspecified misconduct. The allegations are disjointed and unwieldly, but <u>it appears that the complainant disagrees</u> with the decision of the district's executive committee to place him on the restricted filer list and believes that the judges and the clerk are discriminating against him based on his <u>religious</u> and <u>political</u> beliefs.

vs

IT IS FURTHER ORDERED that Mr. Bochra's many emails and telephone calls are burdensome, consuming the resources of the Clerk's Office and are duplicative of the motions that are filed on the docket. Mr. Bochra shall cease emailing and calling the Clerk's Office concerning the Executive Committee Orders.   If Mr. Bochra has requests for the Executive Committee or papers to submit, he must make his submissions via CM/ECF by e-filing said submissions.   Mr. Bochra is warned not to submit any additional religious or political material to the Executive Committee.

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be e-filed on the docket of 21cv-6223 and mailed to Mr. Bochra at █████████████████ ████   the addressed provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*Rebecca R. Pallmeyer*
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of February, 2022.

---

To find the truth, see who has power and how that power is being used for good or evil, and then the truth will be found. It is always who has <u>power</u> over the <u>weak</u>.

*"I came to complete not to refute. I came light to the World."* Jesus Christ

In an article by Center for Policy and Stability, they reported: Judicial Rebellion: The Erosion of Accountability in America's Courts citing the former chief judge of the 7th Circuit Court of Appeals Diane Sykes.[48]



The Chief Judge who became an investigator decided another judge should handle a different complaint so it doesn't trigger a special committee to investigate under 28 U.S.C. § 353.

---

[48] See https://policystability.com/post/2025-12/judicial-rebellion-the-erosion-of-accountability-in-americas-courts/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

The legality of evil or evil of legality; abusers protect abusers. Two complaints by <u>two</u> different complainants around the same time against the same defendant the executive committee of Northern District of IL and intentionally assigned to <u>different</u> judges turned into investigators so it doesn't trigger a special committee to investigate under 28 U.S.C. § 353.

August 16, 2022

Chief Judge Diane S. Sykes

Nos. 07-22-90041 through -90048

IN RE COMPLAINTS AGAINST EIGHT JUDGES

MEMORANDUM AND ORDER

The complainant filed a 368-page misconduct complaint accusing several judges and the clerk of court of unspecified misconduct. The allegations are disjointed and unwieldly, but it appears that the complainant disagrees with the decision of the district's executive committee to place him on the restricted filer list and believes that the judges and the clerk are discriminating against him based on his religious and political beliefs.

VS

September 7, 2022

Circuit Judge Thomas L. Kirsch II*

Nos. 07-22-90056 through -90075

IN RE COMPLAINTS AGAINST TWENTY JUDGES

MEMORANDUM AND ORDER

The complainant filed a misconduct complaint accusing twenty judges and the clerk of court of misconduct. The allegations are disjointed, unwieldly, and at times irrational—referencing, among other things, kidnappings, murder, conspiracy, and criminal trespass—but it appears that the complainant disagrees with rulings made in his cases as well as the decision of the district's executive committee to place him on the restricted filer list. He also claims the United States Marshals Service has been threatening him.



The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided

25

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

benefit." *Crawford-El v. Britton*, 523 U.S. 574, 588 n.10 (1998) (citations and internal quotation marks omitted); see also *Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).

<u>And</u>

Under Rule 4(a)(4), a judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.



*Retaliation for those who wield power is the norm.*[49]

As Governor JB Pritzker explained "how to spot an idiot" describing him or her as "cruel" and explaining look at the kindest person in the room is often the smartest.[50]

> "Whenever I'm about to do something, I think 'Would an idiot do that?' and if they would, I do not do that thing." – Dwight Schrute and what is the best way to spot an idiot? Look for the person who is cruel.



This world filed with cruelty, the strong go into every situation with an advantage. While the weak quiver in fear or stand around helplessly. The weak get looked down on. Doesn't matter

---

[49] See https://www.law.com/nationallawjournal/2021/10/22/shocking-to-me-investigative-reporter-lise-olsen-talks-new-book-about-judicial-misconduct/

[50] See https://www.youtube.com/watch?v=i2Lo8ChhOKU

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

how smart, creative, or kind they are. The weak always lose. Many would say "my kindness never saved me." When kindness fails, there is only one who can offer strength and change the world and that is faith in the lord, God for he said:

> They will fight against you, but they shall <u>*not prevail*</u> against you. For I am with you, says the Lord, "to deliver you" [Jeremiah 1:19].[51] A thousand may fall at your side, and ten thousand at your right hand; but it shall not come near you. Only with your eyes shall you look, and see the reward of the wicked [Psalms 91:7-8].[52]

Governor Pritzker explained:

> Empathy and kindness are considered weak. Many people look at the vulnerable only as rungs on a ladder to the top. I am here to tell you that when someone's path through this world is marked with acts of cruelty they have failed the first test of an advanced society… Over my many years in politics and business I found one thing to be universally true, the kindest person in the room in often the smartest.[53]

 

## A.     THE UNFAIR JUDICIAL MISCONDUCT PROCEEDINGS

The Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 and the Rules for Judicial-Conduct and Judicial-Disability Proceedings failed to provide a fair process,

---

[51] See https://www.copticchurch.net/bible?r=Jeremiah+1%3A19&version=NKJV
[52] See https://www.copticchurch.net/bible?r=Psalms+91&version=NKJV&showVN=1 See Saint George words https://youtu.be/nFx_f0WAjE4?si=d-TMBzvrS0xRZvTv&t=5421
[53] See https://x.com/ZephyraLeigh/status/2041404210189894017

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

meaningful review of Mark's claims, or remedies to stop the harassment, discrimination, and the retaliation on many fronts. The design of the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 and its implementation were deeply unfair and grossly inadequate. Through the Judicial Misconduct process, federal officers of the Court ratified, facilitated, and aggravated the hostile environment for Mark on many fronts, which became so intolerable that Mark had no others means of rescue and solace but through this appeal process with the 7th Circuit Court of Appeals.

> In the book, "Created Equal: Clarence Thomas in His Own Words" Justice Thomas said "they have to make you into somebody who you're not," he said "you have to be reduced to this little object. And I don't know whether the right word is reified, but it's just to be made into an object, and made into something that is repulsive, reduced, so they can't see you as a human."[54]

In order to find the truth, one must always place a period at the end of the line and start from the beginning. Why Mark the Coptic was targeted like this, was the beginning of a painful journey.

## B.    THE HISTORY OF THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 & A SYSTEM WHICH CAN'T SELF-POLICE.

The Judicial Conduct and Disability Act of 1980 is a law that sets the procedure for anyone to file a complaint against a federal judge or an employee of the federal judiciary on the basis of disability or misconduct.[55] The Act was signed into law by President Jimmy Carter on October 1, 1980.

For most of the nation's history, the only formal procedure for dealing with misconduct by federal judges was the cumbersome process of impeachment. That era ended with the enactment of the Judicial Councils Reform and Judicial Conduct and Disability Act of 1980. The new law, with its awkward name, created a regime that has aptly been described as one of "decentralized self-regulation" (Barr and Willging, 1993:29). It established a detailed set of procedures for judicial discipline and vested primary responsibility for implementing them in the federal judicial circuits. In 2002 Congress amended the Act and also gave the judicial misconduct provisions their own chapter in the United States Code, Chapter 16.[56]

The 1980 Act was the product of compromise, and one element of the compromise was the assurance of continuing legislative oversight. Consistent with this commitment, Congress in

---

[54] See Thomas Says Critics Sought to Make Him 'Repulsive' Amid SCOTUS Nomination: Book (businessinsider.com)
[55] See https://www.uscourts.gov/judges-judgeships/judicial-conduct-disability
[56] See https://www.law.cornell.edu/uscode/text/28/part-I/chapter-16

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

1990 enacted a modest package of amendments to the statute. The same legislation also created a National Commission on Judicial Discipline and Removal. In 1993 the National Commission published a thorough report as well as an extensive compilation of working papers (National Commission, 1993). Particularly noteworthy are the empirical studies carried out at the commission's behest by Barr and Willging (1993) for the Federal Judicial Center and by Professor Richard Marcus (1993).

The next major step in Congress's performance of its oversight role came in 2001 when a subcommittee of the House Judiciary Committee held a hearing on the "operation of [the] federal misconduct statutes" (House Misconduct Hearing, 2001). Following the hearing, Chairman Howard Coble (R., N.C.) and ranking minority member Howard Berman (D., Cal.) introduced the Judicial Improvements Act of 2002. Their bill became law in late 2002. The legislation further revised the provisions governing the handling of complaints against judges, primarily by codifying some of the procedures adopted by the judiciary through rulemaking. The new law also gave the judicial misconduct provisions their own chapter in the United States Code, Chapter 16.

The judiciary too has taken steps to fill in the contours of the misconduct legislation. In 1986 a committee of chief circuit judges prepared a set of illustrative Rules Governing Judicial Misconduct and Disability. These Rules, accompanied by an extensive commentary, addressed many procedural and substantive issues that were not resolved by the statute itself. A revised set of Illustrative Rules was promulgated by the Judicial Conference of the United States in 2000. Most of the circuits have adopted rules based on the Illustrative Rules; <u>see</u> 7th Circuit.[57]

Perhaps more important than the procedural details in the Rules is the philosophy that the document articulates. The commentary to Rule 1 states that the purpose of the 1980 law "is essentially forward-looking and not punitive. The emphasis is on correction of conditions that interfere with the proper administration of justice in the courts" (Judicial Conference, 2000:2). This is not necessarily the impression that one would get from the legislative history of the Act. But the Illustrative Rules' rejection of a "punitive" purpose has been widely influential in the administration of the misconduct statutes.

In 2004 Chief Justice William H. Rehnquist appointed a committee chaired by Justice Stephen Breyer to assess how the Judicial Branch has administered the 1980 Act and whether

---

[57] See https://www.ca7.uscourts.gov/compla.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

"there are any real problems" in its implementation. The Breyer Committee issued a lengthy and detailed public report in September 2006.[58]

Chapter 16 of the Judicial Code delineates the procedures for dealing with possible misconduct by federal judges. Ordinarily, the process begins with the filing of a complaint about a judge with the clerk of the court of appeals for the circuit. "Any person" may file a complaint; the complainant need not have any connection with the proceedings that are the subject of the complaint, nor must the complainant have personal knowledge of the matter at issue. The clerk must "promptly transmit" the complaint to the chief judge of the circuit. The chief judge, after "expeditiously reviewing" the complaint, has three options. He or she can (a) dismiss the complaint; (b) "conclude the proceeding" if he or she finds that "appropriate corrective action has been taken or that action on the complaint is no longer necessary because of intervening events"; or (c) appoint a special committee to investigate disputed facts.

From a procedural perspective, options (a) and (b) are treated identically. The statute can thus be viewed as establishing a two-track system for handling complaints against judges. Track one is the "chief-judge track" track two is the "special-committee track." If the chief judge dismisses the complaint or terminates the proceeding, a dissatisfied complainant may seek review of the decision by filing a petition addressed to the judicial council of the circuit. The judicial council may order further proceedings or it may deny review. If the judicial council denies review, that is the end of the matter; in track-one cases, the statute provides that there is no further review "on appeal or otherwise." If the chief judge does not dismiss the complaint or terminate the proceeding, he or she must promptly appoint a "special committee" to "investigate the facts and allegations contained in the complaint." A special committee is composed of the chief judge and equal numbers of circuit and district judges of the circuit. Special committees have power to issue subpoenas; sometimes they hire private counsel to assist in their inquiries.

After conducting its investigation, the special committee files a report with the circuit council. The report must include the findings of the investigation as well as recommendations. The circuit council then has a variety of options: it may conduct its own investigation; it may dismiss the complaint; or it may take action including the imposition of sanctions. The circuit council can refer serious matters to the judicial Conference of the United States; in addition, a complainant or judge who is aggrieved by an order of the circuit council can file a petition for

---

[58] <u>See</u> the September 2006 Breyer report https://www.supremecourt.gov/publicinfo/breyercommitteereport.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

review by the Conference. If the Conference determines that "consideration of impeachment may be warranted," it may so certify to the House of Representatives. As authorized by the statute, the Conference has delegated its review powers to a standing committee.

**C.      THE BREYER COMMITTEE SEPTEMBER 2006 REPORT SHOWED SYSTEMATIC FAILURE TO INVESTIGATE JUDICIAL MISCONDUCT COMPLAINTS WITH DISPUTED FACTS**

Each year, the director of the Administrative Office of United States Courts (AO) includes in the AO's annual statistical report a tabulation, based on data submitted by the various circuits, of the number of complaints filed and concluded during the preceding year. In addition, the Breyer Committee carried out its own analysis of the raw data submitted to the AO for the years 2001-05. That analysis, along with data in the AO reports for earlier years, gives us a good picture of how the statutory procedures have been implemented by the judiciary.

The number of complaints filed against judges each year ranges from 600 to 800. (For reasons that are not clear, there was a "spike" in 1998, when the filings exceeded 1,000.) In the five years studied by the Breyer Committee, 2001-05, the total was 3,670. The overwhelming majority of the complaints-more than 95 percent-are dismissed by the chief judge. In a majority of the dismissals, the chief judge relies on the provision of the statute that authorizes dismissal of complaints that are "directly related to the merits of a decision or procedural ruling." Another common reason for dismissal is that the complaint is "frivolous." Many chief-judge orders give more than one reason, with "frivolous" and "merits-related" frequently paired. About half of the complainants ask the circuit council to review the dismissals, but almost <u>none</u> succeed; the Breyer Committee found only one instance in which the circuit council directed the chief judge to appoint a special committee.

Disposition other than dismissal is rare. In about 1 percent of the cases, the chief judge concludes the proceeding on the grounds that appropriate corrective action has been taken or that, because of intervening events, action is no longer necessary. Appointment of a special committee is even rarer. The Breyer Committee (2006:29) found that in 2001-05, chief judges appointed only nine special committees "to investigate 15 complaints filed against nine judges." On the basis of the reports filed by the special committees, the circuit councils dismissed six complaints against five judges. There were only four instances in which discipline was imposed by a circuit council. Two judges were publicly censured (in proceedings involving seven

31

complaints), and one judge was censured privately. "Other discipline" was imposed in the fourth case, but the case file is sealed, and no information is available about the nature of the misconduct.

**D.    EVALUATION OF THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 IMPLEMENTATION IN THE BREYER SEPTEMBER 2006 REPORT**

The numbers are stark. Out of more than 3,500 complaints filed against federal judges in a five-year period, only fifteen led to the appointment of a special committee, and sanctions were imposed on only four judges. Based on this record, it is natural to ask: Are the chief judges and the circuit councils doing the job that Congress expected them to do? Can litigants and citizens rely on the judiciary to deal effectively with misconduct in its ranks?

Failure of Chief Judges to Appoint Special Committees. As amended in 2002, the misconduct statute draws a clear line between the chief-judge track and the special committee track. In language that was taken almost verbatim from the 2000 edition of the Illustrative Rules, the statue provides, "The chief judge shall not undertake to make findings of fact about any matter that is reasonably in dispute." If the facts are "reasonably in dispute" a special committee must be appointed to carry out the investigation. But experience reveals that, too often, chief judges have dismissed complaints or concluded proceedings notwithstanding genuine disputes over facts or their implications. A recurring theme in the Breyer Committee's account of "problematic" cases is the failure of a chief judge "to submit clear factual discrepancies to special committees for investigation" (2006:97).

One example cited by the Breyer Committee involves the protracted proceedings arising out of a complaint against District Judge Manuel L. Real of the Central District of California. The complaint alleged that Judge Real had improperly intervened in a bankruptcy case to help a woman whose probation he was supervising after she was convicted of various fraud offenses. (The same accusations prompted the chairman of the House Judiciary Committee to introduce a resolution of impeachment against Judge Real. A hearing was held on the resolution, but the House proceedings went no further.) The chief judge of the Ninth Circuit initially dismissed the complaint upon finding that the charges were "unsupported" and that the complaint was "directly related to the merits of' the bankruptcy case. The circuit council vacated the dismissal order and remanded for further proceedings; the chief judge then dismissed the complaint again, this time on the grounds that the factual allegations were "not reasonably in dispute" and that Judge Real's

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

assumption of jurisdiction over the bankruptcy case had a "legitimate basis." That ruling was affirmed by the circuit council, but on the basis that "appropriate corrective action has been taken."

As the Breyer Committee stated (2006:83-84), both the chief judge and the circuit council departed from the requirements of Chapter 16. The chief judge improperly engaged in fact-finding, and the circuit council went astray in finding that corrective action had been taken. Moreover, the chief judge's error was compounded by the action of the circuit council in its review of the first order dismissing the complaint. It is plain from the council's memorandum that it believed that there were factual issues that remained unresolved. But instead of directing the chief judge to appoint a special committee, the council undertook its own investigation.

The Breyer Committee also cited a case from the Sixth Circuit that in some respects is even more troublesome. The case involved the legal challenge to the University of Michigan law-school affirmative-action plan that ultimately became *Grutter v. Bollinger* (2003) in the United States Supreme Court. The complaint alleged that the circuit chief judge manipulated the court's procedures for an *en banc* hearing to preclude participation by two circuit judges who might have been expected to oppose the chief judge's position. Obviously, the chief judge was recused from considering the complaint, so the matter was dealt with by an acting chief judge. The acting chief judge "found adverse facts to be undisputed and said those facts created an 'inference of misconduct.'" But she did not ask the accused judge if he disputed the facts-as indeed he did. Instead, she concluded the proceedings based on corrective action and intervening events. The result, as the Breyer Committee said (2006:76), "was a finding of misconduct and a public reprimand without a hearing."

In these and other cases, the chief judges appear to have misapprehended the import of the statutory language-and the structure of the system established by Congress. The standard for appointing a special committee is not a stringent one. Any genuine dispute over facts, whether small or large, requires that the complaint be placed on the special-committee track. At the same time, it is worth emphasizing that special-committee procedures need not be elaborate. If the factual issues are simple, the committee can proceed quickly, without hiring outside counsel. But the more formal procedure will provide reassurance that the facts have been developed and that dismissal of the complaint-if that is the result-is justified.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

### E.    UNDUE BIAS AGAINST PUBLIC DISCLOSURE

Except in the rare case where the Judicial Conference determines that impeachment may be warranted, Chapter 16 provides for only limited public disclosure in misconduct proceedings. Written orders issued by a judicial councilor by the Judicial Conference of the United States to implement disciplinary action must be made available to the public. But unless the judge who is the subject of the accusation authorizes the disclosure, "all papers, documents, and records of proceedings related to investigations conducted under [Chapter 16] shall be confidential and shall not be disclosed by any person in any proceeding." The statute is silent on the handling of chief-judge orders dismissing a complaint or terminating a proceeding.

The Illustrative Rules fill in some of the statutory gaps, but they too evince a bias against disclosure. The basic rule is that orders and memoranda of the chief judge and the judicial council will be made public only "when final action on the complaint has been taken and is no longer subject to review" (Judicial Conference, 2000:52). Moreover, in the ordinary case where the complaint is dismissed, "the publicly available materials will not disclose the name of the judge complained about without his or her consent."

The consequences of the bias against disclosure can be seen in a later stage of the proceedings involving Judge Real. After the Judicial Conference of the United States determined that it had no power to review the Judicial Council decision affirming the dismissal of the complaint, the chief judge of the Ninth Circuit finally appointed a special committee to investigate Judge Real's conduct. The special committee carried out a thorough inquiry; it heard testimony from eighteen witnesses and reviewed thousands of pages of documents. It found that Judge Real had committed misconduct, and it recommended the sanction of a public reprimand.

In withholding immediate disclosure of its order, the Ninth Circuit Judicial Council relied on the council's Rule 17, which in turn is based on the Illustrative Rules. The underlying policy is that judges should be protected "from public airing of unfounded charges." As explained in the illustrative Rules:

> We believe that it is consistent with the congressional intent to protect a judge from public disclosure of a complaint; both while it is pending and after it has been dismissed if that should be the outcome.... In view of the legislative interest in protecting a judge from public airing of unfounded charges,... the law is reasonably interpreted as permitting nondisclosure of the identity of a judicial officer who is ultimately exonerated and also permitting delay in disclosure until the ultimate outcome is known.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

This rationale may be persuasive when, for example, a disgruntled litigant or a discharged employee has filed scurrilous-and baseless-accusations against a federal judge, and disclosure would cause injury to the judge without enlightening the public on a matter of public concern. But the current policy makes little sense in the setting of the proceedings against Judge Real. Even if one accepts "the legislative interest in protecting a judge from public airing of unfounded charges," delaying disclosure of the Judicial Council order did nothing to serve that interest. The allegations had already been the subject of published opinions by the judiciary and a televised hearing in Congress. What is even worse, adherence to the deferred-disclosure rule had the perverse consequence of putting off the day when the public would see the serious and conscientious way in which the judiciary dealt with the accusations.

One purpose of the mechanism established by the 1980 Act is, of course, to foster public confidence in the federal judiciary. To that end, the mechanism must be visible. Visibility in this context entails two overlapping elements: the availability of the process must be made known to potential complainants, and the results of the process must be made known to all who are interested in the effective operation of the judicial system.

If there is a single glaring flaw in the administration of Chapter 16, it is the failure of judges at every level to make the process visible. This has been a problem for many years. In 1993 the National Commission reported (at 345): "Surveys conducted for the Commission demonstrate both widespread ignorance about the Act in virtually every respondent group and a widely shared perception that some meritorious complaints are never filed." In 2001, at the House Judiciary hearing on the operation of the misconduct statutes, concerns about lack of visibility again came to the forefront.

Following the 2001 hearing, Chairman Coble and ranking minority member Berman wrote a letter to Chief Justice Rehnquist noting that the statute was "underpublicized." They offered two specific suggestions for enhancing visibility. First, the Judicial Conference should require "that every federal court include a prominent link on its web site to the rules and forms for filing complaints ... concerning any judge of that court." Second, chief judges and circuit councils should make their rulings under the 1980 Act more widely available to the public.

In September 2002 the Judicial Conference endorsed both of these suggestions. But Judicial Conference policy does not necessarily translate into action at the local level. In 2005 Breyer Committee researchers could not find any information about the complaint procedure on

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

a majority of district court Web sites (Breyer Committee, 2006:33). And of the forty-one sites that had some information, many presented it "in a way that would stump most persons seeking to learn about how to file a complaint" (Breyer Committee, 2006:109).

It is understandable that judges do not wish to shine the spotlight on judicial misconduct. Increased visibility will make for a better system, but more is at stake. In establishing a regime of decentralized self-regulation, Congress entrusted the judiciary itself with the task of policing misconduct within its ranks. But in doing so, it did not sign off permanently on the possibility of a more robust legislative role. On the contrary, the principal sponsor of the 1980 Act, Congressman Robert W. Kastenmeier (D., Wis.) stated, "[B]oth the House and the Senate Judiciary Committees believe that there should be a continuing dialogs between the legislative and judicial branches, and vigorous oversight by Congress." Against the background, it is not enough that the system operates effectively; it must be seen to be effective. That means that both the process and the results must be visible to citizens and to the press.

The Breyer Committee called for aggressive action on two fronts to that end. It recommended that judicial councils require the courts within their circuits to post information about the complaint process on the home pages of court Web sites. And it urged the Judicial Conference to make chief-judge and circuit-council orders more widely available.

## F.    THE CODE OF CONDUCT FOR UNITED STATES JUDGES

The Code of Conduct for United States Judges includes canons which apply to all federal judges and provides guidance on their performance of official duties and engagement in a variety of outside activities. The Code of Conduct for United States Judges was initially adopted by the Judicial Conference on April 5, 1973, and was known as the "Code of Judicial Conduct for United States Judges." See: JCUS-APR 73, pp. 9-11.[59]

The Code of Conduct applies to United States circuit judges, district judges, Court of International Trade judges, Court of Federal Claims judges, bankruptcy judges, and magistrate judges. Certain provisions of this Code apply to special masters and commissioners as indicated in the "Compliance" section. The Tax Court, Court of Appeals for Veterans Claims, and Court of Appeals for the Armed Forces have adopted this Code.

---

[59] See https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

A Complainant can rely on the code of conduct to draft a judicial misconduct complaint against the judge(s) who committed certain misconducts.   There are 5 canons with their own commentaries; however some of the most important ones to any litigant are the following:

### Canon 1: A Judge Should Uphold the Integrity and Independence of the Judiciary

An independent and honorable judiciary is indispensable to justice in our society. A judge should maintain and enforce high standards of conduct and should personally observe those standards, so that the integrity and independence of the judiciary may be preserved. The provisions of this Code should be construed and applied to further that objective.

### Canon 2: A Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities

Commentary Canon (2)(A). An appearance of impropriety occurs when reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the judge's honesty, integrity, impartiality, temperament, or fitness to serve as a judge is impaired. Public confidence in the judiciary is eroded by irresponsible or improper conduct by judges, including harassment and other inappropriate workplace behavior. A judge must avoid all impropriety and appearance of impropriety. This prohibition applies to both professional and personal conduct.

### Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently

Commentary Canon 3(A)(3)**.** The duty to hear all proceedings fairly and with patience is not inconsistent with the duty to dispose promptly of the business of the court. Courts can be efficient and businesslike while being patient and deliberate.

When a Judge violates any of the discriminatory civil right laws or the canons under the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364, some of the action taken could be the following:

1.  Censuring or reprimanding the judge, either by private communication or by public announcement;
2.  Ordering that no new cases be assigned to the judge for a limited, fixed period;
3.  In the case of a magistrate judge, ordering the chief judge of the district court to take action specified by the judicial council, including the initiation of removal proceedings;
4.  In the case of a bankruptcy judge, removing the judge from office;
5.  In the case of a circuit or district judge, requesting the judge to retire voluntarily with the provision (if necessary) that ordinary length-of-service requirements be waived;
6.  In the case of a circuit or district judge who is eligible to retire but does not do so, certifying the disability of the judge so that an additional judge may be appointed;
7.  In the case of a circuit chief judge or district chief judge, finding the judge temporarily unable to perform chief-judge duties, with the result that those duties devolve to the next eligible judge; and
8.  Recommending corrective action.

37

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

The following actions are also considered equitable reliefs that are not bared by sovereign immunity such as "corrective action." The Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 also guarantees no discrimination or retaliation because it offends the constitution.

> (A) Intentional discrimination on the basis of race, color, <u>sex</u>, gender, gender entity, pregnancy, sexual orientation, <u>religion</u>, <u>national origin</u>, age, or <u>disability</u>;

> (B) Retaliating against complainants, witnesses, judicial employees, or others for participating in the judicial conduct and disability complaint process, or for reporting or disclosing judicial misconduct or disability;

Under Rule 4(a)(4) of the Judicial Conduct and Disability Act of 1980 ("Act"), a judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.

### G.    FROM UNDUE BIAS AGAINST PUBLIC DISCLOSURE TO DISCREDITING THE COMPLAINANTS WHILE DEMEANING THEIR COMPLAINTS WITH A SHORT 1-2 PARAGRAPHS SUMMARIES.

Section 372(c) of Title 28 of the United States Code provides a way for any person to complain about a federal judge who the person believes "has engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts" or "is unable to discharge all the duties of office by reason of mental or physical disability." It also permits the judicial councils of the circuits to adopt rules for the consideration of these complaints. These rules have been adopted under that authority. The Judicial Council derives its authority from §§ 332 and 352-54 of the Act and Rules 18-20 of the Rules for Judicial-Conduct and Judicial-Disability Proceedings.

Everyone understands that no system judges its own. For example, if a student suffers discrimination and retaliation at a school or a university, the student can file a complaint with Office for Civil Rights at the Department of Education which is an independent body who can investigate the adverse party. Likewise with employment discrimination and retaliation, an employee can file a complaint with either EEOC or OCR if the recipient is a school receiving federal funds. Same is true, if an FBI is discriminated and retaliated against, he can seek judicial

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

review as it happens in *Delgado v. United States Department of Justice*, No. 19-2239 (7th Cir. 2020) and the 7th Circuit ruled in favor of Mr. Delgado twice.[60] The same is also true, if a private citizen or a justice department employee or a U.S. Marshal or an FBI agent suffers discrimination and/or retaliation, he or she can file a complaint with office of inspector general at the justice department and they investigate and issue public reports and many times seek civil or criminal action if the violations are clear, prosecution is at the discretion of the justice department but many times the employee resigns.[61] Some examples:

o Findings of Misconduct by an FBI Special Agent for Contacting Witnesses for an Improper Purpose, Divulging Law Enforcement Sensitive Information to Unauthorized Individuals, Providing Misleading Testimony, Providing False Information to the OIG, Mishandling Classified Information, and Misusing Government Devices and his Position.[62]

o Findings of Misconduct by an FBI Special Agent for Receiving Gifts from a Former FBI Confidential Human Source, Using the Source after Deactivation, Protecting the Source and the Source's Illegal Business, Misusing FBI Assets for Personal Gain, Lack of Candor, and Computer Security Policy Violations.[63]

o Findings of Misconduct by a Senior DOJ Official for Ethical Misconduct, Sexual Harassment, Sexual Assault, and Lack of Candor to the OIG.[64]

o Deputy U.S. Marshal Convicted of Conspiracy, Cyber stalking, Perjury, and Obstruction.[65]

o FBI Attorney Admits Altering Email Used for FISA Application During "Crossfire Hurricane" Investigation.[66]

o Former Acting Inspector General for the U.S. Department of Homeland Security Pleads Guilty to Scheme to Defraud the U.S. Government.[67]

As former inspector Michael Horowitz of the Justice Department stated to congress.[68]

"To my mind, transparency goes with accountability," he said. "Where you have transparency … transparency is the best disinfectant. If the public knows, if the lawyers in the department know that their misconduct is going to be public, I think that helps reform behavior, and it deters other folks."

---

[60] See https://law.justia.com/cases/federal/appellate-courts/ca7/19-2239/19-2239-2020-07-16.html
[61] See https://oig.justice.gov/reports
[62] See https://web.archive.org/web/20190802015430/https://oig.justice.gov/reports/2018/f180430.pdf
[63] See https://web.archive.org/web/20200625235855/https://oig.justice.gov/reports/2018/f180806.pdf
[64] See https://web.archive.org/web/20200819171453/https://oig.justice.gov/reports/2018/f181204.pdf
[65] See https://oig.justice.gov/sites/default/files/2023-03/3-24-2023.pdf
[66] See https://www.justice.gov/usao-ct/pr/fbi-attorney-admits-altering-email-used-fisa-application-during-crossfire-hurricane
[67] See https://www.justice.gov/opa/pr/former-acting-inspector-general-us-department-homeland-security-pleads-guilty-scheme-defraud
[68] See https://www.newsmax.com/newsfront/michael-horowitz-doj-inspector-general/2023/03/23/id/1113593/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

However, that is not the case with the Judicial Branch at all, it is a system that fails at self policing while protects its own at the cost of failing to bring reforms, moreover, it worship the idea of the "federal seat" meaning, it is very difficult to remove a judicial officer from office, resignation is one of the option and lack of accountabilities brings the entire judicial branch into public distrust and that was one of the reasons, the public started to create a website to review all federal judges at "the Robing Room".[69]

## H.   FEDERAL OFFICIALS SOVEREIGN IMMUNITY IS ALSO WAIVED BY STATUES

In *Caryn Strickland v. US*, No. 21-1346 (4th Cir. 2022), the 4th Circuit argued that the APA does not waive sovereign immunity because they interpret the Court, the Executive Circuit Office which handles both EDR plan as well as Judicial Misconduct Proceedings, they conclude that APA does not define them as an "agency". However both the 4th Circuit and Strickland overlooked one fact, that he judicial Conference Committee which enforces the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 on all Circuits is indeed an agency which also publish rules in the Federalist Register just like any other federal agency. Hence, it falls squarely under the APA.[70]



The APA broadly authorizes judicial review of agency action or inaction, including by an officer or employee, and waives sovereign immunity for suits "seeking relief other than money damages." 5 U.S.C. § 702. The APA's waiver of sovereign immunity "is not limited to APA cases." *Trudeau v. Fed. Trade Comm'n*, 456 F.3d 178, 187 (D.C. Cir. 2006). The APA states that "the United States may be named as a defendant," 5 U.S.C. § 702, and that an "'agency' means

---

[69] See https://www.therobingroom.com/home
[70] See https://www.federalregister.gov/agencies/judicial-conference-of-the-united-states

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

each authority of the Government of the United States" but does not include "the courts of the United States." 5 U.S.C. § 701(b)(1).

In determining whether an entity falls within the APA's "courts" exemption, courts have looked to whether the functions performed by the entity are "functions that would otherwise be performed by courts." See *Wash. Legal Found. v. U.S. Sent'g Comm'n*, 17 F.3d 1446, 1449 (D.C. Cir. 1994); see also *Goldhaber v. Foley*, 519 F.Supp. 466, 480–81 (E.D. Pa. 1981). The judicial branch is not synonymous with "courts," and offices or officials do not become "courts" simply by being placed in the judicial branch. See, e.g., *Hubbard v. United States*, 514 U.S. 695, 700 n.3 (1995) (expressly reserving the question "whether any other entity within the Judicial Branch might be an 'agency'"). The "courts" exemption would likely cover the Seventh Circuit, and the Chief Judge and Judicial Conference when they perform judicial functions. Other — the Circuit Executive, and Seventh Circuit Judicial Council—are organizationally in the judicial branch but are not "courts." And, at minimum, the APA undoubtedly waives the sovereign immunity of "the United States." 5 U.S.C. § 702. Once, they entertain administrative capacity work, they are not considered "Courts" but an "agency" that handles complaints like discrimination complaints. Other judicial branch, however, perform strictly administrative functions and cannot reasonably be considered auxiliaries of the courts.

However, conflating the definition of "courts" with that of the "judicial branch" is inconsistent with the Supreme Court's approach to similar statutes. In *Hubbard v. United States*, the Supreme Court expressly rendered "no opinion as to whether any other entity [besides a court] within the Judicial Branch might be an 'agency,'" indicating that the fact that an entity is "within the judicial branch" does not automatically render it "a court." 514 U.S. at 700 & n.3.

Likewise, the Circuit Executive "[e]xercis[es] administrative control of all nonjudicial activities of the court of appeals of the circuit." 28 U.S.C. § 332(e)(1). No argument can be made that administering a budget and personnel system, id. §§ 332(e)(2)–(3), or "maintaining property control records and undertaking a space management program," id. § 332(e)(5), are judicial functions that render the Circuit Executive a "court."

Similarly, a circuit judicial council is responsible for "the effective and expeditious administration of justice" within the circuit, id. § 332(d)(1), and, like the AO, was created "to furnish . . . administrative machinery." *Chandler v. Jud*. Council of the Tenth Cir. of the U.S., 398 U.S. 74, 96–97 (1970) (Harlan, J., concurring) (quoting H.R. Rep. No. 76-702, at 2 (1939)).

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Although a judicial council is composed of judges, it does not exercise "judicial powers" and is "an administrative body functioning in a very limited area in a narrow sense as a 'board of directors' for the circuit." Id. at 86 n.7; see, e.g., In re Imperial "400" Nat'l, Inc., 481 F.2d 41, 47 (3d Cir. 1973) (noting that the exercise of judicial powers is "a function denied to the Council"); In re Complaint of Jud. Misconduct, 630 F.3d 1262, 1262 (9th Cir. 2011) (stating that "the Judicial Council is not a court"). Thus, these non-court entities are not "courts" under the APA.

The Judicial Conference is not a "court of the United States," nor has it been ordained one by Congress. See 28 U.S.C. § 451. The Judicial Conference's organic statute prescribes the agency a variety of regulatory and administrative roles. 28 U.S.C. § 331.

The Judicial Conference has duties that are independent from the judiciary's role in resolving cases or controversies, thus qualifying it as an independent establishment, and as such, an agency. The Judicial Conference has the power to "prescribe and modify rules for the exercise of the authority provided in [28 U.S.C. §§ 351 et seq.]," which are required to be carried in effect by "[a]ll judicial officers and employees of the United States." § 331.

The Judicial Conference is required to provide the public with notice and an opportunity to comment when proposing rules to be prescribed. 28 U.S.C. §§ 358(c), 2073. Moreover, proposed rules are required to be published in the Federal Register the official journal that documents rules made by agencies. Procedures for the Judicial Conference's Committee on Rules of Practice and Procedure and Its Advisory Rules Committees, as codified in Guide to Judiciary Policy, Vol. 1, § 440.20.40.

Notably, the Federal Register Act and the APA—acts requiring agencies to provide public notice and an opportunity to participate in policymaking—establish and outline the rulemaking process by which Executive Branch agencies issue legally binding rules. See 44 U.S.C. § 1501. Neither Congress nor courts publish their constitutional pronouncements in the Federal Register. Further, the Judicial Conference's organic statute authorizes the Conference to create standing committees, whose members are appointed by the Chief Justice, and are authorized to "hold hearings, take sworn testimony, issue subpoenas and subpoenas duces tecum, and make necessary and appropriate orders in the exercise of its authority." Compare 28 U.S.C. § 331 (2021), with Act of June 25,1948, ch. 646, 62 Stat. 869, 907 (The original enactment of Title 28 of the United States Code did not provide the Judicial Conference with enumerated subpoena

42

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

authorities. It was not until later statutory amendments that Congress expanded the agency's executive powers to include issuing and enforcing subpoenas.).

All of this subjects the investigatory agency within the Judicial Branch for a judicial review; oversight, and restrain order when it uses its authority to violate the civil right laws of others which applies on everyone else; discrimination and retaliation means as it says.



Chief Justice John Roberts recused himself from two decisions as the Supreme Court issued its January 12 order list Monday, which included certiorari grants, denials and procedural rulings.

Roberts did not participate in *Alaska v. United States*, a dispute over state and federal authority involving land and resource rights, and in *Bochra v. U.S. District Court for the Northern District of Illinois*, which concerned a rehearing petition tied to a lower court proceeding. The Court did not explain the recusals, which typically occur when a justice has prior involvement in a case.

John Roberts, Chief Justice of the U.S. Supreme Court, speaks during lecture to the Georgetown Law School graduating class of 2025, in Washington, Monday, May 12, 2025. (AP Photo/Manuel Balce Ceneta)

**Why It Matters**

Roberts rarely recuses himself, so sitting out two decisions signals potential conflicts or concerns about impartiality.

The "factual background" on the next page, is taken from my petition 24-7206[71] before the Supreme Court to which the justice department solicitor general waived their right to respond to my petition[72] and the Supreme Court Justices however turned a blind eye to the judicial branch own sins when it came to the executive committee and the 7th circuit. Chief Justice Roberts <u>recused</u> because he is involved in the investigation to this very day most probably.[73] Recently the

---

[71] See https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/24-7206.html
[72] See waiver https://www.supremecourt.gov/DocketPDF/24/24-7206/363228/20250613212343770_Waiver%20Letter%2024-7206.pdf
[73] See the news https://www.msn.com/en-us/news/politics/john-roberts-just-sat-out-two-supreme-court-decisions/ar-AA1U3XLp

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Supreme Court created a defender office within the Supreme Court finding that they could be liable for the crimes of the judicial branch when the solicitor general waives his or her right to respond as this was the case in my petition leaving the Supreme Court Justices to respond to their own branch's sins.[74] While the 7th Circuit Court of Appeals currently ran to alter their en banc rule 40 because my lawsuit showed investigators cannot be judicial officers and judicial officers cannot be investigator corrupting both processes.[75] See FBI Complaint which was filed against some of the defendants.[76]

## I. FACTUAL BACKGROUND

**1.1**      This journey centers around the teachings of Jesus Christ and Judicial Officers who became the parable of the unjust judge who hated the words of Jesus Christ and the Coptic who brought this case *Bochra v. U.S. Department of Education* (1:21-cv-03887) which also centers around Jesus Christ within the IHRA definition when it declared "Jews didn't kill Jesus Christ".[77] See petition with the Supreme Court in 24-5703 (the <u>sin</u> of human choice to hear or not to hear).[78] It was this case which gave rise to "evil" when Mark's home became the first target by members of the Executive Committee of Northern District of Illinois using a former U.S. Marshal under the name Jerome Sliva, who used a valet who worked in my building under the name Sergio Hernandez to spy on me and read my e-mails related to my civil right case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) including but not limited to creating an ongoing hostile environment at home to this very day, see no stalking petition **22-OP-74176** in cook county circuit court (domestic violence division) order was granted by chief Judge Judith Rice but not only that, they violated the fair housing settlement in *Andira Amin, Mark Bochra et al v. 5757 North Sheridan Rd Condo Assn.et al* (1:12-cv-00446) ECF 66.[79] See ongoing no stalking petition in **2026-OP-72707** *Mark Bochra vs Marla Michalik* (the evil property manager who covered for Sergio Hernandez crimes) before Hon Judge Robert Kuzas. Mark suffered both financial and emotional loss yet he asked for healing but it was rejected because of their pride

---

[74] See https://www.law.com/nationallawjournal/2026/03/10/us-judiciary-approves-new-public-defender-office-to-improve-supreme-court-advocacy/

[75] See https://www.ca7.uscourts.gov/assets/pdf/CR40eNoticeFinal.pdf

[76] See https://www.scribd.com/document/1039256055/FBI-Report-Public-Corruption-Diane-Sykes-Rebecca-Pallmeyer-Virginia-Kendall-Sara-Ellis-and-Jim-Richmond

[77] https://www.mediafire.com/file/9u8t7o3l71bp2ba/From_Beginning_to_End%252C_There_is_Always_a_Carpenter.pdf/file

[78] See https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/24-5703.html See https://www.msnbc.com/opinion/msnbc-opinion/antisemitism-awareness-act-bill-cassidy-rcna203896

[79] See https://www.courtlistener.com/docket/5563856/amin-v-5757-north-sheridan-rd-condo-assn/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

and evil hearts. What happened in this journey was tested when Mark told many "go and sin no more"[80] but their pride was in the way. They accepted sin as the norm, and they rejected light as darkness and from where to start and how it should end? "Repeated attacks are often understood as a signal to act—just as King Henry II's remark, 'Will no one rid me of this meddlesome priest?"

**1.2** In light of 22-1025 *Gonzalez v. Trevino*[81], at which given point can one declares that officers of the judicial branch retaliated after the victim reports discrimination. See a State Judge lawsuit State Judicial Branch for religion discrimination in *Brian Keith Umphress vs David C. Hall et al* No. 20-11216 (5th Cir. 2025)[82]; the State Commission on Judicial Conduct, through issuance of a now-rescinded warning, applied that provision to Dianne Hensley, a justice of the peace, for publicly refusing, for religious reasons, to perform same-sex weddings while continuing to perform opposite-sex weddings. Hensley sued the Commission in state court, where her case is still pending. Meanwhile, Brian Umphress, a county judge who—like Hensley— declines to perform same-sex marriages on religious grounds, is challenging, in federal court, the Commission's application of Canon 4A(1). A 5th Circuit Court asked the Supreme Court of Texas to reply to their certified question:

> The Fifth Circuit certified the following question: "Does Canon 4A(1) of the Texas Code of Judicial Conduct [concerning a judge's extra-judicial activities] prohibit judges from publicly refusing, for moral or religious reasons, to perform same-sex weddings while continuing to perform opposite-sex weddings?" *Umphress v. Hall*, 133 F.4th 455, 471 (5th Cir. 2025). See TEX. CONST. art. V, § 3-c; TEX. R. APP. P. 58.1.

**1.3** The Supreme Court of Texas replied to the 5th Circuit.[83] The same exact situation here with members of the Executive Committee of Northern District of Illinois, but much worse, they didn't just discriminate against Mark's Coptic identity threatening him not to speak about Jesus Christ, they went miles to target him and his civil right case, they crossed into criminal conduct with intent and malice but this is a civil lawsuit to bring them into compliance with the Rule of Judicial-Conduct and Judicial-Disability Proceedings 4(a), Judicial Code of Conduct Canon 1, Canon 2(A), Canon 3(A)(1), Canon 3(A)(2), and Canon 3(A)(3) and retaliation for reporting

---

[80] See https://www.youtube.com/watch?v=w5GXnM_TxSQ
[81] See https://www.supremecourt.gov/opinions/23pdf/22-1025_1a72.pdf
[82] See https://law.justia.com/cases/federal/appellate-courts/ca5/20-11216/20-11216-2025-04-04.html
[83] See https://www.txcourts.gov/media/1461913/250288pc.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

discrimination under Rule 4(a)(4). See also this District Court ruling in *Zaid v. Executive Office of the President* (1:25-cv-01365) ECF 52 issuing an injunction.[84]

> "The Constitution <u>forbids</u> government officials from using their power to retaliate against people for their speech, and that is so even when the speech is critical of the government. Eighty years ago, the Supreme Court captured that foundational promise in this way: "If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word or act their faith therein." *W. Va. State Bd. of Educ. v. Barnette, 319 U.S. 624,642* (1943). Last year, the Supreme Court put it like this: A government official cannot "use the power of the State to punish or suppress disfavored expression." *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175, 188 (2024)." Ruled Judge Amir Ali.

**1.4**    The continuous discrimination with retaliation in this case did not just took place using the Court official capacity when the Executive Committee through Judge Rebecca Pallmeyer threatened Mark not to speak about Jesus Christ "or else" but the continuous targeting of Mark directly and covertly waived immunity for many judicial officers, especially when they all gathered to get rid of Mark by means of first they must destroy Mark's civil right case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) which is a direct violation of 18 U.S. Code § 241 - Conspiracy against rights through their appointed judicial officer for Mark's case i.e., Sara Ellis[85] a co-conspirator and later restrain the victim from speaking up to the Court in both the District and the 7th Circuit by means of money extortion under duress which the Supreme Court tried to address in 20-197 *Biden v. Knight First Amendment Institute at Colombia University et al*[86] when it declared a President can't block a user from interacting with the President using twitter because it is constitutionally protected public forum, the same way in here, the Court is a public forum.[87]

**1.5**    This litigation breaks into 2 parts and all are very clear to the point. The <u>first</u> part is related to seeking an injunction and declaratory judgment under APA against the use of the IHRA definition by the Department of Education including showing retaliation by Kenneth

---

[84] See https://storage.courtlistener.com/recap/gov.uscourts.dcd.280276/gov.uscourts.dcd.280276.52.0_1.pdf

[85] Robert Gettleman was the assigned judge for Mark's case not Sara Ellis, the Executige Committee appointed Sara Ellis doing the judge shopping for Mark's case in *Bochra v. U.S. Department of Education* (1:21-cv-03887), it wasn't a new random assignment through the clerk's office, ECF 5 shows "executive committee appointed Sara Ellis"

[86] See https://www.supremecourt.gov/opinions/20pdf/20-197_5ie6.pdf

[87] <u>See</u> most recent judicial misconduct complaint filed April 7, 2026 against members of the executive committee https://www.scribd.com/document/1026535591/11th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit <u>See</u> letter to the executive committee ECF 68 in 1:21-cv-06223 https://www.mediafire.com/file/s8sez9noxjcegxq/Letter_to_the_Executive_Committee_ECF_68.pdf/file

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Marcus and his co-conspirator Melanie Velez for reporting Kenneth Marcus to different channels; they tempered with witnesses and their testimonies, concealing material facts, obstructed justice, and removed Prof Korin Munsterman and LT Larry Kitchen testimonies to OCR from the findings in order to alter their reporting after Melanie Velez promised the next step is enforcement action to the Justice Department. See 18 U.S. Code § 1001; 18 U.S. Code § 1512 - Tampering with a witness; 18 U.S. Code § 1519 - Destruction, alteration, or falsification of records in Federal investigations; and 18 U.S. Code § 241 - Conspiracy against rights. The claims raised in this lawsuit was never foreclosed on by a judicial officer under the name Sara Ellis in *Bochra v. U.S. Department of Education* (1:21-cv-03887) because she didn't rule on them such as "government endorsed viewpoint discrimination" Moreover, Ms. Sara Ellis who conspired with members of the Executive Committee to target me and my home, waives any sort of immunity. Ms. Sara Ellis dismissed some of the raised claims <u>with prejudice</u> in ECF 84 without addressing the raised arguments in ECF 54[88] but when standing is at issue, dismissal should be <u>without prejudice</u>, however like I said her ruling was in retaliation of raising a serious judicial misconduct complaint on the docket and asking her to recuse from the case in ECF 81. The Seventh Circuit explained that "'[a] suit dismissed for lack of jurisdiction cannot also be dismissed "with prejudice"; that's a disposition on the merits, which only a court with jurisdiction may render.'" Id. at 6 (quoting *Frederiksen v. City of Lockport*, 384 F.3d 437, 438 (7th Cir. 2004)). See *Johnson v. Wattenbarger*, 361 F.3d 991, 993 (7th Cir.2004). "No jurisdiction" and "with prejudice" are mutually exclusive. When the Rooker-Feldman doctrine applies, there is only one proper disposition: dismissal for lack of federal jurisdiction. A jurisdictional disposition is conclusive on the jurisdictional question: the petitioner cannot re-file in federal court. But it is without prejudice on the merits, which are open to future review. Moreover, this lawsuit included claims never raised or foreclosed by Sara Ellis in *Bochra v. U.S. Department of Education* (1:21-cv-03887) such as "government endorsed viewpoint discrimination" and other APA violations.

1.6    The <u>second</u> part of this litigation is related to judicial officers who jumped between investigators and judicial officers corrupting both procedures, see FBI operation greylord[89], in order to target Mark during the middle of Mark litigation in *Bochra v. U.S. Department of*

---

[88] See https://storage.courtlistener.com/recap/gov.uscourts.ilnd.405633/gov.uscourts.ilnd.405633.84.0.pdf
[89] See https://www.youtube.com/watch?v=O4wsedwMxw0

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

*Education* (1:21-cv-03887) including being threatened by a docket supervisor under the name Jim Richmond who was reported to the 7th Circuit Judicial Council.[90] His threat was related to how the judges of the 7th Circuit Court of Appeals would fix my appeal in *Bochra v. U.S. Department of Education* (1:21-cv-03887) long before it was even filed and later retaliate, and indeed that came to pass verbatim; the 7th circuit fixed my appeal with facts from their own imagination claiming OCR <u>refused</u> to investigate my complaint, when OCR was spending 2 years trying to get the respondent to sign a resolution agreement, and even senator Dick Durbin[91] and OIG DOE stepped into the case. Now many District Court Judges are falsely citing the 7th Circuit ruling in my case *Mark Bochra v. Department of Education*, No. 23-1388 (7th Cir. 2024)[92] as a case law making a mockery of themselves because they followed the liars without reading into the facts of the case; they keep dismissing cases for people who lawsuit agencies when the agencies refuse to investigate; see *Phillips v. OCR Office in Boston MA (2:24-cv-01298)* ECF 13 falsely citing the 7th Circuit in my case, see also *Libarov v. US Immigration and Customs Enforcement* (1:22-cv-06414) ECF 49 and even this District (DC) trolled Kenneth Marcus to his face in *Louis D. Braindeis Center, Inc. v. U.S. Department of Education* (1:24-cv-01982) ECF 17 by falsely citing my case, he now appealed.[93] Well OCR did investigate my complaint, spending two years trying to get the recipient to sign the resolution agreement but retaliated rather than proceeding with enforcement action per their manual because of me reporting Kenneth Marcus to every federal agency, as an agent of Israel. In *Mark Bochra v. Department of Education,* No. 23-1388 (7th Cir. 2024) are not the facts of the case but a figment of the 7th Circuit judges' own imaginations, they fulfilled the reported threats of Jim Richmond when he said that the 7th Circuit would fix my future appeal. The 7th Circuit is notorious for fixing cases when they like to through their staff attorneys.[94] The law school was also shut down by the department of education, so no alternative remedy and these were <u>not</u> the facts of the case cited by the 7th Circuit. See 18 U.S. Code § 1001 when it comes to judicial officers.

---

[90] See https://www.scribd.com/document/875283314/Complaint-to-the-7th-Circuit-Judicial-Council-reporting-Jim-Richmond-s-threats-toward-Mark-the-Coptic

[91] See https://www.scribd.com/document/712046044/Senator-Dick-Durbin-Letter-related-to-Bochra-v-U-S-Department-of-Education

[92] See https://law.justia.com/cases/federal/appellate-courts/ca7/23-1388/23-1388-2024-02-27.html

[93] https://storage.courtlistener.com/recap/gov.uscourts.cadc.42459/gov.uscourts.cadc.42459.01208833316.0.pdf

[94] https://www.abajournal.com/news/article/posner_most_judges_regard_pro_se_litigants_as_kind_of_trash_nor_worth_the_t Posner: Most judges regard pro se litigants as 'kind of trash not worth the time'

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

**ORDER**

Mark Bochra, a Coptic Christian of Egyptian descent, sued the Department of Education under the Administrative Procedures Act (APA) and 42 U.S.C. § 1983 after it rejected his request to investigate his law school for discriminating against him. The district judge dismissed the suit for three reasons. First, Bochra lacked standing in part: He sought to challenge the Department's definition of antisemitism, but Bochra was not injured by it. Second, Bochra's claim under the APA that the Department wrongly refused to investigate his charge of discrimination failed because Bochra had the alternative remedy of suing the school for discrimination. Third, Bochra's contention under § 1983 that changes to the Department's case-processing manual violated his



---

*See Injustice Watch report.*[95]  *vs. if the speaker is a liar, the writer is <u>not</u> blind*

---

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, REGION IV

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

December 11, 2018

Senator Richard J. Durbin
United States Senate
230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604

Re:   Mark Bochra
      OCR Complaint #04-16-2184

Dear Senator Durbin:

The U.S. Department of Education (Department) Office for Civil Rights (OCR), Region IV received your office's inquiry related to the above-referenced complaint (Complaint) against Florida Coastal Law School (Law School). Your correspondence included your constituent's inquiry with your office regarding OCR Complaint #04-16-2184. In addition, your correspondence requested that OCR provide you with information regarding the status of this matter.

---

On August 22, 2016, OCR notified the Complainant and the Law School that it would investigate the following legal issues:

1. Whether the Law School subjected the Complainant to different treatment on the basis of national origin, in noncompliance with the regulation implementing Title VI at 34 C.F.R. § 100.3; and

2. Whether the Law School retaliated against the Complainant, in noncompliance with Title VI and its implementing regulation at 34 C.F.R. § 100.7.

---

*Melanie Velez sent 3 letters to Senator Dick Durbin across 2 years.*

---

[95] See Injustice Watch reporting on Frank Easterbrook https://www.injusticewatch.org/archive/2017/pattern-of-misstated-facts-found-in-probe-of-renowned-federal-judges-opinions/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**1.7**     The ongoing series of retaliations that kept on going to this very day were reported to members of the Judicial Conference Committee directly via e-mails.[96] See recent Article "Center for Justice and Stability" citing the name Diane Sykes (former 7th Circuit Chief Judge) covering for her colleagues in judicial misconduct complaints showing a pattern and practice calling her actions "Judicial Rebellion: The Erosion of Accountability in America's Courts" dated December 19, 2025.[97]

**1.8**     The targeting never really stopped with Chicago Public School which we do have the evidence disclosed by ISBE (Illinois State Board of Education) but I was targeted also at District 69 on the day my Supreme Court petition 24-7206 was delivered to Ms. Lisa Nesbitt on May 7, 2025. Both Chicago Public School and District 69 are dealing with pending Department of Education OCR Complaints against them with multiple filed FBI complaints. The Chicago Public School OCR Complaint was handled by both the Biden and Trump administrations with a lead investigator Melissa Howard in OCR No. 05-24-1198 and they are stuck with this reality; what shall they do against all these judicial officers but as a reminder it was a federal judge who judged state/city judges in Operation Greylord.[98]

**1.9**     It was that same judge Ilana Rovner in Operation Greylord who gave 2 years prison to a City judge for lying to a grand jury, adding 2 years on top of his 10 years conviction without mercy claiming she wants to send a message.[99] That same judge committed the same exact <u>sin</u> years later in my case when she agreed to fix my appeal but even worse. The judges in Operation Greylord were bribed in different amounts between $450 to $10,000 to fix cases.[100] But Ilana Rovner along with her colleagues, Michael Scudder, and Michael Brennan who replaced Diane Sykes as the next chief, their form of bribe was to cover for their colleagues' crimes, members of the Executive Committee in both judicial misconduct proceedings first acting as investigators and appeal proceedings second in appeal 22-1815 acting as judicial officers, to allow them to

---

[96] See letters https://www.scribd.com/document/716159992/Letter-to-the-Judicial-Conference-Committee-The-Judicial-Branch-Pleads-for-More-Funds see https://www.scribd.com/document/717277165/Petition-for-Review-with-Judicial-Conference-Committee see https://www.scribd.com/document/720066873/Letter-to-the-Chair-of-the-Judicial-Conference-Executive-Committee-Hon-Jeffery-Sutton see https://www.scribd.com/document/745155055/Petition-for-Review-Judicial-Conference-Committee-Rule-26
[97] See https://policystability.com/post/2025-12/judicial-rebellion-the-erosion-of-accountability-in-americas-courts/ see https://www.instagram.com/reel/DSc5LMYgQtN/
[98] See https://www.youtube.com/watch?v=O4wsedwMxw0
[99] See https://www.chicagotribune.com/1988/06/28/imprisoned-ex-judge-gets-2-more-years-for-perjury/
[100] See https://www.nytimes.com/1983/12/15/us/3-chicago-judges-face-bribe-charge.html

*"I came to complete not to refute. I came light to the World."* Jesus Christ

also reach senior status like Ms. Rebecca Pallmeyer[101], Ms. Ilana Rovner too reached senior status[102], thus securing lifetime appointment like a King and a Queen, with lifetime payment that comes with their perks without raising any misconduct on their files "hey we will deal with Mark fixing his case and the investigation as well, don't you worry, we will help you secure a senior status, I got you" that was the real mentality, the same exact behavior as a bribe "take this money and fix the case." See Mark's brief against members of the Executive Committee that made Judge Frank Easterbrook so nervous in appeal 22-1815 (original 3 panel judges were Ilana Rovner, Michael Brennan, and Michael Scudder ECF 24).[103]

November 9, 2022

*Before:*

Ilana Diamond Rovner, *Circuit Judge*
Michael B. Brennan, *Circuit Judge*
Michael Y. Scudder, *Circuit Judge*

IN RE:
   MARK BOCHRA,
   Appellant.

No. 22-1815

] Appeal from the United
] States District Court for
] the Northern District of
] Illinois, Eastern Division.
]
] No. 1:21-cv-06223

*vs*

Case: 1:21-cv-03887 Document #: 121 Filed: 05/30/23 Page 2 of 210 PageID #:7609

*"I came to complete not to refute. I came light to the World."* Jesus Christ

When the 7th Circuit Clerk tried to correct the issue later on, one can see text over text but already Hon Judge Frank Easterbrook ruled on the Appendix rather than the Brief; the Appendix was a 190 pages. Both Mark and the Judge made procedural mistakes. However, Hon Judge Frank Easterbrook which Mark loves for his videos were the reason Mark learned to developed his legal skills by focusing on the procedural issues rather than the merit of the case.[1]

ECF No. 56

---

[101] See https://www.law360.com/articles/1771440/chief-judge-of-chicago-federal-court-to-take-senior-status
[102] See https://www.scribd.com/document/699170977/01122024rovner-Letter
[103] See https://www.scribd.com/document/875282835/Brief-Related-to-Executive-Committee-in-22-1815-121-Cv-06223-targeting-Mark-the-Coptic see Appendix https://www.scribd.com/document/717645429/Appendix-Related-to-Executive-Committee-in-22-1815-121-cv-06223

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**1.10**    Ilana Rovner obstructed justice, tempered with an investigation, and concealed material facts when in an investigatory process first she declared "she doesn't understand" as a member of the 7th Circuit Judicial Council to back up Diane Sykes but in an appeal process 22-1815 against the same defendants i.e., the Executive Committee, she said "oversize brief" she wasn't the <u>only</u> one who did that, most of the 7th Circuit Judges are also members of the 7th Circuit Judicial Council. A petition to the 7th Circuit Judicial Council in a judicial misconduct proceeding and a Petition to En Banc in an appeal proceeding put the same investigators who are judges on notice for their evil behaviors. All they have to do was to jump between an investigator and a judicial officer but duties are different and immunity is waived if an investigator obstructs justice, tempers with the evidence, and conceals material facts. Under 18 U.S.C. § 241, it is a Federal offense to conspire to injure a citizen for having exercised a Federal right or to conspire to intimidate a citizen from exercising a Federal right. One such right is the right to be a witness in a Federal court, *United States v. Dinome*, 954 F.2d 839, 845 (2d Cir.).

o   File your appeal, when are you filing it? Oh you will see what action we will take, and then you can go to your favorite Supreme Court justice and see how they will rule for your case. Said Jim Richmond.

o   "Do you think you got everything figured out? What makes you think the Judicial Conference has jurisdiction over us? That is Robert's committee" I replied in part "there is a recent 2022 case ruling" Later i emailed him a copy of the case ruling c.c.d._no._22-01_0.pdf (uscourts.gov).[104] During several follow up conversations because he knew it was the Democrats who initiated the Judicial Misconduct Complaint which triggered the Judicial Conference Committee to rule on the case, he added in part "they need to shut up over at DC, I am a democrat myself but you have **** (I don't remember the inappropriate language he used) in DC." Said Jim Richmond.

See FBI Attorney Admits Altering Email Used for FISA Application During "Crossfire Hurricane" Investigation.[105] All it took to harm another person was change report A to B to achieve a different outcome.

**1.11**    The 7th Circuit Judges who were investigators, first came to temper with an investigative proceedings, then later they returned to not only fix one appeal 22-1815 covering for members of the executive committee' crimes, but they came to fix my Department of Education appeal in 22-

---

[104] See https://www.uscourts.gov/sites/default/files/c.c.d._no._22-01_0.pdf
[105] See https://www.justice.gov/usao-ct/pr/fbi-attorney-admits-altering-email-used-fisa-application-during-crossfire-hurricane

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

2903 & 23-1388 with facts from their own imaginations when the Defendants through a DOJ lawyer Sarah Terman waived their right to respond to my filed brief claims.

"For there is another kind of violence, slower but just as deadly, destructive as the shot or the bomb in the night. This is the violence of institutions; indifference and inaction and slow decay." Robert F. Kennedy, Cleveland City Club, April 5, 1968.

## II. JURISDICTION AND VENUE

**2.1**    Pertaining to the Department of Education related to the IHRA definition, this Court has subject matter jurisdiction over this matter pursuant to Administrative Procedure Act ("the APA"), 5 U.S.C. Chapter 5, §§ 551, *et seq*, 5 U.S.C. §701 – 706; 28 U.S.C. §§ 1331 and 2201; HEA, 20 U.S.C. § 1082; and Federal Rule of Civil Procedure 23. This Court has authority to issue declaratory relief pursuant to 28 U.S.C. § 2201-2202. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)

**2.2**    Pertaining to the Judicial Branch, this Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1361. See also Administrative Procedure Act ("the APA"), 5 U.S.C. Chapter 5, §§ 551, *et seq*, 5 U.S.C. §701 – 706; 28 U.S.C. §§ 1331 and 2201. The Court has supplemental jurisdiction of any remaining claims set forth herein pursuant to 28 U.S.C. § 1367 as these claims for relief arise out of a common nucleus of operative facts and form part of the same case or controversy. See also 42 U.S.C. § 1983; Title VI of the Civil Right Act of 1964, 42 U.S.C. § 2000d *et seq*, the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 Judicial Code of Conduct Canon 1, Canon 2(A), Canon 3(A)(1), Canon 3(A)(2), and Canon 3(A)(3) and retaliation for reporting discrimination Under Rule 4(a)(4).

**2.3**    Venue is proper in this jurisdiction under 28 U.S.C. § 1391(b) because some of the Defendants i.e., Judicial Conference Committee which oversees Circuit Courts reside within the District of Columbia, moreover both Chief Judge Virginia Kendall and former Circuit Chief Judge Diane Sykes are current members of the Judicial Conference Committee106 as well as members of the 7th  Circuit Judicial Council and personally targeted the Plaintiff Mark Bochra by different means, direct and covert and because some of Defendants' acts or omissions giving rise to this Complaint arose from events occurring in part within this judicial district.

---

[106] See https://www.uscourts.gov/file/78987/download

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**2.4**    Venue for all causes of action stated herein pursuant to 28 U.S.C. § 1391(b)(2) lies in the District of Columbia in that a substantial part of the events or omissions giving rise to the claim occurred. See also 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

**2.5**    The Court has the authority to provide the relief from the Orders requested here under 28 U.S.C. §§ 1651, 2201, and 2202, and the Court's inherent equitable powers.

**2.6**    Pertaining to the remaining Defendants who were used by members of the judicial branch as a vehicle to target Mark whether his home or his place of work, the Court has supplemental jurisdiction of any remaining claims set forth herein pursuant to 28 U.S.C. § 1367 as these claims for relief arise out of a common nucleus of operative facts and form part of the same case or controversy.

### III. PARTIES

**3.1**    Plaintiff, Mark Bochra, on his own behalf and on behalf of other members have been or are being injured by the Defendants' failure to comply with the requirements of Chapter 5 of the Federal APA. Plaintiff on his own behalf and behalf of other members bring this suit on behalf of himself and other similarly situated members seeking injunction and declaratory relief.

**3.2**    Defendants are the U.S. Department of Education ("DOE"), current U.S. Secretary of Education Linda McMahon Linda.McMahon@ed.gov, and Kimberly M. Richey kimberly.richey@ed.gov , current Assistant Secretary for Civil Rights. Ms. McMahon and Ms. Richey are sued in their official capacities. As the U.S. Secretary of Education, Linda McMahon is responsible for the administration of the DOE in accordance with law, including adoption of rules and regulations pursuant to the rule-making procedures set out in the federal Administrative Procedure Act, 5 U.S.C. Chapter 5, §§ 551, *et seq*.

**3.3**    Defendant, former Assistant Secretary for Civil Rights Kenneth Marcus klmarcus@brandeiscenter.com is sued in his official and individual capacity.

**3.4**    Defendants, former OCR Atlanta Director Melanie Velez Melanie.Velez@ed.gov and current OCR Enforcement Director is sued in her official and individual capacity.[107]

**3.5**    Defendant, John G. Roberts, Jr., jroberts@supremecourt.gov in his official capacity as Presiding Officer of the Judicial Conference of the United States, is the head of an "agency" within the meaning of 5 U.S.C. § 552(f).

---

[107] See https://www.ed.gov/about/ed-offices/ocr/key-ocr-staff

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**3.6**    Defendant, the Judicial Conference of the United States is located at 1 First Street NE, Washington, D.C. 20543. The Judicial Conference is a policymaking body that oversees the Administrative Office and appoints and removes its directors is sued in its official capacity.

**3.7**    Defendant, Robert J. Conrad, robert_conrad@ncwd.uscourts.gov in his official capacity as Director of the Administrative Office of the U.S. Courts, is the head of an "agency" within the meaning of 5 U.S.C. § 552(f). The Administrative Office of the U.S. Courts' office is located at 1 Columbus Circle NE, Washington, D.C. 20002. The Administrative Office has its own self-contained, organizational structure, composed of over 1,000 employees and numerous committees with distinct functions.

**3.8**    Defendants, members of the Judicial Conference Committee overseeing the sins of lower Courts Judges are sued in both their official and individual capacities for lack of action and oversight related to the 7th Circuit Judicial Council and the Executive Committee of Northern district of Illinois:

Chief Judge David Jeremiah Barron david_barron@ca1.uscourts.gov;
Judge William E. Smith william_smithrid@uscourts.gov;
Chief Judge Debra Ann Livingston debra_livingston@ca2.uscourts.gov;
Chief Judge Margo K. Brodie mbrodie@nyed.uscourts.gov;
Chief Judge Michael A. Chagares michael_chagares@ca3.uscourts.gov;
Chief Judge Mitchell S. Goldberg mitchell_goldberg@paed.uscourts.gov;
Chief Judge Albert Diaz albert_diaz@ca4.uscourts.gov;
Judge John Bailey Judge_Bailey@wvnd.uscourts.gov;
Chief Judge Jennifer Walker Elrod jennifer_elrod@ca5.uscourts.gov;
Chief Judge Debra M. Brown judge_brown@msnd.uscourts.gov;
Chief Judge Jeffrey S. Sutton jeffrey_sutton@ca6.uscourts.gov;
Judge S. Thomas Anderson stanley_anderson@tnwd.uscourts.gov;
Chief Judge Diane S. Sykes chambers_of_judge_sykes@ca7.uscourts.gov;
Chief Judge Virginia M. Kendall virginia_kendall@ilnd.uscourts.gov;
Chief Judge Steven M. Colloton steven_colloton@ca8.uscourts.gov;
Chief Judge Roberto A. Lange roberto_lange@sdd.uscourts.gov;
Chief Judge Mary H. Murguia mary_murguia@ca9.uscourts.gov;
Judge Leslie E. Kobayashi leslie_kobayashi@hid.uscourts.gov;
Chief Judge Jerome A. Holmes jerome_a_holmes@ca10.uscourts.gov;
Chief Judge William Paul Johnson wjohnson@nmd.uscourts.gov;
Chief Judge William H. Pryor, Jr jill_pryor@ca11.uscourts.gov;
Judge Lisa Wood lisa_wood@gas.uscourts.gov;
Chief Judge Srikanth Srinivasan sri_srinivasan@cadc.uscourts.gov;
Chief Judge James Emanuel Boasberg james_boasberg@dcd.uscourts.gov;
Chief Judge Kimberly A. Moore moorek@cafc.uscourts.gov; and

55

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Chief Judge Mark Barnett <u>mark_barnett@cit.uscourts.gov</u>.[108]

**3.9**    Defendant, United States District Court for the Northern District of Illinois is sued in its official capacity for threatening Mark Bochra by enforcing a discriminatory demand "speak again about Jesus Christ" or "else" retaliation would ensued.

**3.10**    Defendant, Executive Committee of Northern District of Illinois is sued in its official capacity for targeting Plaintiff Mark Bochra since 2022 after he commenced his civil right litigation in *Bochra v. U.S. Department of Education* (1:21-cv-03887) doing the judge shopping for his case first and later threatening him not to "speak about Jesus Christ" or "else" they would retaliate resulting in both covert and direct discrimination with retaliation which crosses the criminal threshold; <u>see</u> 18 U.S. Code § 241 - Conspiracy against rights.

**3.11**    Defendants, members of the Executive Committee of Northern District of Illinois since 2022 are sued in both their official and individual capacities:

> Former Chief District Judge Rebecca Pallmeyer <u>rebecca_pallmeyer@ilnd.uscourts.gov</u>;
> Chief Magistrate Judge Sheila Finnegan <u>Sheila_finnegan@ilnd.uscourts.gov</u> (resigned);
> Former Judge Gary Feinerman <u>gary.feinerman@lw.com</u> (resigned);
> Former Judge John Z Lee <u>john_lee@ilnd.uscourts.gov</u> (elevated to the 7th Circuit);
> Clerk of the District Court Thomas Bruton <u>Thomas_Bruton@ilnd.uscourts.gov</u>;
> Current Chief Judge Virginia Kendall <u>virginia_kendall@ilnd.uscourts.gov</u>;
> Chief Magistrate Judge David Weisman <u>david_weisman@ilnd.uscourts.gov</u>; and
> John Doe or Jan Doe 1-5.

**3.12**    Defendants, Judge Sara Ellis <u>Sara_Ellis@ilnd.uscourts.gov</u> and her Courtroom Deputy Rhonda Johnson <u>Rhonda_Johnson@ilnd.uscourts.gov</u> are sued in both their official and individual capacities for targeting Plaintiff Mark Bochra over the words of Jesus Christ, being co-conspirators and an accomplice in the crimes with members of the Executive Committee in first targeting Mark's home, when the first trial failed, they later target Mark's place of work at Chicago Public School (his source of income). This happened while Mark was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) before Sara Ellis who was not the original assigned judge to his case, but Robert Gettleman; the Executive Committee did the judge shopping for Mark's case picking Sara Ellis to initiate the targeting "evil motives".

**3.13**    Defendants, Sergio Hernandez (former valet) at Mark's home co-conspirator (Stalker 1); Alicia McNeal (former property manager) at Mark's home co-conspirator (Stalker 2); and

---

[108] <u>See</u> members <u>https://www.uscourts.gov/file/78987/download</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Former U.S. Marshal Jerome Sliva co-conspirator (Stalker 3) are sued in both their official and individual capacities.

**3.14** Defendant, Hon. LaDon Reynolds ladon.reynolds@usdoj.gov U.S. Marshal Director for the Northern District Of Illinois overseeing the operation of the local office and a Witness to the Executive Committee's past and current crimes is sued in his official capacity (He is a good U.S. Marshal Director but a witness to the crimes of Virginia Kendall).

**3.15** Defendants, William Fletcher wfletcher@gatewayprogram.org former inspector general for Chicago Public School ("CPS") and Philip Wagenknecht pWagenknecht@cpsoig.org co-conspirator current inspector general for Chicago Public School ("CPS"); Kelly Tarrant[109] co-conspirator former deputy manager for CPS law department ktarrant@veritasintelgroup.com, Jennifer Reger jrreger1@cps.edu co-conspirator current director for Administrative Hearings for CPS; and Libby Massey lnmassey1@cps.edu, lmassey@luc.edu co-conspirator current deputy general counsel for Chicago Public Schools are sued in both their official and individual capacities in targeting Mark Bochra and aiding members of the Executive Committee in targeting Mark. The targeting resulted in a pending OCR Complaint against Chicago Public School which is currently being handled by senior OCR attorney Melissa Howard in Nos. **05-24-1198.** Also several IARDC complaints against their licenses are currently pending, the crimes of Kelly Tarrant Commission No. 2024IN02061**,** Jennifer Reger Commission No. 2024IN02062, Libby Massey Commission No. 2024IN02618 was not only turning Mark from a Complainant into a Respondent but acting under color of law violated 18 U.S. Code § 242 - Deprivation of rights under color of law and 18 U.S. Code § 241 - Conspiracy against rights by forging and fabricating an OIG CPS report with false data (they were reported to the FBI on 1/21/2026). Philip Wagenknecht Commission No. IARDC 2025IN01830 went to fight with them internally via e-mail, also has a pending IARDC complaint for staying quite about their crimes to this very day since 2022.

**3.16** Defendant, 7th Circuit Judicial Council is sued in its official capacity for targeting Plaintiff Mark Bochra since 2022 by declaring "they don't understand Mark's initial 88 pages judicial misconduct complaint" and affirming that they don't understand his complaint in order to cover for the crimes of the Executive Committee of Northern District of Illinois.

---

[109] See profile https://www.linkedin.com/in/ktarrant/ she was fired from CPS few months ago.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**3.17**    Defendants, members of the 7th Circuit Judicial Council are sued in both their official and individual capacities acting as investigators who tempered with an investigation, concealed material facts, failed to assign a special committee to investigate disputed facts while all claiming "they don't understand", original members since 2022 are:

Investigator Diane Sykes (removed 1/26) <u>chambers_of_judge_sykes@ca7.uscourts.gov</u>;
Investigator Michael Brennan <u>michael_brennan@ca7.uscourts.gov</u>;
Investigator Frank H. Easterbrook <u>frank_easterbrook@ca7.uscourts.gov</u>;
Investigator Ilana Diamond Rovner <u>ilana_rovner@ca7.uscourts.gov</u>;
Investigator Michael Y. Scudder, Jr <u>Michael_Scudder@ca7.uscourts.gov</u>;
Investigator Amy J. St Eve <u>amy_st_eve@ca7.uscourts.gov</u>;
Investigator Thomas L. Kirsch II <u>Thomas_Kirsch@ca7.uscourts.gov</u>;
Investigator Candace Jackson-Akiwumi <u>Candace_Jackson-Akiwumi@ca7.uscourts.gov</u>;
Investigator Jonn Z. Lee <u>John_Lee@ca7.uscourts.gov</u>;
Investigator Doris L. Pryor <u>Doris_Pryor@ca7.uscourts.gov</u>;
Investigator Joshua P. Kolar <u>Joshua_Kolar@ca7.uscourts.gov</u>;
Investigator Nancy L. Maldonado <u>Nancy_Maldonado@ca7.uscourts.gov</u>;
Investigator Diane Wood (resigned) <u>diane_wood@law.uchicago.edu</u>, <u>dwood@ali.org</u>;
Investigator Rebecca Pallmeyer <u>rebecca_pallmeyer@ilnd.uscourts.gov</u>;
Investigator Sara Ellis <u>Sara_Ellis@ilnd.uscourts.gov</u>;
Investigator Gary Feinerman (resigned) <u>gary.feinerman@lw.com</u>;
Investigator Jon DeGuilio <u>jon_deguilio@innd.uscourts.gov</u>;
Investigator Tanya Walton Pratt <u>tanya_pratt@insd.uscourts.gov</u>;
Investigator Sara Darrow <u>Sara_Darrow@ilcd.uscourts.gov</u>;
Investigator Nancy J. Rosenstengel <u>Nancy_Rosenstengel@ilsd.uscourts.gov</u>;
Investigator James D. Peterson <u>james_peterson@wiwd.uscourts.gov</u>;
Investigator Pamela Pepper <u>Pamela_Pepper@wied.uscourts.gov</u>;
Investigator Sharon J. Coleman <u>sharon_coleman@ilnd.uscourts.gov</u>; and
Investigator Edmond Chang <u>Edmond_chang@ilnd.uscourts.gov</u>.

**3.18**    Defendants, members of the 7th Circuit Court of Appeals are sued in both their official and individual capacities jumping from being investigators in a judicial misconduct proceedings to judicial officers in an appeal proceedings against the same defendants i.e., members of the Executive Committee in order to obstruct justice and fix the appeal. Defendants are:

Current Chief Judge Michael Brennan <u>michael_brennan@ca7.uscourts.gov</u>;
Judge Diane Sykes <u>chambers_of_judge_sykes@ca7.uscourts.gov</u>;
Judge Frank H. Easterbrook <u>frank_easterbrook@ca7.uscourts.gov</u>;
Judge Ilana Diamond Rovner <u>ilana_rovner@ca7.uscourts.gov</u>;
Judge Michael Y. Scudder, Jr <u>Michael_Scudder@ca7.uscourts.gov</u>;
Judge Amy J. St Eve <u>amy_st_eve@ca7.uscourts.gov</u>;
Judge Thomas L. Kirsch II <u>Thomas_Kirsch@ca7.uscourts.gov</u>;
Judge Candace Jackson-Akiwumi <u>Candace_Jackson-Akiwumi@ca7.uscourts.gov</u>;
Judge Jonn Z. Lee <u>John_Lee@ca7.uscourts.gov</u>;

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Judge Doris L. Pryor <u>Doris_Pryor@ca7.uscourts.gov</u>;
Judge Joshua P. Kolar <u>Joshua_Kolar@ca7.uscourts.gov</u>;
Judge Diane Wood (resigned) <u>diane_wood@law.uchicago.edu</u>, <u>dwood@ali.org</u>; and
Judge Nancy L. Maldonado <u>Nancy_Maldonado@ca7.uscourts.gov</u>.

**3.19** Defendant, David E. Hollar <u>david_hollar@ca7.uscourts.gov</u> Circuit Executive[110] presiding over the Administrative Work of the 7th Circuit Judicial Council Under 28 U.S.C. §332(e) is sued in his Official Capacity.

**3.20** Defendant, Jim Richmond <u>Jim_Richmond@ca7.uscourts.gov</u> former docket supervisor for the 7th circuit and current employee is sued in both his official and individual capacity for threatening Mark Bochra during the middle of his filed judicial misconduct complaint revealing how the 7th Circuit Judges would fix Mark's appeal and later retaliate, moreover revealing the connection between the 7th Circuit and the Executive Committee in targeting Mark while he was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887); <u>see</u> 18 U.S. Code § 241 - Conspiracy against rights.

**3.21** Defendants, Clerk #1 Jane Doe Supervisor, Clerk Paige Shore, and Clerk #10 Jane Doe Intake specialist for judicial misconduct complaints are sued in both their official and individual capacities.

**3.22** Defendant, Sarah Terman <u>sarah.terman@usdoj.gov</u> co-conspirator former Assistant U.S. Attorney (current senior litigation counsel) is sued in both her official and individual capacity. OIG DOJ previously referred her to two offices: Office of Professional Responsibility and Executive Office for U.S. Attorneys.

**3.23** Defendant, John Kocoras <u>john.kocoras@skadden.com</u> (resigned) co-conspirator former First Assistant U.S. Attorney is sued in both his official and individual capacity for trying to turn Mark from a Complainant into a Respondent to cover for the crimes of the Executive Committee. The same day Mark reached out to former FBI Director Christopher Wray directly via e-mail asking him to protect him from the Israeli lobby, John Kocoras tendered his resignation.[111] Combined with the threatening words of Jim Richmond and other evidence revealed at a later date, the crimes of 18 U.S. Code § 241 - Conspiracy against rights was revealed.

**3.24** Defendants, Lucas Doenges <u>lucas.doenges@usss.dhs.gov</u> covert co-conspirator of secret service and Director Hon Sean Curran <u>sean.curran@usss.dhs.gov</u> of secret service overseeing

---

[110] See <u>https://www.ca7.uscourts.gov/pages/LandingPage.php?page=executiveoffice</u>
[111] See <u>https://www.justice.gov/usao-ndil/pr/first-assistant-united-states-attorney-john-c-kocoras-depart-us-attorney-s-office</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

employees' conduct. Lucas is lawsuit in his official and individual capacity for lying in front of CPD Officer Stachula to investigate Kenneth Marcus while he was trying to covertly spy on Mark's facebook page. Defendant, Hon Director Sean Curran is lawsuit in his official capacity for overseeing the operation of the local field office and a witness to Lucas' covert misconduct.

## IV. STATEMENT OF FACTS

### A. PERTAINING TO DEFENDANTS RELATED TO OFFICE FOR CIVIL RIGHTS AT THE DEPARTMENT OF EDUCATION, KENNETH MARCUS, AND THE IHRA DEFINITION

**4.1** "Freedom is never more than one generation away from extinction. We didn't pass it to our children in the bloodstream. It must be fought for, protected and handed on for them to do the same…" President Ronald Reagan. The meaning of these words is that when a definition such as the IHRA definition[112] substitutes the Constitution of the United States of America[113], then many will lose their freedom to who paid more for such definition to be used; a definition that is not built on "equality" but "status" , "power" and "pride".  We've seen the result of this parable when the children of Abraham were separated because of status. The story of Hagar the Egyptian bearing a child from Abraham, the first child Ishmael, later Sarah bore Isaac and only then did Sarah outcast Hagar into the desert (Genesis 16).[114] The separation of the children of Abraham came to pass when Sarah told Hagar "your son will not have inherence with my son" So the Lord, God answered with blessing and judgment at the same time, he blessed the seed of Hagar but he judged by saying that both children Arabs and Jews will fight with each other's until comes the day they both understand the truth about the sin of "pride" and "status".

**4.2** The Passage, a movie speaks about the events that happened starting with June 5, 1967 till the victory of 6th October 1973, and the war of attrition lead by the qualified war commander "Nour" who is played by Ahmed Ezz.[115] From the movie, came a particular scene between an Israeli Captain and an Egyptian Captain. The Mission was a rescue mission, to destroy enemy's territories and retrieve the hostages and when possible capture some of the enemies.

---

[112] See Jewish MAFIA https://en.wikipedia.org/wiki/Jewish-American_organized_crime
[113] See https://www.senate.gov/about/origins-foundations/senate-and-constitution/constitution.htm
[114] See https://www.chabad.org/library/bible_cdo/aid/8211
[115] See https://www.imdb.com/title/tt10443808/

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Here the Egyptian captain captured an Israeli captain and the conversation went as follow.[116]

- Israeli captain: You are their Captain, right?
- Israeli captain: If you let me go, I will let you go free back to Egypt.
- Egyptian captain: I trust you, so you want to tell me, you don't want war?
- Israeli captain: That is right.
- Egyptian captain: Now remember these words so you can tell them to the entire World.
- Israeli captain: We all believed *in one God* and God said in the Torah that *this land is for the seed of Abraham and we are the children of Isaac*.
- Egyptian captain: Yes true, in the book of Genesis it said so but *you forgot one thing*. You always forget that *Ishmael* came *first*, the father of the Arabs. And when you disobeyed God, he scattered you across the World.[117] Aren't these also the words of the Torah?



*Ishmael (The Seed of Arabs) and Isaac (The Seed of the Jews)*

**4.3**    Over 1300 Jewish faculty and law professors are objecting to the IHRA definition.[118] This case strikes at the heart of *Brown vs. Board of Education;* this time it is not a segregation case between White vs. Black human being separated by color but between Jews vs. Gentiles separated by race and religion. We already saw the wisdom of God in Genesis 16 when there was a fight over status between Sarah and Hagar, the Children of Abraham became separated i.e., Isaac and Ishmael (Jews and Arabs) for over 2000 years until the Abraham Accord was fostered

---

[116] See the scene https://www.youtube.com/shorts/2KlX0xnZrr0 movie trailer https://www.youtube.com/watch?v=tEA65DeF360

[117] See the Torah, Genesis chapter 16:9-16 https://www.chabad.org/library/bible_cdo/aid/8211

[118] See https://docs.google.com/document/d/1lButpIiajBJ3vYIykA-mj5gV35btDhwfczfFUoXQRMQ/edit

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

at the hands of Jesus Christ through a Coptic.[119] Do we need to see separation to take place in America as well between Jews and everyone else? Roman 11 says "the root" affects "the branches".[120]

**4.4**    When judges ruled in *Plessy v. Ferguson* (1896) declaring "separate but equal" the vast majority of the public pressure came from humans who were white and the Judges answered to power while their wisdom was removed at that time. Following this decision, a monumental amount of segregation laws were enacted by state and local governments throughout the country, sparking decades of crude legal and social treatment for African Americans. The horrid aftermath of "separate but equal" from Ferguson was halted by the Supreme Court in *Brown v. Board of Education* (1954) where the Court said that separate schools for African American students were "inherently unequal."

**4.5**    The same idea that was rejected by the Supreme Court "separate but equal" is now repeating in a new form called the IHRA definition, promoted by the Israeli lobby in America which claims Jews will have their own definition and the Gentiles will not be part of that definition. But not only that, it adds something special by saying "Jews didn't kill Jesus Christ" a government endorsed view point discrimination which affects Mark's Coptic identity greatly but also the case of Jews vs. a Coptic in term of "deliberate indifference treatments" was proven throughout this journey by preponderance of the evidence.

**4.6**    The Supreme Court recent rulings in *Loper Bright Enterprises v. Raimondo*. No. 22–451 and *Corner Post, Inc. v. Board of Governors* No. 22–1008 provided a *pro se* attorney and a rancher with a hope against the Biden Administration under the APA over lack of Farm Credit appointments. The Justice Department representing the Biden administration sought to dismiss the lawsuit, but the Supreme Court recent overruling the Chevron Doctrine, gave the little guy a chance for healing when the chief district judge Hon. William Campbell granted Dustin Kittle motion to amend and for his case to proceed stating:

> "Leave to amend should be 'freely given when justice so requires,' a standard [Kittle] contends is met because the Second Amended Complaint addresses arguments raised in [Biden's] motion to dismiss and adds three respondents and two additional counts following the Supreme Court's recent decision in *Loper Bright Enterprises v. Raimondo,*

---

[119] See https://www.scribd.com/document/717588945/Letter-1-President-Joe-Biden-Mark-Bochra-the-Founder-of-the-Abraham-Accord

[120] See https://www.copticchurch.net/bible?r=Romans+11&version=NKJV&showVN= and see https://www.scribd.com/document/935376792/Future-Letter-to-President-Trump-From-Beginning-To-End-There-Is-Always-A-Carpenter

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

*144 S. Ct. 2244* (June 28, 2024).  [Kittle] also notes that the Second Amended Complaint does not add any causes of action as to [Biden].[121]

The case is now proceeding to case management and trial.[122]



*Equality is beautiful.[123]*

**4.7**    In light of the Supreme Court's recent ruling in *Loper Bright Enterprises v. Raimondo*. No. 22–451[124] (overruling the chevron doctrine), *Axon Enterprise v. Federal Trade Commission* No. 21-86, and *Corner Post, Inc. v. Board of Governors* No. 22–1008 declaring "that the six year window to sue federal agencies begins when the plaintiff experiences damages due to their

---

[121] See https://www.wlj.net/top_headlines/rancher-sues-biden-over-lack-of-farm-credit-appointments/article_49a5b05c-f357-11ee-a71c-abd1f84fdfd8.html see https://x.com/dustinkittle/status/1818339946635165908

[122] See https://storage.courtlistener.com/recap/gov.uscourts.tnmd.98763/gov.uscourts.tnmd.98763.6.0.pdf see https://www.courtlistener.com/docket/68371069/kittle-v-biden/

[123] Trump's work in progress against Iran https://x.com/PsyopAnime/status/2010631316493205777 to revive Persia! https://x.com/PsyopAnime/status/2013369656539574729

[124] See https://www.supremecourt.gov/opinions/23pdf/22-451_7m58.pdf

*"I came to complete not to refute. I came light to the World."* Jesus Christ

actions" these two major cases provides Plaintiff Mark Bochra with a standing to challenge the use of the IHRA definition and how Kenneth Marcus and Melanie Velez retaliated against the Petitioner by destroying his OCR Complaint after it was in a resolution agreement with the recipient for nearly 2 years in violation of the 30 days time frame provided by the OCR manual.[125]

**4.8**    The Office for Civil Rights ("OCR") within the U.S. Department of Education ("DOE") has a special mission: "to ensure equal access to education and to promote educational excellence through vigorous enforcement of civil rights in our nation's schools."

https://www2.ed.gov/about/offices/list/ocr/aboutocr.html. This office serves "student populations facing discrimination and the advocates and institutions promoting systemic solutions to civil rights problems." *Id*. In fact, Secretary Miguel Cardona takes pride in promoting an agenda to be a pioneer for "Equity" rather than "Equality."[126] Yet, the reality is nothing more than a PR even when he advocates for "Equity"; words are one thing but action is another.

**4.9**    To fulfill its mission, OCR notes that "an important responsibility is resolving complaints of discrimination." Id. Complaints of discrimination can be filed by anyone who believes that an educational institution that receives federal financial assistance has discriminated against someone on the basis of race, color, national origin, sex, disability, or age. The victim himself does not need to file – instead, an advocate or organization can file on an individual's behalf or on behalf of a group. The ability to file a complaint and have it thoroughly reviewed is integral to the mission of the OCR.

**4.10**    Indeed, some claims under the statutes enforced by DOE's OCR, such as that alleging disparate impact discrimination, can only be enforced by the federal government. *Alexander v. Sandoval*, 532 U.S. 275 (2001) (finding that implementing regulation of Title VI of the Civil Rights Act of 1964 regarding disparate impact discrimination is only enforceable by the federal funding agencies).

**4.11**    Contrary to its mission and without any public notice, DOE summarily eliminated substantive rights of the very people it purports to serve by changing its Case Processing Manual to abdicate its basic duty to investigate legitimate complaints of discrimination by students and their parents.

---

[125] See https://www.supremecourt.gov/opinions/23pdf/22-1008_1b82.pdf
[126] See https://twitter.com/SecCardona/status/1407387055953526784 and see https://twitter.com/usedgov/status/1407095987760476162

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.12**    Effective March 5, 2018, the DOE amended the U.S. Department of Education Office for Civil Rights Case Processing Manual ("2018 OCR Manual"). The changes include new provisions to require mandatory dismissal of certain complaints and the elimination of the appeal rights of complainants. This was under Trump's Cabinet members Kenneth Marcus and Betsy DeVos leadership. Kenneth Marcus stance was "We Are Law Enforcement Officials, Not … Social Justice People."[127] Yet, Kenneth Marcus himself tried to be the social justice warrior when he infiltrated the Federal Government by adopting the IHRA definition without congress intent when he personally ruled on Zoa's appeal without the knowledge of higher ups at OCR.[128] At that time, the Department of Education under Secretary Betsy DeVos released a statement ― The Department has **not** adopted a definition of anti-Semitism, Hill said via e-mail.[129]

**4.13**    After a public uproar, OCR backtracked by amending their manual and re-opened all dismissed complaints; <u>see</u> copy of the settlement.[130] However, again without any public notice, discussion, and public comment on the regulation in the Federal Register, Office for Civil Rights has done two things to the manual under both the Trump and the Biden's leaderships.

> (A) Weakening the appeal process by limiting the appeal to 10 page double space with no time frame provided to rule on the appeal, and without mentioning who rules on the appeal. The appeal procedure is written in a way which makes the appeal process a never independent process but rather it relays on pleasing the Masters who rules over a federal building i.e., Office For Civil Rights; here due process was denied again for many; and

> (B) Without any public notice or comments, or even congress adopting such definition, Office for Civil Rights through Kenneth Marcus adopted the IHRA definition, a definition that makes the Jewish people superior in every way compare to the Gentiles.[131]

**4.14**    By secretly adopting the IHRA definition with the stroke of a pen, without congress' intent or public notice and comments in the Federal Register.[132] The Jewish lobby by and

---

[127] See https://dailycaller.com/2018/07/31/education-department-social-justice/
[128] See Kenneth Marcus personally approving the appeal https://web.archive.org/web/20200316051403/https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000  see Kenneth Marcus leaked videos prior to becoming a secretary for OCR https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004
[129] See Politico https://www.politico.com/story/2018/09/11/trump-anti-semitism-schools-781917
[130] See https://browngold.com/news/settle-lawsuit-against-doe/ see settlement https://browngold.com/wp-content/uploads/2020/08/Countersigned-Settlement-Agreement-ACE-DOE.pdf
[131] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf
[132] See https://www.federalregister.gov/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

through Kenneth Marcus with intent and malice taught America something very dangerous i.e., we are all <u>*not created equal*</u> and created on the image of God [Genesis 5:1].

**4.15**   Plaintiff contends that it was further pointed out by the Office of Inspector General in their May 11, 2021 report that OCR is not in compliance when it leaves recipient in non-compliance; finding the following on page 33.[133] This was pertaining to Mark's OCR Complaint in Nos. **04-16-2184** wherein, a resolution agreement was sitting there for 2 years seeking the recipient/respondents to sign it but they refused to sign it; this was my case against the shuttered Florida Coastal School of Law.[134]

> Dismissing complaints where investigations have been completed and/or are in resolution wastes time and effort spent by OCR staff investigating and working with those recipients, and identified issues that were in the process of being resolved may be left unresolved and *the recipient may remain in noncompliance*.



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF INSPECTOR GENERAL**

Audit Services

May 11, 2021

TO:       Suzanne B. Goldberg
          Acting Assistant Secretary
          Office for Civil Rights

FROM:     Bryon S. Gordon /s/
          Assistant Inspector General for Audit

SUBJECT:  Final Audit Report, "The Office for Civil Rights' Complaint Dismissal Process," Control Number ED-OIG-A19T0002

**4.16**   OCR responded to OIG DOE agreeing with all their points yet, OCR Atlanta director Melanie Velez, in coordination with Deputy Assistant Secretary for Enforcement Director Randolph Wills spent 2 years trying to have the recipient/respondents sign on a resolution agreement, when respondent failed to comply, the next step was enforcement action.

---

[133] <u>See</u>
https://web.archive.org/web/20221230013809/https://www2.ed.gov/about/offices/list/oig/auditreports/fy2021/a19t0002.pdf
[134] <u>See</u> Melanie Velez letters to Senator Dick Durbin https://www.scribd.com/document/984305713/Melanie-Velez-letters-to-Senator-Durbin-related-to-Mark-Bochra-Law-School-Complaint

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



**FINDING 2**

OCR remains concerned about the following statement in FINDING 2:

> Dismissing complaints where investigations have been completed and/or are in resolution wastes time and effort spent by OCR staff investigating and working with those recipients, and identified issues that were in the process of being resolved may be left unresolved and the recipient may remain in noncompliance.

OIG's statement and its corresponding recommendation 2.4 *(Reconsider policy regarding dismissal of complaints that fall under Sections 302 and 303 of the CPM in light of resources expended and willingness of recipients to voluntarily resolve issues identified by OCR.)* have significant implications for OCR's case processing beyond the dismissal of complaints pursuant to Section 108(t). It would mean, for example, that OCR would have to attempt to continue negotiation a resolution agreement in circumstances where a complainant has also filed a federal or state court action with the same allegations based on the same operative facts. Under these circumstances, a complainant has not lost the opportunity to exercise his or her rights, and further expenditure of resources by OCR is therefore unnecessary. Accordingly, after due consideration of OIG recommendation 2.4, OCR respectfully disagrees with the recommendation to take action regarding its long-standing policy of dismissing, under certain circumstances, complaints that are in negotiation pursuant to Section 302 and/or Section 303 of the CPM, and respectfully requests that OIG reconsider this recommendation and modify or not include it in the final report.

OCR agrees to implement OIG recommendation 2.1, in that it will clearly define new policies before implementation and provide adequate and documented training.

OCR agrees to implement OIG recommendation 2.2, in that it will ensure that updates to CPM policy are adequately documented and communicated, to include interim changes that have not yet been incorporated into an upcoming CPM provision.

**4.17**    Things were running fair under the leadership of Acting Assistant Secretary for OCR Ms. Candice Jackson Candice.Jackson@ed.gov (active email)[135] who told Randolph Wills

---

[135] See https://www.ed.gov/about/ed-offices/ogc/meet-ogc-staff

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

<u>Randolph.Wills@ed.gov</u> (active email) in person "I need this case handled properly" during President Trump <u>first</u> term. She returned to become the deputy general counsel for the Department of Education during Trump's <u>second</u> term.[136]



Former Secretary of OCR Ms. Candice Jackson telling Mark "keep up the pressure"

**4.18**    Until, Ms. Candice Jackson stepped down during Trump first term and came the monster Kenneth Marcus and the moment he used the IHRA definition, Mark faced him directly via e-mails and letters reporting him to every possible federal agency including OIG DOE and the justice department senior leadership who also attempted to cover for his crimes i.e., Rod Rosenstein who was reported to former AG William Barr for many crimes including wiretapping President Trump during his first term, he too had to resign.[137]

**4.19**    The IHRA definition is an endorsed Government viewpoint discrimination when it states "Jews didn't kill Jesus Christ." Can government publish a definition which says "God didn't give

---

[136] See https://www.ed.gov/about/ed-organization/leadership-directory/political-appointees-trump-vance-administration

[137] See many emails https://aflegal.nyc3.digitaloceanspaces.com/wp-content/uploads/2025/04/22155855/First-Interim-Release.pdf see https://www.usatoday.com/videos/news/2019/04/18/he-being-held-hostage-twitter-erupts-over-rosensteins-stare-barr-spoke/3512554002/  Rod Rosenstein staring without blinking.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Moses the 10th Commandments" or "Muhammad is not the prophet of Islam"? The answer is no government can't.

**4.20** Freedom of speech is not just about speech. It is also about the right to debate with fellow citizens on self-government,[138] to discover the truth in the marketplace of ideas,[139] to express one's identity,[140] and to realize self-fulfillment in a free society.[141] That freedom is of first importance to many Americans such that the United States Supreme Court has relaxed procedural requirements for citizens to vindicate their right to freedom of speech,[142] while making it harder for the government to regulate it.[143] This case is about one such regulation.

**4.21** In *Kennedy v. Bremerton School District* (21-418)[144] in a 6–3 opinion written by Justice Gorsuch, the court held that the First Amendment's free speech and free exercise clauses protect a high school football coach's right to pray on the 50-yard line of the school football field after a game in a quiet, publicly visible religious observance. The court held that the school district had violated both his free speech and religious liberty rights by suspending him. The coach was engaged in private speech, not government speech in his capacity as a school employee, by leading the prayers on the 50-yard line after games. The court also held that the school district's tolerance of Kennedy's prayers did not violate the establishment clause, and cast aside the court's Lemon test for evaluating whether government acts appear to endorse religion. Instead, Justice Gorsuch wrote that the court should look to historical practices and understandings to evaluate whether conduct offends the establishment clause.

**4.22** In *Carson v. Makin* (20-1088)[145] in a 6–3 decision, Chief Justice Roberts wrote that the free exercise clause prohibited Maine from discriminating against religious schools by excluding those schools from a tuition assistance program open to nonsectarian schools in rural areas without free-standing public schools. Because the Maine Constitution requires that every town

---

[138] See N.Y. Times v. Sullivan, 376 U.S. 254 (1964) (establishing a heightened standard to find defamation because the government may not chill criticism of public figures).

[139] See Abrams v. United States, 250 U.S. 616, 630 (1919) (Holmes, J., dissenting) ("[T]hat the best test of truth is the power of the thought to get itself accepted in the competition of the market.").

[140] W. Va. State Bd. of Educ. v. Barnette, 319 U.S. 624 (1943) (holding that refusing to salute the American flag is a protected right to express dissent as a form of autonomy and self-expression).

[141] Procunier v. Martinez, 416 U.S. 396, 427 (Marshall, J., concurring).

[142] Broadrick v. Oklahoma, 413 U.S. 601, 612 (1973).

[143] Reno v. ACLU, 521 U.S. 844, 874 (1997); Ashcroft v. ACLU, 535 U.S. 564, 573 (2002); see also Brown v. Ent. Merchs. Ass'n, 564 U.S. 786, 794 (2011).

[144] See ruling 21-418 Kennedy v. Bremerton School Dist. (06/27/2022) (supremecourt.gov)

[145] See ruling 20-1088 Carson v. Makin (06/21/2022) (supremecourt.gov)

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

provide children with free public education, the state offered tuition assistance to private, nonsectarian schools in rural Maine towns lacking the funds and population to support a free public school. Two families who wanted to use the state tuition payments to send their children to Christian schools sued when the state refused to provide the state tuition assistance to the schools. The court held that Maine had discriminated against religious schools by excluding them from the program. Chief Justice Roberts wrote that Maine could not promote "stricter separation of church and state than the Federal Constitution requires" while penalizing parents for the free exercise of their religion by denying them tuition payments available to every other parent.

**4.23**    See *Shurtleff et al v. City of Boston et al* (20–1800).[146] This case was the definition of what constituted a government endorsed view point or not. The Supreme Court held that the Boston's flag-raising program does not express government speech. Pp. 5–12 and so everyone is entitled to fly their preferred flag.

> The Free Speech Clause does not prevent the government from declining to express a view. See *Pleasant Grove City v. Summum*, 555 U. S. 460, 467–469. The government must be able to decide what to say and what not to say when it states an opinion, speaks for the community, formulates policies, or implements programs. The boundary between government speech and private expression can blur when, as here, the government invites the people to participate in a program. In those situations, the Court conducts a holistic inquiry to determine whether the government intends to speak for itself or, rather, to regulate private expression. The Court's cases have looked to several types of evidence to guide the analysis, including: the history of the expression at issue; the public's likely perception as to who (the government or a private person) is speaking; and the extent to which the government has actively shaped or controlled the expression. See *Walker v. Texas Div., Sons of Confederate Veterans, Inc.*, 576 U. S. 200, 209–213. Considering these indicia in Summum, the Court held that the messages of permanent monuments in a public park constituted government speech, even when the monuments were privately funded and donated. See 555 U. S., at 470–473. In Walker, the Court found that license plate designs proposed by private groups also amounted to government speech because, among other reasons, the State that issued the plates "maintain[ed] direct control over the messages conveyed" by "actively" reviewing designs and rejecting over a dozen proposals. 576 U. S., at 213. On the other hand, in *Matal v. Tam*, the Court concluded that trade marking words or symbols generated by private registrants did not amount to government speech because the Patent and Trademark Office did not exercise sufficient control over the nature and content of those marks to convey a governmental message. 582 U. S.___, ___. Pp. 5–6.

---

[146] See <u>20-1800 Shurtleff v. Boston (05/02/2022) (supremecourt.gov)</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

> Because the flag-raising program did not express government speech, Boston's refusal to let petitioners fly their flag violated the Free Speech Clause of the First Amendment. When the government does not speak for itself, it may not exclude private speech based on "religious viewpoint"; doing so "constitutes impermissible viewpoint discrimination." *Good News Club v. Milford Central School*, 533 U. S. 98, 112. Boston concedes that it denied petitioners' request out of Establishment Clause concerns, solely because the proposed flag "promot[ed] a specific religion." App. to Pet. for Cert. 155a. In light of the Court's government-speech holding, Boston's refusal to allow petitioners to raise their flag because of its religious viewpoint violated the Free Speech Clause. Pp. 12–13.

**4.24** The Justice Department in its Amicus Curiae Brief to the Supreme Court stated that "the government-speech doctrine allows the government to rely on contributions from private actors, but does not apply when the government creates a forum for a diversity of private views." The justice Department added that because the City's flag-raising program is a forum for private speech, the denial of petitioners' application was impermissible viewpoint discrimination and they cited many case laws within their brief.[147]

> *Adderley v. Florida*, 385 U.S. 39 (1966); *American Legion v. American Humanist Association*, 139 S. Ct. 2067 (2019); *A.N.S.W.E.R. Coalition v. Jewell*, 153 F. Supp. 3d 395 (D.D.C. 2016), affirmed on other grounds, 845 F.3d 1199 (D.C. Cir. 2017); *Arkansas Educational Television Commission v. Forbes*, 523 U.S. 666 (1998); *Capitol Square Review & Advisory Board* v. *Pinette*, 515 U.S. 753 (1995); *Community for Creative Non-Violence* v. *Lujan*, 908 F.2d 992 (D.C. Cir. 1990); *Cornelius* v. *NAACP Legal Defense & Educational Fund, Inc.*, 473 U.S. 788 (1985); *Good News Club* v. *Milford Central School*, 533 U.S. 98 (2001); *Greer* v. *Spock*, 424 U.S. 828 (1976); *International Society for Krishna Consciousness, Inc.* v. *Lee*, 505 U.S. 672 (1992); *Johanns* v. *Livestock Marketing Association*, 544 U.S. 550 (2005); *Lamb's Chapel* v. *Center Moriches Union Free School District*, 508 U.S. 384 (1993); *Legal Services Corp.* v. *Velazquez*, 531 U.S. 522 (2001); *Lehman* v. *City of Shaker Heights*, 418 U.S. 298 (1974); *Matal* v. *Tam*, 137 S. Ct. 1744 (2017); *Minnesota Voters Alliance* v. *Mansky*, 138 S. Ct. 1876 (2018); *National Endowment for the Arts* v. *Finley*, 524 U.S. 569 (1998); *Perry Education Association* v. *Perry Local Educators' Association*, 460 U.S. 37 (1983); *Pleasant Grove City* v. *Summum*, 555 U.S. 460 (2009); *Rosenberger* v. *Rector & Visitors of University of Virginia*, 515 U.S. 819 (1995); *Rust* v. *Sullivan*, 500 U.S. 173 (1991); *United States Postal Service* v. *Council of Greenburgh Civic Associations*, 453 U.S. 114 (1981); *Walker* v. *Sons of Confederate Veterans*, 576 U.S. 200 (2015); *Widmar* v. *Vincent*, 454 U.S. 263 (1981)

**4.25** Plotting revenge and to get rid of Mark's OCR Complaint acting in both official and individual capacity, he and Melanie Velez tempered with Mark's investigative file, redacted witnesses names i.e., Prof Korin Munsterman and LT Larry Kitchen and their testimonies to OCR by concealing material facts, and instead of enforcement action which was promised by Melanie Velez, she destroyed Mark's complaint during Covid19 lockdown thinking no one

---

[147] See brief http://www.supremecourt.gov/DocketPDF/20/20-1800/201010/20211122165123662_20-1800tsacUnitedStates.pdf

71

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

would pay attention to Mark's journey, while this was happening, the Department of Education also closed Florida Coastal School of Law for financial fraud and mismanagements, hitting two birds with one stone.

**4.26**    Both Melanie Velez and Kenneth Marcus were reported to OIG DOE and to the FBI recently for several crimes on 11/10/2025. Another OIG DOE complaint filed 1/20/2026.



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## U.S. Department of Education Office of Inspector General
### Hotline Portal

**Allegation Information**

| Allegation | (Please specifically describe what the individual or organization has done wrong. If additional information is required, you will be contacted by the Hotline) |
|---|---|

Note: All fields marked with * are mandatory

**Allegation Description\*:**

You can read my civil case here: It is ongoing  (that case sparked into multiple targeting but the focus of this complaint is Melanie Velez)
Bochra v. U.S. Department of Education (1:21-cv-03887)
https://www.scribd.com/document/712044633/Bochra-v-U-S-Department-of-Education-1-21-cv-03887-The-Case-of-the-IHRA-definition
https://www.supremecourt.gov/DocketPDF/24/24-5703/327548/20241004125942168_20241004-124530-95763241-00002612.pdf
https://www.supremecourt.gov/DocketPDF/24/24-7206/358818/20250515104228649_20250515-103727-06833992-00009523.pdf

What Melanie Velez did with Kenneth Marcus were after Prof Korin Munsterman was interviewed telling the truth to OCR saying "the school wanted to get rid of Mark, Mark was a good student", she told Senator Durbin for more than 2 years, in 3 different letters that she is working on a "resolution agreement with the school" She told me if the school fails to sign the agreement, the next step is enforcement action meaning send the case to DOJ for prosecution.

That wasn't case, during Covid19 shutdown, Melanie Velez went from enforcement action with the approval of Kenneth Marcus, to altering her findings, tempering with witnesses and the investigation, removing Prof Munsterman testimony and interview, removing LT Kitchen testimony and interview and destroyed the entire investigation with lies. That is conspiracy against rights, tempering a federal civil right investigation, concealing material facts and evidence to destroy an investigation "abuse" in addition to a variety of other crimes.

To get rid of my complaints reporting Kenneth Marcus to various channels, he is a member of the Israeli lobby who infiltrated the Department of Education, both Melanie Velez and Kenneth Marcus had to destroy my OCR investigation complaint. So we are dealing with more than one crime.

There is a pending FOIA request that has been stalling for more than 1 year: 24-03414-F

See Federal Conspiracy charges:
www.youtube.com/watch?v=yMeMt5rfzg0
https://www.edweek.org/policy-politics/11-people-indicted-in-education-department-fraud-probe/2001/05

While Kenneth Marcus resigned, Melanie Velez is now working at OCR HQ as director, so is Randolph Wills
https://www.ed.gov/about/ed-offices/ocr/key-ocr-staff

Melanie Velez will be referred to the FBI as well with her co-conspirator Kenneth Marcus.

See former Inspector Horowitz words:
https://www.newsmax.com/newsfront/michael-horowitz-doj-inspector-general/2023/03/23/id/1113593/

"To my mind, transparency goes with accountability," he said. "Where you have transparency … transparency is the best disinfectant. If the public knows, if the lawyers in the department know that their misconduct is going to be public, I think that helps reform behavior, and it deters other folks."

Strengthening Public Trust in the U.S. Department of Justice
https://oig.justice.gov/tmpc/challenge-2

I am reporting Melanie Velez and Kenneth Marcus for conspiracy against rights, tempering a federal civil right investigation, concealing material facts and evidence to destroy an investigation "abuse"

https://www.scribd.com/document/984305713/Melanie-Velez-letters-to-Senator-Durbin-related-to-Mark-Bochra-Law-School-Complaint

This case  Bochra v. U.S. Department of Education (1:21-cv-03887)  has caused me so much targeting to this very day: It is a MAFIA
https://www.scribd.com/document/978186665/10th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit-2025
https://www.scribd.com/document/983650247/IARDC-Complaint-against-Gary-Feinerman-The-Judge-who-resigned

Number of characters entered:6994
(Note: Text cannot exceed 8,000 characters. Please attach additional text as an attachment.)

**Attachments:** Add/View Attachments (1)

[Back]  [Clear]  [Submit]



**FBI** FEDERAL BUREAU OF INVESTIGATION

## Electronic Tip Form

How did you learn about the corruption?

I was the victim and did my investigation and my communications with the subjects.

Read my OIG DOE complaint filed 11/10/25
https://www.mediafire.com/file/cv8mzbjyxhnsmql/Complaint+Text.txt/file

Characters remaining: 4

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.27**    The brief summary of Mark's law school journey with OCR can be described in few words:

> Mark graduated from University of Illinois at Chicago (UIC) with a Bachelor in liberal arts and science with a focus in pre-dental courses and Jewish studies.[148] Mark's dream career greatly shifted toward the legal profession after he experience housing discrimination and settled the case in his family's favor with a permanent settlement in *Amin et al v. 5757 North Sheridan Rd Condo Assn. et al* (1:12-CV-00446), and he wanted to be a lawyer, even better a compassionate judge after interning with several law firms. This was a case of a Jewish Condo Association targeting a Coptic family in various ways; pain was there but Jesus Christ was in its midst.
>
> In 2016, Petitioner Mark Bochra, a Christian Coptic suffered various forms of discrimination with retaliation including (assault, battery, and threatened to be killed by Michael Roy Guttentag) at Florida Coastal School of Law after reporting discrimination to the dean of the law school Scott Devito (1:21-cv-03887 ECF No. 54 page 29-30 & Exhibit 18); see 29 U.S.C. § 794 *et seq.* Nondiscrimination under Federal grants and programs, including the procedural regulations for Title IX, 34 C.F.R. §§ 106.1-106.71; Title VI, 34 C.F.R. § 100.7; and Section 504, 34 C.F.R. §§ 104.11-104.14 and 104.61. The law school committing several civil and criminal crimes, turned Mark from a complainant into a respondent and covered up the crimes of Michael Roy Guttentag (Jewish), the plan was orchestrated by Benjamin Priester, Tammy Hodo title ix director revealed the truth when speaking to Mark "it was Benjamin Priester who read your emails, they shouldn't have turned a complainant into a respondent" After the truth was revealed, the law school wanted Mark to sign on a waiver and release of all his legal claims if he wishes to continue his education, Mark denied the unjust offer and filed a complaint with OCR.
>
> As a result, Mark filed an OCR Complaint against the law school; his complaint was opened for an investigation by OCR Atlanta. During the course of the investigation Mark was also discriminated and retaliated against by OCR leadership, mainly Melanie Velez the former director of OCR Atlanta and Kenneth Marcus the former OCR Secretary. Mark's OCR complaint went from a resolution agreement and the next step is enforcement action if a resolution is failed to be signed by the recipient to OCR tempering with witnesses and the evidence, and dismissal of the OCR complaint after Petitioner filed several complaints with OIG DOE (whistleblower protection); first OIG DOE complaint was pertaining to OCR Atlanta and it was handled by special agent Neil Sanchez and many complaints were later filed against Kenneth Marcus with different government agencies when Kenneth Marcus tried to implement the IHRA definition without congress approving the use of such definition; acting on behalf of Israel as an agent without registering under the Foreign Agents Registration Act (FARA); betraying America and what its constitution stands for; Kenneth Marcus did this in his official and individual capacity (evil motive).

---

[148] See list of awards https://www.scribd.com/document/740978184/List-of-Mark-Bochra-Awards-including-a-Presidental-Award

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

OCR Complaint No. 04-16-2184

On February 16, 2016, the Assistant Dean submitted a referral against Student A for the January 10, 2016 incident. Student A's referral stated that it was based on the Complainant's report to law enforcement that Student A punched the Complainant, threw his eyeglasses and made the threat, "I will kill you." The referral also noted that the Assistant Dean had given the Complainant and Student A directives to stay away from each other and on November 12, 2015 had emailed Student A, requesting that he not have contact with the Complainant. The referral stated that the Complainant's report provided a sufficient basis for referral of Student A for investigation under Conduct Code Section G.2.b.

On February 18, 2016, the Panel sent a draft decision about the Complainant's referral to the Assistant Dean and the Dean, and also requested a review by the Law School's counsel. According to one of the Panel members, the professors on the Panel had not previously handled a case similar to the Complainant's and the Panel therefore asked the Assistant Dean to review a draft of their decision for consistency with applicable standards.[18]

*Student A is Michael Roy Guttentag.*[149]

Melanie Velez, and her haughty boss at ("OCR") Headquarter, Kenneth Marcus picked a fine chapter to omit from their memory bank.[150]

**4.28**    A federal official's sovereign immunity is waived when there is a clear violation of individual's civil rights under 42 U.S.C. § 1983 such as discrimination with retaliation because of federal officials' actions led to complaints with OIG DOE, OIG DOJ, and other federal agencies related to Kenneth Marcus and his use of the IHRA definition acting as an agent on behalf of Israel. Tempering with a federal civil right investigation, obstructing justice, concealing material facts and evidence to destroy an investigation next step which was enforcement action, constitutes arbitrary and capricious behavior by the department of education under Kenneth Marcus leadership; <u>see</u> also *Delgado v. United States Department of Justice*, No. 19-2239 (7th Cir. 2020).[151]

**4.29**    See *Trump v. United States* 23-939 which ruled for absolute immunity for official acts but no immunity for individual acts; the Supreme Court left the door open for Courts to determine what happens when a person uses his or her official capacity to reach an individual's

---

[149] <u>See</u> page 8 of Melanie Velez written findings (When she interviewed students).

[150] Melanie Velez learned from the Plaintiff directly how his settled housing discrimination wherein, a settlement agreement was signed by Judge Joan Lefkow and the district court retained jurisdiction over the agreement, *Amin et al v. 5757 North Sheridan Rd Condo Assn. et al* (1:12-CV-00446) (Dkt 66) . Melanie Velez learned how IDHR (Illinois Department of Human Rights) tempered with witnesses and evidence during their issued finding report; this case also involved Jews both at the condo association level and the director and investigator of IDHR because they were all Jews who did evil. Melanie Velez said in 2018 that OCR is not IDHR but yet again 3 years later, it became a fact.

[151] <u>See</u> https://law.justia.com/cases/federal/appellate-courts/ca7/19-2239/19-2239-2020-07-16.html

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

evil motives which would offend the Constitution when it comes to Life, Liberty, and the pursuit of Happiness.[152]

> The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided benefit." *Crawford-El v. Britton*, 523 U.S. 574, 588 n.10 (1998) (citations and internal quotation marks omitted); see also *Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).

**4.30** Because these changes violate the federal Administrative Procedure Act ("APA"), 5 U.S.C. Chapter 5, §§ 551, et seq., and are contrary to OCR's mission, Plaintiff, on his own behalf and on behalf of other members who are or may be victims of discrimination in the education system, asks the Court (1) to declare the amendments to the FEBRUARY 19, 2025 OCR Manual in violation of the law, "removal of appeal" is a major rule subject to APA[153] (the current pending OCR Complaints against CPS and District 69 are not subject to OCR appeal), (2) to declare that the adoption of the IHRA definition by OCR is unconstitutional[154], (3) to enjoin Defendants from enforcing these new provisions of the 2025 OCR Manual, and (4) to set aside the changes; and (5) to seek a judicial review of OCR clear discriminatory and retaliatory behaviors concerning Plaintiff's civil right complaint.

> Repeatedly, the 7th Court has tried to get this point across: it did so again just this term in *Weyerhaeuser v. U.S. Fish and Wildlife Service*, 139 S. Ct. 361 (2018). The Court explained—again unanimously—that the "Administrative Procedure Act creates a 'basic presumption of judicial review [for] one 'suffering legal wrong because of agency action.'" *Weyerhaeuser*, 139 S. Ct. at 370 (citing *Abbott Labs. v. Gardner*, 387 U.S. 136, 140 (1967) (quoting 5 U.S.C. § 702)). In *Weyerhaeuser*, the Court explained that federal agencies sometimes fail to properly apply the law and even violate the law, and will continue to do so if those decisions are shielded from judicial review. *Id*. at 370. "That is why this Court has so long applied a strong presumption favoring judicial review of administrative action." *Id*. (quoting *Mach Mining, LLC v. EEOC*, 135 S. Ct. 1645, 1652-1653 (2015)).

**4.31** The IHRA definition is unconstitutional under the Administrative Procedure Act ("the APA") on four bases: (1) arbitrary & capricious, 5 U.S.C. § 706(2)(A); (2) "contrary to a constitutional right, power, [or] privilege," id. § 706(2)(B); (3) exceeding statutory authority, id.

---

[152] See https://www.supremecourt.gov/opinions/23pdf/23-939_e2pg.pdf
[153] See https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/ocrcpm.pdf
[154] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

§ 706(2)(C); and (4) promulgated "without observance of procedure required by law," id. § 706(2)(D).

> "An elective despotism was not the government we fought for; but one which should not only be founded on free principles, but in which the powers of government should be so divided and balanced . . . , as that no one could transcend their legal limits, without being effectually checked and restrained by the others." The Federalist No. 48 (J. Madison)(quoting Thomas Jefferson's Notes on the State of Virginia (1781)). In particular, as George Mason put it in Philadelphia in 1787, "[t]he purse & the sword ought never to get into the same hands." The Records of the Federal Convention of 1787, at 139–40 (M.Farrand ed. 1937). These foundational precepts of the American system of government animate the Plaintiffs' claims in this action. They also compel our decision today.

**4.32**    The 5th Circuit ruled in favor of the Plaintiff under the APA in *Consumer Financial Protection Bureau v. Community Financial Services* Ass'n of *America*, Ltd., 21-50826. The IHRA definition violates the Establishment Clause of the First Amendment; the same is true with Equal Protection Clause under the 5th amendment; Jews vs. Gentiles is the definition of IHRA.

**4.33**    The result of Mark's journey before many officials including Elon Musk himself, have caused the Israeli lobby to lobby first Elon Musk, when 180 Jewish organization asked Elon Musk to enforce the IHRA definition on Twitter/X to which he refused.[155] Elon Musk replied "offer me money; offer me power, I don't care."

> Consistent with that principle, Twitter's guidelines should afford protection to Jewish Twitter users from antisemitic content and harassment. This is particularly urgent given the record-breaking spike in antisemitic incidents over the last three years. For example, between 2020-2021, antisemitic incidents surged by 78% in the United Kingdom and 75% in France, while the United States saw an all-time high with 2,717 recorded antisemitic incidents, a 34% increase from the prior year.
>
> In order to fight antisemitism properly, it must be defined.
>
> **Therefore, we call on you to update Twitter's anti-hate policies by adopting the globally recognized IHRA Working Definition of Antisemitism as a guiding tool to stymie the spread of Jew hatred.**
>
> Nearly 40 countries, including the United States, have already endorsed or adopted the IHRA Working Definition. In addition, an overwhelming majority of civil society groups, at the forefront of the fight against antisemitism, encourage the use and adoption of the IHRA Working Definition.
>
> The IHRA Working Definition covers various types of antisemitism, including justifying the killing of Jews in the name of radical ideology, Holocaust denial, and denying the Jewish right to self-determination in the State of Israel.

---

[155] See https://www.youtube.com/watch?v=r-1Hapa0oGs

*"I came to complete not to refute. I came light to the World."* Jesus Christ

**4.34**    Congress did not authorize the defendants to adopt the IHRA definition and a president cannot amend a regulation through an executive order; the IHRA definition lacks statutory authority and is arbitrary and capricious; the IHRA definition was in violation of notice and comment requirement, is a major rule in violation of congressional review act, and falls under the ongoing coercion doctrine; a budget must be created to use the IHRA definition. Finally the IHRA definition is a government endorsed viewpoint discrimination to the face.

**4.35**    The journey of Mark facing Kenneth Marcus and his use of the IHRA definition proved that government preferred Jews over a Coptic and yet when Trump came during his second term promised to protect the Coptic people by issuing an EO "Anti Christian Bias Task force" led by AG Pam Bondi.[156]

**4.36**    So far action speaks louder than words by design Michael Roy Guttentag who is the actual perpetrator in this journey, went to law school, graduated, and became an administrative judge while Mark Bochra the Coptic had to battle different beasts throughout his journey with both the Trump and the Biden administrations.[157]

---

OCR Complaint No. 04-16-2184

On February 16, 2016, the Assistant Dean submitted a referral against Student A for the January 10, 2016 incident. Student A's referral stated that it was based on the Complainant's report to law enforcement that Student A punched the Complainant, threw his eyeglasses and made the threat, "I will kill you." The referral also noted that the Assistant Dean had given the Complainant and Student A directives to stay away from each other and on November 12, 2015 had emailed Student A, requesting that he not have contact with the Complainant. The referral stated that the Complainant's report provided a sufficient basis for referral of Student A for investigation under Conduct Code Section G.2.b.

On February 18, 2016, the Panel sent a draft decision about the Complainant's referral to the Assistant Dean and the Dean, and also requested a review by the Law School's counsel. According to one of the Panel members, the professors on the Panel had not previously handled a case similar to the Complainant's and the Panel therefore asked the Assistant Dean to review a draft of their decision for consistency with applicable standards.[18]

---

[156] See https://www.whitehouse.gov/briefings-statements/2025/06/presidential-message-on-global-coptic-day-2025/

[157] See Mark's 19th letter to President Trump during his first term https://www.scribd.com/document/717588004/Letter-19-The-Last-Letter-to-President-Donald-Trump see Mark two subsequent letters to President Biden https://www.scribd.com/document/717588945/Letter-1-President-Joe-Biden-Mark-Bochra-the-Founder-of-the-Abraham-Accord and https://www.scribd.com/document/717590346/Letter-3-President-Joe-Biden-The-Collapse-of-the-IHRA-definition and finally see part of Mark's final letter to President Trump during his second term https://www.scribd.com/document/935376792/Future-Letter-to-President-Trump-From-Beginning-To-End-There-Is-Always-A-Carpenter

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

*Reporting Threat - by Michael Roy Guttentag*

On January 14, 2016 I sent an e-mail to Lauren Levine reporting that Michael "wish me gone". This was based on my roommate Vine Cano encounter with Michael Roy Guttentag on January 13, 2016. My roommate came that night and hugged me tight and told me buddy I am with you all the way. I asked him what did Michael told you, he was scared, he was also a bit drunk and told me he doesn't want you here.

The conversation is memorized in an e-mail sent to Lauren Levine.

Vince Cano: What do you want to do with Mark ?
Michael Roy Guttentag: I don't want him here at all.
Vince Cano: It isn't you who is going to remove mark, mark earned his grades.

I asked Vince that night what do you mean he doesn't want me here at all, did he mean in school, in spyglass, in Jacksonville, what is here ? His response was here at all. Vince refused to relay to me any further details and was breathing heavily that night.

---



**Hon. Michael Guttentag, ALJ** ✓
Administrative Law Judge | Adjunct Professor of Law

Maurice A. Deane School of
Law at Hofstra University

---

The system made a criminal by design an administrative judge.[158]

---



**NEW YORK STATE OF OPPORTUNITY.** | **Office of Administrative Hearings**

New York State **Department of State**
**OFFICE OF ADMINISTRATIVE HEARINGS**

| ALBANY | NEW YORK CITY |
|---|---|
| One Commerce Plaza | 123 William St., 2nd Fl. |
| 99 Washington Avenue | New York, NY 10038 |
| Albany, NY 12231-0001 | Tele: (212) 417-5776 |
| Tele: (518) 486-6423 | Fax: (518) 474-6239 |
| Fax: (518) 474-6239 | |

www.dos.ny.gov

---

Date: 1/30/2025

/S/
Michael R. Guttentag
Administrative Law Judge



**Notice of Right to Appeal:** *Any party may appeal this decision within 30 calendar days of receipt in accordance with subsection k of section 400.2 of Title 19 of the New York Codes, Rules, and Regulations. An appeal must be filed, in writing, with the Secretary of State, Office of General Counsel c/o Licensing Appeals, Department of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, and a copy sent to the other party/parties involved in this case.*

---

[158] https://www.linkedin.com/in/michael-guttentag-25379496/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.37**    If Mark didn't go out to face Kenneth Marcus given his sins of using the IHRA definition, none of the targeting we see in this lawsuit would have taken place. The facts of this case showed that Mark was in good hands of a Christian Secretary Candice Jackson, she was working on having OCR HQ address Mark's concerns but then the moment Kenneth Marcus came in, (Jewish) & (Evil) and (an agent of Israel), then the course of OCR outcome changed 180 degree seeking revenge due to Mark exposing Kenneth Marcus to every eye within the executive branch including congress, Mark also e-mailed all U.S. Attorneys in his letters to President Trump's first term.[159] Deliberate indifference and vengeance was their goal.



*Email dated September 23, 2018*

Defendants, acting under color of law and their authority as federal officers, adopted and applied the OCR Manual to hear, adjudicate, and decide his claims of harassment, discrimination, with retaliation and, in doing so, "willfully and knowingly deprived [him] of his property interests without due process of law in violation of the Fifth Amendment to the United States Constitution," and "singled [him] out based on his Coptic identity, and intentionally violated his right to equal protection under the Fifth Amendment to the United States Constitution.

---

[159] See https://www.scribd.com/document/717588004/Letter-19-The-Last-Letter-to-President-Donald-Trump

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.38**    Even during Biden's term, Mark sent him two lengthy letters.[160] On Pages 122 to 125 of his 2nd letter to former President Biden, Mark revealed the collapse of the IHRA definition.



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**B. THE JEWISH REJECTION: PAUL LEFT THE JEWS & WENT TO THE GENTILES**

After these things Paul departed from Athens and went to Corinth. And he found a certain Jew named Aquila, born in Pontus, who had recently come from Italy with his wife Priscilla (because Claudius had commanded all the Jews to depart from Rome); and he came to them. So, because he was of the same trade, he stayed with them and worked; for by occupation they were tentmakers. And *he reasoned in the synagogue every Sabbath*, and persuaded both <u>Jews</u> and <u>Greeks</u>. When Silas and Timothy had come from Macedonia, Paul was compelled by the Spirit, and testified to the Jews that <u>Jesus is the Christ</u>. But when they opposed him and blasphemed, he shook his garments and said to them, "<u>Your blood be upon your own heads; I am clean. From now on I will go to the Gentiles</u>."

**XXX. THE DEPARTMENT OF EDUCATION [OCR] & THE COLLAPSE OF IHRA**

Every kingdom divided against <u>itself</u> is brought to desolation, and every city or house divided against itself will not stand. If Satan casts out Satan, he is divided against himself. How then will his kingdom stand? [Matthew 12:25-27].[280]

Mr. President, I have times and times again tried to warn former President Donald J. Trump of the IHRA definition, to vacate his executive order related to adopting the IHRA definition, but he had ears and couldn't listen, until God rejected him as a king. The same came to you when I wrote my first letter to you on May 6, 2021 and times and times again I have asked you to see better, but you and your cabinet members at the Department of Education refused to listen.[281] It leaves me no choice but to take this burden upon myself to save the Jewish people from their own blind hearts because since when have they understood the parables?

---

[160] See https://www.scribd.com/document/717588945/Letter-1-President-Joe-Biden-Mark-Bochra-the-Founder-of-the-Abraham-Accord and see 2nd letter to Biden https://www.scribd.com/document/717590346/Letter-3-President-Joe-Biden-The-Collapse-of-the-IHRA-definition

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## A. THE COLLAPSE OF THE IHRA DEFINITION: THE SERPENT OF THE OLD

Mr. President, the IHRA definition is no Beast but a slain Beast that seeks to return to previous glory and here comes the parable. From the words of Koheleth, the son of David — vanity of vanities, all is vanity and there is nothing to be gained under the sun [Ecclesiastes 1:1-3].[285]

Kenneth Marcus, a Jew himself rather than thank God for many blessings wants the might, glory, and power of the past.[286]

> The <u>advent of Christianity</u> radically altered the place of <u>Jews</u> in the world, establishing the basic themes of anti-Judaism that endure to the present. Previously, the Jewish community's perceived isolation and exceptionalism had stirred resentment during ancient Egyptian, Greek, and Roman times, exacerbated by widespread xenophobia during those periods. This antagonism was not unusual among the conflicts of various ethnicities. <u>Early Christianity</u>, however, developed a particular hostility for the Jews, based on a perception that Jews had rejected <u>Jesus as their savior</u> and been complicit in his death; said Kenneth Marcus.

In a very twisted and deceptive manner, Kenneth Marcus first denies that Jesus Christ is the Jewish messiah and second denies that all of Jesus Christ's followers were Jews. The 12 disciples were all Jews; they were fisherman for fish who became fisherman for men.[287]

> "What then does the scripture means: "*<u>The stone which the builders rejected has become the chief cornerstone</u>*. This was the Lord's doing, and it is marvelous in our eyes"? "Therefore I say to you, the kingdom of God will be taken from you and given to a nation bearing the fruits of it. And whoever falls on this stone will be broken; but on whomever it falls, it will crush him to dust" [Mathew 21:33-44].[283]

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## B. KENNETH MARCUS AND THOSE WHO FOLLOW HIM: TONGUES OF VIPERS

Brood of vipers! How can you, being evil, speak good things? For out of the abundance of the heart the mouth speaks [Matthew 12:34].[289]



*Jesus Christ cast out Devil and the Jews called him the Chief of the devil.*[290]

Then one was brought to Him who was demon-possessed, blind and mute; and He healed him, so that the blind and mute man both spoke and saw. And all the multitudes were amazed and said, "Could this be the Son of David?"

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.39**    In *Bochra v. U.S. Department of Education* (1:21-cv-03887) despite Mark raising the issue of "appeal" removal as a major rule from the OCR manual in direct violation of APA, see ECF 54 page 77. However, as we all know Judge Sara Ellis a co-conspirator with the executive committee, all she cared about at that point was to destroy Mark's civil right case "that is the evil motive" while Mark home's was already targeted and his place of work at Chicago Public Schools was the next targeting; Mark was litigating his civil right case while being targeted 18 U.S. Code § 241 - Conspiracy against rights.[161]



Case: 1:21-cv-03887 Document #: 54 Filed: 02/28/22 Page 77 of 99 PageID #:2982

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Likewise with amending the OCR manual by first removing the entire appeal section completely and then restoring it after a settlement was reached but then again weaken it instead of strength it without again following the regulatory process of APA. It is undisputed that in the first round of litigation forced the Defendants to settle with the National Federation of the Blind, the Council of Parent Attorneys and Advocates, Inc., and the National Association for the Advancement of Colored People, Inc and bringing back all of the dismissed OCR complaints.[145]

Only for OCR in the second round to violate the APA again with the Plaintiff and many others when it restored the appeal process but not restored to its previous known version rather the Defendants amended the manual in such a way without following the proper channels of a notice and comments in the federal register. The difference between the older OCR manual (2015) and the new OCR manual (2020) is substantial when it comes to the OCR appeal section 307 in many ways, not just the 10 double space page requirement which by itself is substantial and has affected the Plaintiff because to an ordinary complainant filing an appeal and adhere to a 10 page double space is essentially asking for a direct dismissal because it can slash as many arguments and evidence that could be produced within an appeal. Moreover, the older manual directs complainant to file their appeal with OCR HQ and for Deputy Assistant Secretary for Enforcement to rule on these appeals.

**4.40**    Ms. Sara Ellis in order to please her own heart and what she craves said the removal of appeal does not affect Mark; see ECF 84 pages 10-11. Focusing instead on the 10 page limit for an appeal rather than the "removal of the entire appeal" which is a major rule subject to regulatory process. However, the removal of appeal did affect Mark when Mark's place of work at Chicago public school was targeted, it resulted in a 203 pages OCR complaint in OCR Docket No. 05-22-1497, that complaint fell under the old manual which was subject to appeal and is currently to this very day pending before New York OCR. The original investigator who

---

[161] See https://www.law.cornell.edu/uscode/text/18/241

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

resigned from OCR Jeffery Turnbull tried to cover for the crimes of the judicial officers who targeted me while also covering for the crimes of Chicago public school. That first saga made Mark's appeal section 504 to OCR New York while new complaints were handled by a different team leader Melissa Howard. When a complainant chooses OCR to investigate disability discrimination, OCR handles the investigation rather than EEOC.



The statue describes the following when OCR handles a complaint and sent charges to EEOC:

https://www.ecfr.gov/current/title-29/subtitle-B/chapter-XIV/part-1691/section-1691.6

**§ 1691.6 General rules concerning EEOC action on complaints.**

> (a) A complaint of employment discrimination filed with an agency, which is transferred or referred to EEOC under this regulation, **shall be deemed a charge received by EEOC**. For all purposes under title VII and the Equal Pay Act, the date such a complaint was received by an agency shall be deemed the date it was received by EEOC.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

(b) When EEOC investigates a joint complaint it shall, where appropriate, seek sufficient information to allow the referring agency to determine whether the alleged employment discrimination is in a program or activity that receives Federal financial assistance and/or whether the alleged employment discrimination causes discrimination with respect to beneficiaries or potential beneficiaries of the assisted program.

**4.41** Several OIG DOE complaints were initiated against Jeffery Turnbull, Mellissa Howard (subjected Mark to sexual harassment by speaking about his private part), and OCR director Adele Rapport for targeting Mark on Christmas Eve and Easter Eve, it resulted in Adele Rapport being transferred to OCR HQ while Jeffery Turnbull resigned from OCR and OCR HQ chose Melissa Howard to continue handling Mark's newest OCR complaint under the Biden administration, she is still handling the Chicago Public School OCR Complaint.



**4.42** Every time, OCR tried to destroy Mark's OCR complaint to help cover for the crimes of the executive committee, it lead to a new OCR complaint with new charges and evidence being filed, since they removed the appeal process. Until it reached a point where OCR saw the crimes of the judicial officers who targeted Mark when ISBE handed Mark the file when they subpoena CPS for all eternal email communications, from that point Melissa Howard didn't know what to do anymore awaiting OCR HQ guidance under the Trump administration.

**4.43** Wish the targeting would stop at Chicago Public School, but it also continued to District 65 which resulted in an OCR complaint No **05-24-1650**, the link between CPS and District 65

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

(D65) was an employee named Tiffany Taylor who was a former employee at CPS and was aware of Mark and a close friend of Jennifer Reger who forged and fabricated an OIG CPS report to target Mark acting under color of law. Tiffany Taylor was at HR at CPS and is the current Chief Executive Officer at District 65 who targeted Mark once he was hired at District 65.



*From ISBE file disclosed in OCR Complaint 05-24-1198 appeared the name Tiffany Taylor*

*We should go out on a date soon replied Tiffany Taylor to Jennifer Reger.*

**4.44**    The complaint pertaining to District 65 in No. 05-24-1650 is also pending before OCR.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>





A diagram of those who targeted Mark at CPS, most of them resigned, fired, or God took their soul out of their body out of the blue i.e., Principal Stephen Harden

**4.45**    Then Mark went to work for District 69 (D69) in October of 2024 and yet again he was

targeted on the day his Supreme Court petition 24-7206 against the judicial officers arrived at the

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Supreme Court on May 7, 2025.[162] Same day in the afternoon Mark was targeted, it resulted in a 175+ pages OCR complaint[163] filed against District 69 who also tried to offer Mark 5k hush money in the middle of the investigation; an FBI complaint was also filed.



**4.46** All these complaints that are pending and which exposes judicial officers who continuously tried to target Mark from afar, starting with CPS (we have the evidence), these complaints are not subject to appeal process because OCR removed the appeal process without going through any regulatory process; the only remedy is when OCR tries to destroy one complaint, a new complaint is filed with new charges. All in all, OCR is a very political agency for who pays more, under Biden admin they went too extreme with their LGBTQ agenda calling lust love[164], and under Trump admin, they removed these policies and the Supreme Court ruled

---

[162] <u>See</u> petition https://www.supremecourt.gov/DocketPDF/24/24-7206/358818/20250515104228649_20250515-103727-06833992-00009523.pdf

[163] <u>See</u> copy of the complaint https://www.scribd.com/document/1009265086/OCR-Complaint-against-Skokie-School-District-69-05-25-1626-Lorenzo-Cervantes-Andrew-Carpenter-Megan-Aseltine-and-Margaret-Clauson

[164] <u>See</u> a trans going naked in the white house under Biden watch https://nypost.com/2023/06/14/biden-condemns-bare-breasts-at-white-house-but-sex-content-is-fine-in-schools/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

in Trump's favor. Trump sought to just completely destroy the department of education by firing OCR staff, and changing agencies within the department of education while merging others.[165]

**4.47**    Under Biden administration, they promoted lust as love under extreme LGBTQ agenda for schools destroying family foundations (a mother and a father).[166]





Transgender activist Rose Montoya took her top off at the event.

TikTok/Rose Montoya

The Biden administration condemned Montoya's actions.

TikTok/Rose Montoya

**4.48**    Under Trump administration, he brought Kenneth Marcus to manage the civil rights of all students at the Department of Education, an agent of the Israeli lobby, and apparently appears to be a big part of a Jewish MAFIA[167], his organization that he founded, on the board of director list[168], is an attorney Mitchell Webber who was advising Epstein how to traffic minors across state for sexual relations, all this was revealed within the released Epstein files.[169] Money, power, entrapments, prostitution, sex slaves, are all the work of an organized MAFIA.

---

[165] See Department of Education calls back civil rights staff amid massive discrimination case backlog | AFRO American Newspapers

[166] See https://www.youtube.com/watch?v=8Vntm73zsWk The 9th circuit said "swinging dicks" in their order, in woman's only Korean spa *in Olympus Spa, et al. v. Armstrong, et al.*, No. 23-4031 https://reason.com/wp-content/uploads/2026/03/2026-03-12-Olympus-Spa.pdf

[167] See https://en.wikipedia.org/wiki/Jewish-American_organized_crime

[168] See board of directors https://brandeiscenter.com/board-of-directors/

[169] See https://x.com/allenanalysis/status/2019529767234728272 see https://stljewishlight.org/world-news/board-member-of-antisemitism-group-advised-epstein-on-the-legality-of-transporting-minors-for-sex/ and see https://forward.com/news/802885/jeffrey-epstein-files-mitchell-webber-brandeis-center/

*"I came to complete not to refute. I came light to the World."* Jesus Christ





People have cloned Epstein e-mails from DOJ released files for the public to read.[170]

---

[170] See https://jmail.world/ see https://x.com/setupspawn/status/201906663155710326

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

### B. PERTAINING TO DEFENDANTS RELATED TO JUDICIAL CONFERENCE COMMITTEE, 7TH CIRCUIT JUDICIAL COUNCIL AND THE EXECUTIVE COMMITTEE OF NORTHERN DISTRICT OF ILLINOIS

**4.49**    The Greatest Man in History… Jesus; Had no servants, yet they called Him Master. Had no degree, yet they called Him Teacher. Had no medicines, yet they called Him Healer. He had no army, yet kings feared Him. He won no military battles, yet He conquered the world. He did not live in a castle, yet they called Him Lord, He ruled no nations, yet they called Him King, He committed no crime, yet they crucified Him. He was buried in a tomb, yet He lives today (Lyle C Rollings III, 2008).[171]

**4.50**    As the Supreme Court has explained, the "Framers of the Constitution sought to provide a comprehensive system" that made the United States of America—not a single branch—the sovereign, by "dividing and allocating the sovereign power among three co-equal branches." United States v. Nixon, 418 U.S. 683, 707 (1974). The coordinate branches together form the government of the United States of America, and together they are the sovereign in this Nation. Yet, this is not today's reality, the Judicial Branch became extreemly tyrants, ruling like kings and queens and when their sins gets exposed by the media, they run for coverup claiming they can handle their own affairs.[172]

**4.51**    Throughout my journey with the Judicial Branch, starting with members of the Judicial Conference Committee up to the justices of the Supreme Court, I found every uttered word by the Supreme Court Justices to the public are nothing but <u>hypocrisy</u>, with loud actions not pure words. Jesus Christ would respond "you hypocrites, anyone of you would untie his donkey and take it out from the stall to give it water on the Sabbath. Now here is descendant of Abraham whom Satan kept in bonds these 18 years. Should she not be released on the Sabbath?"[173]

**4.52**    Justice John Robert said within his nomination "Judges and Justices are servants of the law, not the other way around.  Judges are like umpires. Umpires don't make the rules, they apply them. The role of an umpire and a judge is critical.  They make sure everybody plays by

---

[171] See https://www.youtube.com/watch?v=oL-6tNFAqKg See Founding Father vision for America https://founders.archives.gov/documents/Jefferson/01-40-02-0178-0002

[172] See http://www.wsj.com/articles/131-federal-judges-broke-the-law-by-hearing-cases-where-they-had-a-financial-interest-11632834421 see https://www.washingtonpost.com/politics/courts_law/chief-justice-roberts-report-federal-judiciary/2021/12/31/9c1f5c30-6a64-11ec-96f3-b8d3be309b6e_story.html

[173] See https://youtu.be/p1Lb8gplDMI?si=-fJ0HHFb-lr-_LBN&t=3850

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

the rules, but it is a limited role.  Nobody ever went to a ball game to see the umpire."[174] Justice Neil Gorsuch told students in civic stories at the National Constitution Center "we the people are sovereign here; not a king, not a communist dictator, not a fascist dictator, we the people are sovereign."[175] Justice Neil Gorsuch added "history has shown that humans cannot govern their own." As Justice Clarence Thomas said in Prager University's 2024 commencement address "courage is righteous esteemed the first of human qualities, because it is the quality which guarantees all others" adding "it takes courage to stand up to bullies but how many of us will choose to say nothing out of fear, it takes courage to do something despite the risk."[176] Justice Amy Barrett told students at Notre Dame "You must first enable the government to control the governed and in the next place oblige it to control itself. Judges I am sorry to admit but know my family would agree are not angels."[177] Each Justice tells the public something but they never stood by what they preach when it reaches their own interest within the Judicial Branch, a system that covers for its own sins.



---

[174] See https://www.uscourts.gov/about-federal-courts/educational-resources/supreme-court-landmarks/nomination-process/chief-justice-roberts-statement-nomination-process

[175] See https://www.youtube.com/live/eBRJcJp0kGc?t=1390s

[176] See https://www.youtube.com/watch?v=oSX5nAjWL90

[177] See https://www.youtube.com/watch?v=n0LA-z-SW5w&t=542s

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.53**     Then, lower Court District and Appellate Judges started to fight with the Supreme Court Justices during the Trump administration because many of their rulings being overturned, their might and power was put into question and their rulings is thrown to the ground with simple few votes and it made many furious, so they started to speak to the news against the Supreme Court Justice and all became a house divided, because of power and pride and the public saw it and it was Marvelous in God's eyes because just as the Lord, God gives, he also takes away.[178]

---

**Congress of the United States**
**Washington, DC 20515**

November 5, 2025

The Honorable John G. Roberts, Jr.
Chief Justice of the United States
Supreme Court of the United States
1 First Street NE
Washington, DC 20543

Dear Chief Justice Roberts:

We write to you in your capacity as the presiding officer of the Judicial Conference of the United States and as the Chief Justice of the United States. On October 11, 2025, *The New York Times* published an article titled, *Federal Judges, Warning of 'Judicial Crisis,' Fault Supreme Court's Emergency Orders*.[1] The article reports that: "[d]ozens of sitting judges shared with *The Times* their concerns about risks to the courts' legitimacy as the Supreme Court releases opaque orders about Trump administration policies."[2]

---

**4.54**     That is today's case, in parables:

But God has chosen the foolish things of the world to put to shame the wise, and God has chosen the weak things of the world to put to shame the things which are mighty; and the base things of the world and the things which are despised God has chosen, and the things which are not, to bring to nothing the things that are, that no flesh should glory in his presence [1 Corinthians 1:27-29].[179]

If the whole world is against you but God is with you, you are powerful. You can do everything with God's help. What is impossible for people is possible with God. If the entire world is in your fist but God is not with you, you won't be able to do anything. Because God said "without me, you can't do anything." Sometimes God allows a problem to become extremely complicated to the point it is unresolved so people could understand that the problem could not be resolved with a human's mind but to be resolved through God only, so that God's glory not be taken and given to a human. Sometimes God shows his glory and miracles through the children and weakling in order to show his power. God

---

[178] See https://www.grassley.senate.gov/imo/media/doc/grassley_jordan_to_chief_justice_roberts_-_federal_judges_ethics_violations.pdf
[179] See https://www.copticchurch.net/bible?r=1+Corinthians+1%3A27-29&version=NKJV

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

chose fishermen (the 12 disciples), uneducated, who lacked any wisdom to defeat all the philosophy of the Roman's empire, so this would be a proof of God's power and not human's power.[180]

<div style="border:1px solid">

President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

The Honorable Chuck Grassley
Chairman
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
whistleblower@judiciary-rep.senate.gov

The Honorable Dick Durbin
Ranking Member
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
info@judiciary-dem.senate.gov

The Honorable James Comer
Chairman
2157 Rayburn House Office Building
Washington, D.C. 20515
Judiciary_Whistleblower@mail.house.gov

The Honorable Jørgen Watne Frydnes
Chairman
The Norwegian Nobel Institute
NO-0255 Oslo, Norway
jf@nobelpeacecenter.org

When 2025/2026

Re:  **From Beginning to End, There is Always a <u>Carpenter</u>**
**God Opens and no one Closes; and God Closes and no one Opens!**
**No One is Righteous — A House Divided: Executive, Legislative, & Judicial**
**Restoration of Executive, Legislative, & Judicial Branches: Hope beyond Borders**
**Parables between the Root & the Branches: Jewish (Root) and Gentiles (Branches)**
**The Revealed 5th vision at last; for the good of the Earth: Endless Rain till the end**
**One Body in Christ — Comparative Theology: Jesus Christ is King of this <u>World</u>**

Dear Mr. President,

</div>

**4.55**    And now let me explain the sins of those within the judicial branch who targeted my home first, then my place of work at Chicago Public School second, and third my way of life because of this very same case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) which is about Jesus Christ within the IHRA definition. Judicial Officers also threatened me not to speak about Jesus Christ using their official capacity, while targeting me covertly using their individual capacity (evil motives). Immunity was waived long time ago because they are not only lawsuit in their official capacity but also in their individual capacity given their evil motives craving my flesh along with those who jumped between investigators and judicial officers corrupting both investigatory proceedings and appellate court proceedings leading to many violations, such as:

---

[180] See part of Mark's future letter https://www.scribd.com/document/935376792/Future-Letter-to-President-Trump-From-Beginning-To-End-There-Is-Always-A-Carpenter

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

1)    18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant.
2)    18 U.S. Code § 1519 - Destruction, alteration, or falsification of records.
3)    18 U.S. Code § 241 - Conspiracy against rights.

That is why there were referrals to the FBI, however, if this journey is healed through this civil lawsuit by a Judge who can see the sins of his colleagues, than this concludes this journey.

**4.56**    The reputation of the United States Northern District of Illinois combined with the 7th Circuit Court of Appeals is not pretty at all. The Northern District of Illinois is known to be a corrupt district filled with many evil judicial officers, and the public reviews don't lie.[181]



This book is sold on Amazon.[182] Fix this ugly reputation.

While the 7th Circuit Court of Appeals is notorious for treating pro se litigants like trash. See former Circuit Judge Richard Posner fighting with former Chief Circuit judge Diane Wood (both resigned).[183]

**4.57**    Before Mark initiated his lawsuit against the Department of Education in *Bochra v. U.S. Department of Education* (1:21-cv-03887). On June 19, 2021, Mark e-mailed the entire District Court's Judges and Magistrate Judges telling them all about his journey with both the legislative and executive branches, speaking about the parable to the world and he told them about his journey related to the Jewish/Israeli lobby, Kenneth Marcus, and the Department of Education (in 3 very long e-mails) and in part he wrote the following:

> I want them to reform instead of them being blind; they refuse to gain the weak hearts. If I decided to file my lawsuit against DOE/OCR to bring reform to it, <u>I hope to meet a kind judge with a good heart</u>. A judge who listens, because we have eyes in order to see, ears in order to listen, and a mouth in order to speak the truth.

---

[181] It is a mixed bag of good and bad reviews of the judges at the NDIL https://www.therobingroom.com/federal-judges/circuit/7th%20Circuit?districtId=7&circuit=7th%20Circuit&district=Illinois%20Northern%20District%20Court&districtJudges=true&magistrateJudges=true

[182] See https://www.amazon.com/Fix-This-Rosecrook-Judicial-Corruption/dp/1425779549

[183] See https://www.abajournal.com/news/article/posner_most_judges_regard_pro_se_litigants_as_kind_of_trash_nor_worth_the_t Diane Wood resigned during Mark's judicial misconduct complaint reporting money extortion under duress in Nos. 07-24-90049 through 90063.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.58**    Former Chief District Judge Rebecca Pallmeyer's courtroom deputy Ms. Rosa Franco was on the e-mail, and all the judges' courtroom deputies were all on the e-mail. No one targeted Mark at that time; no one placed Mark on a restricted list at that time, no one said these 3 huge e-mails were inappropriate comments by their own evil standard, no wicked U.S. Marshal stalked Mark's home covertly i.e., Jerome Sliva to target Mark's home creating a hostile environment by conspiring with a valet Sergio Hernandez; nothing happened to Mark.



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.59**    A month later, on July 21, 2021, Mark filed his civil lawsuit against the Department of Education under the APA, Administrative Procedure Act, 5 U.S.C. Chapter 5, §§ 551, et seq in *Bochra v. U.S. Department of Education* and just as he said previously in his e-mail to all judges of the Northern District of Illinois, praying for his case to be randomly assigned to a <u>kind</u> judge with a good heart, and the system randomly chose a Jewish Judge, Judge Robert Gettleman pursuant to 28 U.S. Code § 137. That was God's choice not human's choice. But humans came to change this reality i.e., the "Executive Committee" leading to a start of a painful saga of covert targeting in disguise until the truth was revealed with time.

**4.60**    On July 23, 2021, the Executive Committee of the Northern District of Illinois re-assigned case *Mark Bochra vs. U.S. Department of Education et al* to Judge Sara Ellis[184] (ECF No. 5 in 1:21-cv-03887)[185]; the order was entered by Chief Judge Rebecca Pallmeyer who led the Executive Committee at that time, they did the judge shopping for Mark with the intent to destroy his civil lawsuit and later target him if he speaks up and that is what the evidence showed with time but the targeting crossed into criminal behaviors directly violating 18 U.S. Code § 241 - Conspiracy against rights.[186]

| Document Number | Date Filed | Description | | |
|---|---|---|---|---|
| 1 | Jul 21, 2021 | RECEIVED Complaint and 0 copies by Mark Bochra. (Exhibits) (ec, ) (Entered: 07/22/2021) <br> Main Document | Download PDF ▾ | ⇔ |
| 2 | Jul 21, 2021 | CIVIL Cover Sheet (ec, ) (Entered: 07/22/2021) <br> Main Document | Buy on PACER    0 🔥 | ⇔ |
| 3 | Jul 21, 2021 | APPLICATION by Plaintiff Mark Bochra for leave to proceed in forma pauperis (ec, ) (Entered: 07/22/2021) <br> Main Document | Buy on PACER    0 🔥 | ⇔ |
| 4 | Jul 21, 2021 | PRO SE Appearance by Plaintiff Mark Bochra (ec, ) (Entered: 07/22/2021) <br> Main Document | Buy on PACER    0 🔥 | ⇔ |
| | Jul 21, 2021 | CASE ASSIGNED to the Honorable Robert W. Gettleman. Designated as Magistrate Judge the Honorable Maria Valdez. Case assignment: Random assignment. (ec, ) | | ⇔ |
| 5 | Jul 23, 2021 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Sara L. Ellis for all further proceedings. Honorable Robert W. Gettleman no longer assigned to the case. Signed by Executive Committee on 7/23/2021.(ec, ) (Entered: 07/23/2021) <br> Main Document | Buy on PACER    0 🔥 | ⇔ |

[184] Sara Ellis became the co-conspirator with the executive committee in targeting Mark covertly and covering for their crimes as well, that is why Rebecca Pallmeyer placed her as a member of the 7th Circuit Judicial Council to be able to read all of Mark's judicial misconduct complaints. Order entered May 10, 2023 by Rebecca Pallmeyer https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_clerksoffice/rules/pdf-orders/General%20Order%202023-0020%20-%207th%20Circuit%20Judicial%20Council%20At-Lge%20Members%20(Ellis).pdf

[185] See docket history https://www.courtlistener.com/docket/60107808/bochra-v-us-department-of-education/

[186] See https://www.law.cornell.edu/uscode/text/18/241

97

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.61**    As one can see, the Executive Committee in ECF 5 in *Bochra v. U.S. Department of Education* (1:21-cv-03887) said they replace Robert Gettleman with Sara Ellis rather than send the case to the clerk's office for random reassignment. When one examines the history of former Chief Judge Rebecca Pallmeyer, in *Libarov v. US Immigration and Customs Enforcement* (1:22-cv-06414)[187], in ECF 4, the executive committee which was headed by Rebecca Pallmeyer entered the order for the clerk to assign the case to the next judge by lot which happened to be Rebecca Pallmeyer. But with Mark's civil right case, the Executive Committee picked Sara Ellis for him by <u>design</u> and <u>choice</u>.



**4.62**    See a county judge was charged by a state prosecutor for assigning cases to herself.[188] Cuyahoga County Domestic Relations Judge Leslie Ann Celebrezze Resigns after Being Charged With Records Tampering; in 2023, The Marshall Project - Cleveland also reported that Celebrezze, the administrative judge at the time, directed case assignments to herself but stated in court entries the cases had been randomly assigned to her.

So the one who did the judge shopping and conspired against me Sara Ellis with the Executive Committee, were the ones who targeted me; this is a very clear case from the record and the established evidence.[189]

---

[187] <u>See</u> docket history https://www.courtlistener.com/docket/65759700/libarov-v-us-immigration-and-customs-enforcement/

[188] See https://www.themarshallproject.org/2025/12/22/celebrezze-crime-cuyahoga-county

[189] <u>See</u> ABA resolution on Judge shopping https://fixthecourt.com/2025/02/aba-passes-strong-resolutions-on-enforceable-ethics-judge-shopping/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.63**    The one who moved the case forward and granted the in forma pauperis in ECF 8 was not Sara Ellis, but Hon. Magistrate Judge Jeffery T Gillbert and he signed the order helping Mark with this journey; God bless his <u>heart</u>.



**4.64**    We all know the first thing judges do when they see an in forma pauperis attached with a civil lawsuit is to destroy the civil lawsuit by dismissing it or try to rule out some of the claims without the Defendants needing to file a response to the civil lawsuit. Mark saw this in his very first civil lawsuit in housing discrimination in *Amin v. 5757 North Sheridan Rd Condo Assn.* et al (1:12-cv-00446); Judge Joan lefkow tried to dismiss the lawsuit without reading the case, she dismissed the case 3 times, that is when Mark found she has no heart yet she expects people to love her back and feel for her but in the end, the Lord, God made her sign on the settlement agreement. She will yell "rule of law" Mark will reply "the parable of the unjust judge."[190]



 **4.65**    So now we see "the Court that is supposed to protect Mark's home and his family was the same Court that violated the settlement agreement targeting Mark's home through members of

---

[190] See https://www.gao.gov/products/gao-24-105638 report https://www.gao.gov/assets/880/870181.pdf
Government Accountability Office's recent report on the judicial branch mishandling discrimination complaints.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

the Executive Committee." That is a very important aspect of this journey because they all know what the settlement agreement dictates which was endorsed by the Court official capacity in *Amin v. 5757 North Sheridan Rd Condo Assn*. et al (1:12-cv-00446).

**4.66** Once Judge Sara Ellis took charge of my civil case, Mark wanted to find out why Judge Robert Gettleman was not able to handle my case, why wouldn't a Jewish judge be able to rule against the Israeli lobby. So Mark exchanged e-mails with Courtroom deputy Rhonda Johnson who told me "Mark if you need anything, e-mail me." So long as the justice department lawyer Sarah Terman was on the e-mails, Mark was not targeted but when Mark send <u>one</u> e-mail <u>alone</u> to Rhonda Jonson speaking about the teachings of Jesus Christ and my intention of sending a letter to 3 judges, that is when the evil within Judge Rebecca Pallmeyer targeting Mark with Judge Sara Ellis by placing Mark on a restricted list.

**4.67** Within the body of Mark's November 18, 2021 e-mail to Ms. Rhonda Johnson, he explained the difference between *Laws vs. Hearts* and that a law absent a heart is not justice. He also shared a video and the teachings of Jesus Christ "go and sin no more." Explaining in part that no one is righteous; even judges for there are the parable of the unjust judge spoken by Jesus Christ in Luke 18. <u>See</u> 1:21-cv-06223 ECF No. 2 Exhibit 6; copy of November 18, 2021 e-mail to Ms. Rhonda Johnson and later follow up e-mails to both Judge Sara Ellis and Judge Rebecca Pallmeyer which came as a surprise to them because they haven't served me with the order yet of being placed on a restricted list. See also in 1:21-cv-06223 ECF No. 2 Exhibit 8.

---

**From:** Mark Bochra
**Sent:** Thursday, November 18, 2021 6:40 AM
**To:** Rhonda Johnson <Rhonda_Johnson@ilnd.uscourts.gov>
**Subject:** An inquiry: A letter to Chief Judge Rebecca R. Pallmeyer and to CC Judge Ellis on it

Good Morning Ms. Johnson –

There is a letter that I am working on which i will send to Judge Pallmeyer and CC 2 judges on it, Judge Sara Ellis is one and the other judge is important for him to read it because he didn't give me his direct answer when i asked and that was God's doing. If you don't mind, I am sending you this e-mail up ahead. I

---

If you object, can you tell me any other means of reaching out to Judge Ellis so she can be CC on this letter? If you don't object than I greatly appreciate it.

I am still seeking hearts not the Law: the law is important but absent heart and it becomes something else https://youtu.be/w5GXnM_TxSQ?t=34



Go and Sin No More

Watch More Bible Videos Here: https://www.youtube.com /watch?v=Qq7NFiZL6ak&list=PL4A73DDEE675FBC39Jesus teaches about compassion when confronted with a woman ...

youtu.be

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.68**    On November 19, 2021 according to the executive committee, Ms. Rhonda Johnson reported Mark's e-mail to the Executive Committee and they labeled it "inappropriate communication" and placed Mark Bochra under the "restricted filer listing."



**4.69**    From that point on and the journey of selective targeting a Coptic started. At that time, Mark wasn't aware that a U.S. Marshal came with false allegation in order to stalk Mark's home, reading his private e-mails to management related to his own litigation in *Bochra v. U.S. Department of Education* via one of the 4 valets in the building, his name is Sergio Hernandez who agreed to conspire with a U.S. Marshal under the name Jerome Sliva (Mark found out his name later on). All of this was unknown to Mark, until the devil caused Sergio Hernandez to threaten Mark on December 20, 2021 reporting that the U.S. Marshal came to the building. Sergio Hernandez also has a long history of violent behavior, he was reported in the past for simple assault to management, and he was involved in targeting Mark's family during the settled fair housing discrimination case. His history is long and evil and he never wanted to change, he stores rage and hate from within; simply put, God allowed evil to meet evil. Sergio Hernandez met U.S. Marshal Jerome Sliva 312.371.2046. E-mail: <u>JSliz@usms.doj.gov</u>.

**4.70**    The targeting never stopped with just causing a hostile environment at my home.   What happened to my home was a direct violation of the settlement agreement of the fair housing case

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

signed by Judge Joan Lefkow in *Amin et al v. 5757 North Sheridan Rd Condo Assn. et al* (1:12-CV-00446) (ECF No. 66).[191]

---

8.    **ASSOCIATION'S ADDITIONAL PROMISES**. Without limiting any other promise, term or covenant herein, the ASSOCIATION RELEASORS agree to the following to consummate this settlement:

- To abide by the 5757 North Sheridan Condominium Association's Condominium Declaration and Bylaws, its Rules and Regulations and its Policies and the Illinois Condominium Property Act and including without limitation, will not discriminate or retaliate against the UNIT OCCUPANTS for any reason. Specifically, without limiting the foregoing, 5757 North Sheridan Condominium Association shall abide by Section 12(H) of the Illinois Condominium Property Act and in accordance with Section 15 of the Condominium Association's Rules and Regulation, its Declaration and Bylaws.

Page 6 of 11

---

- To provide fair and equal treatment to the UNIT OCCUPANTS of 5757 North Sheridan Condominium Association under its fiduciary duty, to enforce and apply its Condominium Association's Declaration and By-laws, its Rules and Regulations and its Policies equally and fairly among its members.

- Not to act in a threatening or interfering way in UNIT OCCUPANTS right to enjoy and use their dwelling unit 13B.

- To abide by the provisions set forth in the Fair Housing Act, and the Illinois Human Rights Act as relates to the UNIT OCCUPANTS.

- Not to Interfere with the sale or lease of any of the 5757 North Sheridan condominium units in which the UNIT OCCUPANTS have an interest, except as allowed by the 5757 North Sheridan Condominium Declaration and By-Laws, Rules and Regulations and Policies and the Illinois Condominium Act.

---

**4.71**    According to Walter Bank the doorman, this is what happened when the U.S Marshal visited Mark's home the <u>first</u> time asking around about him trying to receive any information on Mark under false pretenses and false allegation.

> First I was told he came to the doorman Walter Bank and asked "is this guy dangerous, do you know anything about Mark?" and Walter told him "Mark is a very nice guy" then came the manager Alicia McNeal (she left the building) and joined the conversion saying "oh mark, mark is like the old lady who goes to church that keeps talking" Walter told

---

[191] <u>See</u> Agreed Order https://www.scribd.com/document/117814007/Fair-Housing-Agreed-Order

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

me, then came Sergio from the garage and into the lobby and heard the conversation and then said in part "oh that guy" Walter said Sergio was filled with joy and then the U.S. Marshal went inside the garage and spoke to Sergio for nearly an hour and gave him their card and on the way out the U.S. Marshal said while laughing "we should have talked to that guy from the start."

All of these information Mark didn't know at that time but no one should be surprised of what Inspector General of the Justice Department when they investigate can unveil, schemes like this one "Deputy U.S. Marshal Indicted and Arrested for Conspiracy, Cyber Stalking, and Perjury" trying to setup an innocent person.[192] Walter Bank was able to identity Jerome Sliva when he visited Mark's home a second time pretending he never came before.



**4.72** Mark not knowing many of the details back then, had to clear his name from the list, so his first motion landed in the case "in re: Mark Bochra" 1:21-CV-06223 in ECF No. 2. Until the Executive Committee through former Chief Judge Rebecca Pallmeyer threatened Mark not to speak about Jesus Christ or "else" signing the order with her own hands. This came in an order using the Executive Committee official capacity threatening Mark not to share any "political or religious materials" dated February 11, 2022.

---

[192] See https://oig.justice.gov/news/press-release/deputy-us-marshal-indicted-and-arrested-conspiracy-cyber-stalking-and-perjury see all OIG DOJ reports https://oig.justice.gov/reports

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

IT IS FURTHER ORDERED that Mr. Bochra's many emails and telephone calls are burdensome, consuming the resources of the Clerk's Office and are duplicative of the motions that are filed on the docket. Mr. Bochra shall cease emailing and calling the Clerk's Office concerning the Executive Committee Orders.   If Mr. Bochra has requests for the Executive Committee or papers to submit, he must make his submissions via CM/ECF by e-filing said submissions.   Mr. Bochra is warned not to submit any additional religious or political material to the Executive Committee.

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be e-filed on the docket of 21cv-6223 and mailed to Mr. Bochra at ███████████████████████ ███████   the addressed provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of February, 2022.

**4.73**    I reminded the Judges of the Executive Committee of the Judge's canons under Rule 4(a)(4), a judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct.



LET HIM GIVE YOU A HAND

The Chief Judge Rebecca Pallmeyer who defended free speech on college campus asking for the reinstatement of the Plaintiff to his previous post in (*Moore v. Watson*, No. 09 C 0701)[193], cannot be the same Chief Judge who warned Mark not to speak about "Jesus Christ" in a public order or placed him on a "restricted filer listing" because of an e-mail about Jesus Christ teachings.

---

[193] See https://casetext.com/case/moore-v-watson-7

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.74**    Because the Lord, God is greater than them, I told them what they will do in the future similar to what happened to me at Florida Coastal School of law by the evil Benjamin Priester and that was in ECF 10.

---

Case: 1:21-cv-06223 Document #: 10 Filed: 02/15/22 Page 3 of 9 PageID #:2592

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

where I live to collect information on me while I was at work; 2 U.S. Marshals lied to employees and management around the building to justify collecting information on me and the question is why did this happen? (Dkt 4 and Dkt 7).

This was a *Déjà vu* all over again like what happened in Florida Coastal School of Law and when God revealed the truth in the end, the school asked me to sign a release and a waiver of all my legal rights to continue my education or else, they wouldn't (I said no and I filed my complaint with OCR and in the end those who stood mighty proud were fired and the law school was shut down by DOE; back then they couldn't see it, they said within their hearts "who is this Mark, let's get rid of him"). Now that case is before Judge Sara Ellis with all its components including the Israel/Jewish lobby, a Judge that you chose for my case (1:21-cv-03887) to replace Judge Robert Gentleman per his own request to the executive committee that he doesn't want my case; can I get a valid explanation?

---

**4.75**    Not only that, I prayed to God in ECF 11 and God fulfilled verbatim, as he pushed all the evil away while exposing both the Executive Committee and Chicago Public School.

---

**PRAYERS TO THE LORD, GOD**

"Lord, if you find good hearts within this executive committee then bless their footsteps but if you find evil is being drawn, push it away and remove their legal knowledge so that the next day they forget what they have already said just like you did with DOJ attorney Ms. Sarah Terman and before her OCR Atlanta Director Melanie Velez along with Kenneth Marcus, and

_____

[19] See https://web.archive.org/web/20210812052718/https://www2.ed.gov/news/staff/bios/marcus.html (his profile was recently deleted but way back machine can restore it) see Kenneth Marcus leaked videos aiming to enforce IHRA without congress intent https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004 and see Kenneth Marcus personally granting Zoa's appeal after he gained access to Office for Civil Rights https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000 (letter granting the appeal).
[20] See https://youtu.be/A14THPoc4-4 and see https://twitter.com/ClaremontInst/status/1262346233328304128

Page **7** of **10**

Case: 1:21-cv-06223 Document #: 11 Filed: 02/18/22 Page 8 of 10 PageID #:2705

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.76** Because they never cared wanting to test their might and power, they plotted revenge. So after my ECF 11 in February of 2022, they waited the month of February, then March, until came April and they heard about Chicago Public School ("CPS") or caused the Principal Stephen Harden to target me but they found out what is happening at CPS in April of 2022 from Jerome Sliva who stalked my home first and they plotted their evil work and you would see they waited from April 7, 2022 to April 26, 2022 to docket their order removing my ECF account in the middle of my civil right litigation which showed a direct violation of 18 U.S. Code § 241 - Conspiracy against rights and they knew Chicago Public School would get rid of me one way or another. What they didn't plan was my judicial misconduct complaint that was filed June 10, 2022 with the 7th Circuit Court of Appeals which was the day I was turned from a <u>Complainant</u> into a <u>Respondent</u> by Chicago Public School.



*vs*

**4.77** By removing my ECF account in the middle of my litigation, showed what Sara Ellis would do in the near future targeting my civil right case but they can also monitor my filings through the clerk's office long before it is even stamped and filed.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.78**    The Executive Committee goal was for Sara Ellis to destroy my civil lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887), while Chicago Public School picks up the tab targeting me, and that way the Executive Committee can justify their move of placing me on a "restricted list" from affair but the Lord, God turned everything against them. Little did I know at that time was Home was linked to Chicago Public School, was linked back to the Executive Committee targeting. This was the work of not judicial officers but a <u>MAFIA</u>.[194]



*Retaliation for those who wield power is the norm.*[195]

**4.79**    The day Mark's very first Judicial misconduct complaint against members of the Executive Committee Nos. **07-22-90041 through 90048** arrived at the 7th Circuit in the morning of June 10, 2022, was the same day Chicago Public School (CPS) targeted Mark in the afternoon of June 10, 2022 and who linked Home to CPS to the Executive Committee? Alicia McNeal the former property manager at Mark's building calling CPS like crazy with lies. So the plot of conspiracy was not only revealed by Alicia McNeal sudden phone calls to CPS but also she is the key that linked all of them together.

**4.80**    Before the targeting came on June 10, 2022. Udeme Itiat had to destroy Mark's EOCO CPS complaint and she did on June 2, 2022 while accidently setting by her own hands the zoom meeting to discuss her outcome of the complaint investigation on June 21, 2022 which was the day Mark had a hearing before Judge Sara Ellis on DOJ motion to dismiss in *Bochra v. U.S. Department of Education* (1:21-cv-03887). At this point, Mark found for certainty, CPS is stalking his case and aligning their retaliation with the day Mark's case would get dismissed, a perfect criminal plan and a direct violation of 18 U.S. Code § 241 - Conspiracy against rights.[196]

---

[194] See MAFIA https://en.wikipedia.org/wiki/Jewish-American_organized_crime
[195] See https://www.law.com/nationallawjournal/2021/10/22/shocking-to-me-investigative-reporter-lise-olsen-talks-new-book-about-judicial-misconduct/
[196] See https://www.law.cornell.edu/uscode/text/18/241

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.81**    Mark knew the targeting would happen long before it happened; see his motion on April 21, 2022. Where is Mr. B? That day came to be June 10, 2022.



Case: 1:21-cv-03887 Document #: 68 Filed: 04/21/22 Page 2 of 5 PageID #:4387

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

2.    On December 15, 2021, Defendants instead of filing an answer or pleading filed their motion to dismiss (Dkt 27).

3.    This Honorable Court intends to rule on Defendants' motion to dismiss [Dkt 27] on 6/1/2022 at 9:30 a.m; *see* [Dkt 64].

> The next status date is set for 6/1/2022 at 9:30 a.m. for ruling on Defendants' motion to dismiss. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (866) 434-5269, Access Code: 8087837.

4.    Plaintiff respectfully seeks if Honorable Judge Sara Ellis can modify the date of the ruling/hearing to any date after June 16, 2022 because that would be the last school day of year under the Chicago Public Schools' calendar.

5.    Plaintiff works day-to-day substitute teacher with Chicago Public Schools and every day is check needed to pay a bill or put food on the table. Chicago Public Schools do not compensate sub-teacher for holidays, sick days, nor even provide health insurance for sub-teachers. There are no major incentives for substitute teachers and recently Secretary Miguel Cardona after Plaintiff's letter on various topics, have asked for Public School to support substitute teachers.[1] See Exhibit "A".

*Ms. Nelson is missing.*[2]

[1] See https://twitter.com/seccardona/status/1478773261521596416
[2] See https://youtu.be/JQ8GI8MS4ec

Page 2 of 5

**4.82**    Udeme Itiat issued her fake findings June 2, 2022. What speeded up their retaliation was my sudden Judicial Misconduct Complaint delivered on June 10, 2022 to the 7th Circuit.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

Office of Student Protections and Title IX | Equal Opportunity Compliance Office | OSP PHONE (773) 535-4400  OSP EMAIL OSP@CPS.EDU | EOCO PHONE (773) 553-1013  EOCO EMAIL EOCO@CPS.EDU | MAIL 110 N. PAULINA ST. CHICAGO, IL 60612

(4) Rights under Section 504 of the Rehabilitation Act of 1973 were violated when you were discriminated against based upon your mental health and physical disabilities, and

*[handwritten: DID not she closed it!?]*

(5) First Amendment rights to freedom of speech regarding the CPS Covid-19 policies were abridged.

*[handwritten: she removed "Jesus christ" and wrote Lies!]*

With respect to allegations claimed, we found no credible evidence existed to corroborate your claims that, Stephen Harden or the administration of Cameron Elementary School:

*[handwritten: I only report Stephen Harden Not administration]*

(1) Discriminated against you based of your National Origin, that being a member of an indigenous Christian population of Egypt known as the Coptic,

(2) Retaliated against you because you filed an EOCO claim due to your alleged Discrimination based upon your National Origin,

*[handwritten: The Future they Knew]*

(3) Discriminated against you based upon your sex which prevented your participation in an educational program or activity,

(4) Discriminated against you because of your mental health and/or physical disabilities, and

(5) Violated your right to freedom of speech as granted under the First Amendment of the United States Constitution regarding the CPS Covid-19 policy which addresses communicating with students about the virus and/or wearing protective masks while on CPS property.

This letter is a formal notice that EOCO has investigated your matter and unsubstantiated this case. This means we were unable to find sufficient evidence to support your claims. We have closed this case and will take no further action. Should you have any questions, please feel free to contact EOCO at eoco@cps.edu or me directly at UVItiat@cps.edu at any time.

*[handwritten: this is her made up writing]*

Sincerely,

Udeme Victoria Itiat

Director, Equal Opportunity Compliance Office Investigations

*[handwritten: Where is Jesus christ!]*

*[handwritten: Later within days came the retaliation ¿¿]*

*[handwritten: June 10]*

---

**4.83**    June 10, 2022 was the targeting day by Alicia McNeal to CPS in the afternoon after Mark's complaint arrived at the 7th Circuit in the morning around 10:26 am; Alicia McNeal

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

called CPS around 1:51 pm like crazy. Mark never told Alicia where he works, no one in Mark's building knew Mark worked for CPS since 2016.



**UNITED STATES POSTAL SERVICE**®

Hello **Mark Bochra**,

Your item has been delivered to an agent for final delivery in CHICAGO, IL 60604 on June 10, 2022 at 10:26 am.

Tracking Number: **70211970000036333782**

---

United States Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

Christopher G. Conway
Clerk of Court
312-435-5850

June 13, 2022

**CONFIDENTIAL**

Mark Bochra
5757 North Sheridan Road
Apt 13B
Chicago, IL  60660

In Re: Complaint of Judicial Misconduct or Disability **Nos. 07-22-90041 through -90048**

Dear Mr. Bochra:

This will acknowledge receipt of your complaint of judicial misconduct or disability filed on June 10, 2022, pursuant to the Judicial Conduct and Disability Act, 28 U.S.C. §§ 351 *et seq.* The complaint has been designated by the docketing numbers listed above. Your complaint will be processed in accordance with Rule 8 of the *Rules for Judicial-Conduct and Judicial-Disability Proceedings.* No further action is required at this time. You will be advised when a decision is entered on the complaint.

Please be advised that proceedings under the Judicial Conduct and Disability Act are confidential in accordance with 28 U.S.C. § 360(a) and Rule 23 of the *Rules for Judicial-Conduct and Judicial-Disability Proceedings.*

Sincerely,

*Christopher G. Conway*

Christopher G. Conway
Clerk

111

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

 **Chicago Public Schools**

Gaona, Laura <lgaona@cps.edu>

### Re: District-wide Sub Block: Bochra Mark (000240861) Ella Flagg Young ES
1 message

**Reger, Jennifer** <jrreger1@cps.edu>                                   Fri, Jun 10, 2022 at 1:51 PM
To: "Clair-Mcclellan, Lauren" <lmcclellan@cps.edu>, "Taylor, Jerry" <jrtaylor2@cps.edu>, Piper Haywood <phaywood@cps.edu>, Lisa Wrightsell-Williams <lmwrightsell@cps.edu>, Nereida Diaz <ndiaz@cps.edu>, "Keelen, Shenise" <skeelen@cps.edu>
Cc: "Tarrant, Kelly" <katarrant@cps.edu>, Camie Pratt <ccpratt@cps.edu>, "Bullimore, Phillip" <pjbullimore@cps.edu>, Jean Ricci <jmricci@cps.edu>, Laura Gaona <lgaona@cps.edu>, "Ciastko, Paul" <pjciastko@cps.edu>, Alexandra Spartz <acspartz@cps.edu>, Charles Little <clittle4@cps.edu>, Lourdes Rivera-Lewis <lriveralewis@cps.edu>, Debra Spraggins <dspraggins7@cps.edu>, Takisha Dunlap-Freeman <trdunlapfreeman@cps.edu>, "Taylor, Tiffany" <titaylor@cps.edu>, Janelly Nieves <jnnieves@cps.edu>, Jadine Chou <jpchou@cps.edu>, Crystal Cooper <ctcooper@cps.edu>, David Rosengard <drosengard@cps.edu>, "Malnati, James" <jmalnati1@cps.edu>, Lauren Thill <lethill@cps.edu>, Jasmine Illa <jilla@cps.edu>, Melissa Stratton <mstratton1@cps.edu>, "Aguilera, Maria" <maguilera23@cps.edu>, "Massey, Libby" <lnmassey1@cps.edu>, Jocelyn Schieve <jschieve@cps.edu>, Alexandra Hunstein <akhunstein@cps.edu>

Adding +Taylor Jerry +Piper Haywood +Lisa Wrightsell-Williams +Nereida Diaz +Keelen, Shenise

> On Fri, Jun 10, 2022 at 12:54 PM Tarrant, Kelly <katarrant@cps.edu> wrote:
> We request a district-wide substitute block of substitute teacher **Mark Bochra**. Mr. Bochra has worked with CPS since 9/1/2026 with no known disciplinary history with the Law Department.



On Friday, June 10, 2022, the LIU was notified by the OIG of the following:

We received a phone call this morning notifying us that Mark Bochra, a substitute teacher (who I believe is swiped in at Ella Flagg Young Elementary today), has been acting unhinged. The caller is concerned for the safety of staff and students at CPS. I wanted to let you know about this right away in case of any potential safety issues.

The caller's name is Alicia McNeal and she said she works in the building where Bochra lives. She said her office has received 40-page hate-filled letters that are racist and anti-Semitic. She said he also has admitted that he has mental illness and needs help.

In one anti-Semitic email, he threatened to "do whatever he has to do to fix the problem."

The caller also said she called the Law Department and the Talent Office but has not heard back.

The caller told us that she was planning to call the police. We will follow up with her today to see if she filed a police report.

---

We learned from the caller that Bochra is being investigated by the U.S. Marshall's office. We called the U.S. Marshall on the case and learned that Bochra was being investigated because he has been sending concerning strongly-worded religious emails about the Jewish community to the U.S. District Judge presiding over his lawsuit against the law school that disenrolled him. The U.S. Marshall also told us that he spoke with Bochra about this, that the concerning emails have stopped, and that they are not planning to arrest him.

The U.S. Marshall also told us that Bochra and his condominium complex are in a legal dispute and that Bochra is apparently very litigious.

---

We request a district-wide sub-block pending an OIG Court Watch and a possible criminal background investigation that will be assigned to the LIU.

Sincerely,

Kelly Tarrant

--
Kind Regards,
**Kelly A. Tarrant | Manager, Investigations Unit**
**Chicago Board of Education | Department of Law**

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.84**    Kelly Tarrant was recently fired from Chicago Public School, the one who communicated with Alicia McNeal.[197]



*Udeme Itiat created a June 21 meeting.*          *CPS ejected Mr. B on June 10.*

**4.85**    OIG CPS after turning Mark from a complainant into a respondent on June 10, 2022, investigated and cleared Mark finding him the actual victim but Jennifer Reger, Kelly Tarrant, Libby Massey, Camie Pratt, and others had already planned to get rid of Mark to help the Executive Committee. So OIG CPS report ended up being forged with fabricated data, they didn't create a new report, they used OIG CPS report; now we get into more crimes.

---

[197] See https://chicago.suntimes.com/education/2025/10/23/cps-investigator-claims-fired-politically-racially-charged-cases-lawsuit-racist-dunbar-lindblom her case was recently transferred to the federal court https://dockets.justia.com/docket/illinois/ilndce/1:2025cv14692/490891

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.86**    When Kelly Tarrant went to question Alicia McNeal of her allegations and the evidence for it, the liar Alicia gave Kelly Tarrant a copy of my 40 pages letter to the association reporting history of discrimination including a federal settlement retained by the federal court. Kelly Tarrant finding herself screwed threw the entire thing to OIG CPS to which they responded.



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**HISTORY OF FAIR HOUSING TARGETING A COPTIC FAMILY**

**4.87**    In this building, since my family moved to 5757 North Sheridan in late 2006, my family suffered direct discrimination and retaliation by past board members of the association and management (The Building Groups), to the point it created an absolute hostile environment causing severe emotional damages to my entire family including injuring my brother Steve who became disabled as a result of the chain of events which took place; from assault and battery to a manager conspiring with building's employees i.e., (George Perez and Sergio Hernandez) who still work in this building to this very day, to both discrimination and retaliation based on national origin and religion, to requesting that I remove a picture of a saint (Saint Abanoub)[198] holding the cross taped on our door calling it a "safety hazard and nuisance", to management conspiring with wicked board members and unethical lawyers who committed a moral turpitude i.e., Peter Segal and David Sugar.





**4.88**    It is well established that in this building some board members encouraged deception in order to win by means of wickedness and out of the abundance of their hearts their mouth spoke, as substantiated by the recited e-mail of Tim Serges to all previous board members including their legal counsel at that time "we just file and act quickly and efficiently" <u>sic</u>. Tim Serges along with past board members discriminated and retaliated against a Coptic family, my family with intent and malice when they sought a force sale in the middle of an ongoing complaint of discrimination; turning discrimination into intentional discrimination, violating the Fair Housing

---

[198] <u>See</u> biography https://en.wikipedia.org/wiki/Abanoub <u>see</u> life story https://youtu.be/QPdStY2-7ig

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Act including but not limited to Title VIII of the Civil Rights Act; City of Chicago Human Rights Ordinance; and the Illinois Human Rights Act, based on national origin (Coptic) (Egypt) and Religion (Christian Coptic Orthodox).

> The legislative history of § 3617 never attempt to define the minimum level of intimidation or coercion necessary to violate this statute. Therefore, the Court assumes that the words of the statute—coerce, intimidate, threaten or interfere —mean exactly what they say. As Robert Schwemm describes 42 U.S.C. § 3617, section 3617 acts as a regulator for those who are blocked from asserting or exercising their fair housing rights, such as through interference or retaliation by third parties. See, e.g., Krueger v. Cuomo, 115 F.3d 487, 491 (7th Cir. 1997) (deciding that post-acquisition —harassment in the housing context can violate the [FHA]).

--- On **Wed, 8/27/08, Frank Haxhaj** *<frank@buildinggroup.com>* wrote:

From: Frank Haxhaj <frank@buildinggroup.com>
Subject: RE: 13B - Private
To: trmsheridan@att.net
Date: Wednesday, August 27, 2008, 11:36 AM

Hi Todd,

Thank you Todd, I will include this e-mail as I have all e-mails to the complete package of documentation against unit 13B. For your information only, we have a meeting next week Thursday with our legal attorney to finally put a plan in place of delivering an earthquake like effect to unit owner 3B. Mark my words, they will sell and move out sooner than you think.

Sincerely

Frank Haxhaj

Assistant Property Manager

5757 N. Sheridan Road Condominium Association

5757 N. Sheridan Road

Chicago, Illinois 60660

(773) 784-6667 Direct Line

Mark my words, they will sell and move out sooner than you think said Building Group manager Frank Haxhaj.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



---

Case: 1:12-cv-00446 Document #: 66 Filed: 06/15/12 Page 1 of 2 PageID #:968

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDIRA AMIN, MAGED SOLIMAN, and
MARK BOCHRA

    *Plaintiffs*,

*v.*

5757 NORTH SHERIDAN RD

CONDO ASSOCIATION, an Illinois
not-for-profit corporation, and RONALD
MENDELBLAT,

    *Defendants*.

CIVIL ACTION NO: 1:12-CV-00446

Hon. Judge Joan H. Lefkow
Hon. Mag Judge Jeffery Cole

### AGREED ORDER

This cause coming to be heard on the Plaintiffs' Stipulation Requesting Dismissal, and

this Court being fully advised of the premises.

---

ENTERED this 15th day of June, 2012

    _____

JOAN HUMPHREY LEFKOW
United States District Judge

Page 2 of 2

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

RWS:ktg          6/8/12      RED      18583-6-53

## MUTUAL SETTLEMENT AGREEMENT

This **MUTUAL SETTLEMENT AGREEMENT** ("Agreement") is made and entered into this __10th__ day of __June__ 2012, between Husband and Wife, Maged Soliman and Andira Amin (together sometimes "Unit Owners"), and their children, Mark Bochra and Steve Bochra (sometimes all four collectively, "Unit Occupants"), and 5757 North Sheridan Condominium Association and Ronald Mendelblat (sometimes "Association") (collectively "the Parties"), under the terms herein below described.

### I.    RECITALS

**WHEREAS**, at all relevant times, Husband and Wife, Maged Soliman and Andira Amin and their children, Mark Bochra and Steve Bochra ("Unit Occupants") resided in condominium Unit 13B in the 5757 North Sheridan Condominium Association located at 5757 North Sheridan Road, City of Chicago, County of Cook, and State of Illinois.

**WHEREAS**, at all relevant times, Ronald Mendelblat served as the President of the Board of Directors of the Association for 5757 North Sheridan Road Condominium Association and his term ended on or about March 8, 2011.

**WHEREAS**, at all relevant times, Frank Haxhaj served as the Property Manager of the Association for 5757 North Sheridan Road Condominium Association and formally resigned on or about August 14, 2011.

---

**8.    ASSOCIATION'S ADDITIONAL PROMISES**. Without limiting any other promise, term or covenant herein, the ASSOCIATION RELEASORS agree to the following to consummate this settlement:

- To abide by the 5757 North Sheridan Condominium Association's Condominium Declaration and Bylaws, its Rules and Regulations and its Policies and the Illinois Condominium Property Act and including without limitation, will not discriminate or retaliate against the UNIT OCCUPANTS for any reason. Specifically, without limiting the foregoing, 5757 North Sheridan Condominium Association shall abide by Section 12(H) of the Illinois Condominium Property Act and in accordance with Section 15 of the Condominium Association's Rules and Regulation, its Declaration and Bylaws.

Page 6 of 11

---

- To provide fair and equal treatment to the UNIT OCCUPANTS of 5757 North Sheridan Condominium Association under its fiduciary duty, to enforce and apply its Condominium Association's Declaration and By-laws, its Rules and Regulations and its Policies equally and fairly among its members.

- Not to act in a threatening or interfering way in UNIT OCCUPANTS right to enjoy and use their dwelling unit 13B.

- To abide by the provisions set forth in the Fair Housing Act, and the Illinois Human Rights Act as relates to the UNIT OCCUPANTS.

- Not to Interfere with the sale or lease of any of the 5757 North Sheridan condominium units in which the UNIT OCCUPANTS have an interest, except as allowed by the 5757 North Sheridan Condominium Declaration and By-Laws, Rules and Regulations and Policies and the Illinois Condominium Act.

*These terms apply for life never to be breached by any future association or management; it provides peace to family of 13B.*

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*This is Alicia McNeal with her supervisor Brian Kelly of Community Specialists.*

**4.89**   At that time as well, investigator Diane Sykes was working on covering up the crimes of the executive committee by destroying my very first Judicial Misconduct Complaint in Nos. 07-22-90048 through 90041. You can see a copy of the Judicial Misconduct Complaint in ECF 121 in *Bochra v. U.S. Department of Education* (1:21-cv-03887).[199]

---

[199] <u>See</u> also direct access, an 88 pages judicial misconduct complaint
https://www.scribd.com/document/717645429/Appendix-Related-to-Executive-Committee-in-22-1815-121-cv-06223

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.90**    Investigator Diane Sykes came with findings claiming she doesn't understand.

August 16, 2022

Chief Judge Diane S. Sykes

Nos. 07-22-90041 through -90048

IN RE COMPLAINTS AGAINST EIGHT JUDGES

MEMORANDUM AND ORDER

The complainant filed a 368-page misconduct complaint accusing several judges and the clerk of court of unspecified misconduct. The allegations are disjointed and unwieldly, but it appears that the complainant disagrees with the decision of the district's executive committee to place him on the restricted filer list and believes that the judges and the clerk are discriminating against him based on his religious and political beliefs.

The complainant's allegations of bias are utterly unsupported and frivolous. The complaints must therefore be dismissed pursuant to 28 U.S.C. § 352(b)(1)(A)(iii). In addition, the allegations against the clerk of court are beyond the purview of the Judicial Conduct and Disability Act. 28 U.S.C. § 352(b)(1)(A)(i); *see also id.* § 351(a), (d) (permitting a complaint against "a judge" and defining that term to include only circuit, district, bankruptcy, and magistrate judges).

VS

IT IS FURTHER ORDERED that Mr. Bochra's many emails and telephone calls are burdensome, consuming the resources of the Clerk's Office and are duplicative of the motions that are filed on the docket. Mr. Bochra shall cease emailing and calling the Clerk's Office concerning the Executive Committee Orders.    If Mr. Bochra has requests for the Executive Committee or papers to submit, he must make his submissions via CM/ECF by e-filing said submissions.    Mr. Bochra is warned not to submit any additional religious or political material to the Executive Committee.

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be e-filed on the docket of 21cv-6223 and mailed to Mr. Bochra at ███████████████████████ ███    the addressed provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of February, 2022.

120

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.91**    Not only that, the lord God made the Executive Committee also target another complainant who was placed on a restricted list the moment he started to speak up, they also send U.S. Marshal to scare him from speaking up but the reported crimes are on a whole different scale including "kidnapping & conspiracy." See Nos. 07-22-90056 through 90075.[200]

Circuit Judge Thomas L. Kirsch II*

Nos. 07-22-90056 through -90075

IN RE COMPLAINTS AGAINST TWENTY JUDGES

MEMORANDUM AND ORDER

The complainant filed a misconduct complaint accusing twenty judges and the clerk of court of misconduct. The allegations are disjointed, unwieldly, and at times irrational—referencing, among other things, kidnappings, murder, conspiracy, and criminal trespass—but it appears that the complainant disagrees with rulings made in his cases as well as the decision of the district's executive committee to place him on the restricted filer list. He also claims the United States Marshals Service has been threatening him.

**4.92**    Investigator Diane Sykes tried to clear the Executive Committee by claiming she doesn't understand my complaint. While they assigned the second complaint against the executive committee to a different investigator i.e., Thomas Kirsch to circumvent the showing of "pattern and practice" which would call for a special committee to investigate disputed facts. Yet surprisingly both investigators write the same language "disjointed and unwieldy" and using the words "it appears from the complaint" to make it seem both Kirsch and Sykes don't understand.

**4.93**    What happened at Chicago Public School triggered multiple OCR Complaints with the most recent one with Department of Education; currently the complaint is being handled by team leader Melissa Howard in OCR No. **05-24-1198.** They know the crimes of the Executive Committee along with Chicago Public School but they don't know how to proceed because they've never encountered anything like that before wherein judicial officers conspired to target an educator while that educator was litigating a civil right case against the Department of Education. Moreover, much of the evil individuals were fired or resigned from Chicago Public School, however the only remaining ones are Jennifer Reger, Libby Massey, and Philip

---

[200] https://www.ca7.uscourts.gov/assets/pdf/judicial-conduct_2022/07-22-90075_through_90056_Memorandum_and_Order.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Wagenknecht who are one of the named defendants in this case sued in both official and individual capacities.

---

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Mark Bochra
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660 elohim.coptic@outlook.com

**OCR Docket No. 05-24-1198**

**VIA ELECTRONIC MAIL**

The Honorable Linda McMadon
Secretary for Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202-1100
Linda.McMahon@ed.gov

The Honorable Kimberly Richey
Secretary for Office for Civil Rights
kimberly.richey@ed.gov
Steven.Schaefer@ed.gov

U.S. Department of Education
Office for Civil Rights
OCR@ed.gov // OCR.Denver@ed.gov
OCR-Transition@ed.gov

Todd Blanche
Acting Attorney General
Todd.Blanche40@usdoj.gov
attorney.general@usdoj.gov

FBI Director Kash Patel
FBI Chicago Douglas Depodesta
KPPatel2@fbi.gov // DSDePodesta@fbi.gov

U.S. Marshal Director Gadyaces S. Serralta
Gadyaces.Serralta@usdoj.gov
Stephanie.Creasy@usdoj.gov

**CC**
Acting Inspector General Michael O.Neil
michael.s.o'neill@usdoj.gov

EEOC Acting Chair Andrea R. Lucas
Andrea.Lucas@eeoc.gov

**AMENDED COMPLAINT OF RETALIATION UNDER TITLE VI SHARED ANCESTRY (COPTIC IDENTITY)[1], TITLE IX, AND SECTION 504 WITH CLEAR RETALIATION (FOR PATTERN AND PRACTICE) FOR FILING A COMPLAINT WITH OCR AND WERE TOLD BY OCR NOT TO RETALIATE ON JANUARY 6, 2023**

**Complaint against (Recipient)**
CEO Pedro Martinez (fired)[2]
ceo-martinez@cps.edu

Former Principal Stephen Harden (passed away)
Former Cameron School AP Edna Mercado[4]
Cameron AP Eboni McDonald

Chicago Public School District 299
General Counsel CPS Elizabeth Barton EBarton@cps.edu

**CPS Senior Leadership (Recipient)**
Camie Pratt EOCO Boss (resigned)[3]
Udeme Itiat EOCO director
Laura Gaona & Jennifer Reger OAH Director
Kelly Tarrant CPS Law Manager (fired)
Former Inspector Will Fletcher (resigned)
Inspector Philip Wagenknecht OIG CPS[5]
City of Chicago Board of Education

**July 2, 2026**

---
[1] See President Trump letter to the Coptic people https://www.whitehouse.gov/briefings-statements/2025/06/presidential-message-on-global-coptic-day-2025/ See also Anti Christian Bias Task force
[2] Fired by the board of education and replaced by CEO Macquline King CEO-King@cps.edu
[3] She resigned before she was fired by former inspector general William Fletcher who resigned as well.
[4] She works at CPS but at a different school https://www.linkedin.com/in/edna-mercado-ba331768/
[5] His name was disclosed in the ISBE emails. He enjoys inflicting pain but refuses to heal.

Page 3 of 191

---

**4.94**    While all of this was ongoing, Mark also had a pending no stalking petition against the valet Sergio Hernandez filed since June 1, 2022 in 22-OP-74176. Mark was targeted at CPS on June 10, 2022.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.95** Mark took investigator Diane Sykes findings in Nos. 07-22-90048 through 90041 claiming "she doesn't understand" and appealed it before the 7th Circuit Judicial Council.[201] All members of the 7th Circuit Judicial Council came and said "we <u>all</u> don't understand" I thought that was too funny, I took the case before the Judicial Conference Committee, that is when Gary Feinerman resigned out of the blue but when the 7th Circuit Judicial Council all said "they don't understand" it showed who are the investigators who would recuse and not vote on my petition because they were subjects of my complaint, we find "Rebecca Pallmeyer, John Z Lee, and Gary Feinerman" names at the footnote, now it is revealed who are some of the remaining members of the Executive Committee.[202] Diane Sykes name was also recused because I petitioned her findings "she doesn't understand."

> _____
> \* Judicial Council members Chief Circuit Judge Diane S. Sykes, Circuit Judge John Z. Lee, Chief District Judge Rebecca R. Pallmeyer, and District Judge Gary S. Feinerman did not participate in this decision.

**4.96** While also Mark had an appeal against the Executive Committee as Defendants before the 7th Circuit Court of Appeals in No. **22-1815.** During the judicial misconduct proceeding petition before the 7th Circuit Judicial Council, came Jim Richmond and threatened Mark telling him how the 7th Circuit Judges will fix his appeal and later retaliate. He was the key witness who linked both the executive committee with the 7th circuit.[203]

- o File your appeal, when are you filing it? Oh you will see what action we will take, and then you can go to your favorite Supreme Court justice and see how they will rule for your case. Said Jim Richmond.

- o "Do you think you got everything figured out? What makes you think the Judicial Conference has jurisdiction over us? That is Robert's committee" I replied in part "there is a recent 2022 case ruling" Later i emailed him a copy of the case ruling c.c.d._no._22-01_0.pdf (uscourts.gov).[204] During several follow up conversations because he knew it was the Democrats who initiated the Judicial Misconduct Complaint which triggered the Judicial Conference Committee to rule on the case, he added in part "they need to shut up

---

[201] See Diane Sykes ruling https://www.ca7.uscourts.gov/assets/pdf/judicial-conduct_2022/07-22-90048_through_90041_Memorandum_and_Order.pdf See a copy of my petition before the 7th Circuit Judicial Council https://www.scribd.com/document/789856149/Petition-7th-Circuit-Judicial-Council-in-Nos-07-22-90041-through-90048
[202] https://www.ca7.uscourts.gov/assets/pdf/judicial-conduct_2022/07-22-90048_through_90041_Order_pfr.pdf
[203] See https://www.scribd.com/document/875283314/Complaint-to-the-7th-Circuit-Judicial-Council-reporting-Jim-Richmond-s-threats-toward-Mark-the-Coptic
[204] See https://www.uscourts.gov/sites/default/files/c.c.d._no._22-01_0.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

- over at DC, I am a democrat myself but you have **** (I don't remember the inappropriate language he used) in DC." Said Jim Richmond.

**4.97** Jim Richmond was the reason Mark discovered that the executive committee through Rebecca Pallmeyer closed down the entire two courts District and 7th Circuit canceling all hearings that day and with the agreement of the judges of the entire court, they went inside his case at *Mark Bochra vs. U.S. Department of Education et al* (1:21-cv-03887) and quietly sealed docket entry 78 when Mark shared a copy of his judicial misconduct complaint publicly and asked Judge Sara Ellis to postpone the hearing until the 7th Circuit Judicial Council rule on the petition for review.

**4.98** Judge Sara Ellis in ECF No. 102 in *Mark Bochra vs. U.S. Department of Education et al* (1:21-cv-03887) stated the "Court didn't seal/restrict docket entry 78" so it can't lift a restriction on a docket entry the court didn't seal.

> MINUTE entry before the Honorable Sara L. Ellis: The Court denies Plaintiff's motion to lift restriction 100. The Court has not restricted docket entry 78. […] (Entered: 10/31/2022).

Judge Sara Ellis also ruled against Jim Richmond threats in ECF 94 saying "good cause shown."

**4.99** Mark reached out to the District Court's docket manager Mr. Lorenzo Walker who has always been nice with Mark and he told him in part via e-mail "speak with the chambers" that means many judges; that means the Executive Committee.



**4.100** In another instance Jim Richmond told Mark "Mark leave the judges alone, we will take care of you" Quid pro quo. Mark did not understand what to make of this statement so he listened but never responded back to Jim Richmond's statement; Mark was only protecting his rights and also seeking resolution but he was never provided with any protection.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.101**  The bulk of this journey was that the entire 7th Circuit Judicial Council who are also Judges of the 7th Circuit Court of Appeals, as investigators in Nos. 07-22-90048 through 90041 all said "they don't understand" my Judicial Misconduct Complaint but as Judicial officers in appeal 22-1815, the same investigators turned into judicial officers said "oversize brief" so they do understand. To read the brief related to the Executive Committee, see *Mark Bochra vs. U.S. Department of Education et al* (1:21-cv-03887) ECF 120 and the Appendix ECF 121.

**4.102**  It was Jim Richmond who helped reveal the plot of conspiracy when he became angry. The day I e-mailed former FBI Director Wray to protect me from the Jewish lobby because of this very same case *Bochra v. U.S. Department of Education* (1:21-cv-03887), was the same day John Kocoras resigned from the justice department, now I knew they were plotting evil, waiting first to destroy my civil right case and then retaliate.[205] There were also multiple OIG DOJ complaints that were filed related to Jerome Sliva stalking my home, he no longer works at the U.S. Marshal, his e-mail return not found.

**United States Attorney's Office**
Northern District of Illinois

Justice.gov > U.S. Attorneys > Northern District of Illinois > Press Releases > First Assistant United States Attorney John C. Kocoras To Depart U.S. Attorney's Office

**PRESS RELEASE**

# First Assistant United States Attorney John C. Kocoras To Depart U.S. Attorney's Office

Wednesday, September 14, 2022

**For Immediate Release**
U.S. Attorney's Office, Northern District of Illinois

CHICAGO — John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, today announced the resignation of First Assistant U.S. Attorney John C. Kocoras, effective next month. Mr. Kocoras served as First Assistant U.S. Attorney since May 2018, supervising the Office's Criminal and Civil Divisions.

---

[205] See Mr. Kocoras resigning https://www.justice.gov/usao-ndil/pr/first-assistant-united-states-attorney-john-c-kocoras-depart-us-attorney-s-office

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



**4.103** My appeal related to my main case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) was not filed yet. After much of the truth was revealed, Sarah Terman, the lawyer representing the department of education who already lied in her motion to dismiss and waived the department's rights to challenge my remaining raised arguments by never challenging them, came to throw the liability on the 7th Circuit stating if they reverse the district court findings, she will consider settlement.



126

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



**4.104**   After the first round of targeting a Coptic was revealed to the entire Court Staff who saw their sins, feeling ashamed and wanting to beautify their images, came the judges led by former Chief Rebecca Pallmeyer and all started to look at their portrays on the Courthouse, unlike the Federal Court in Texas where you will find a banner "In God we trust." In Chicago you will find humans honoring their own flesh like kings and queens.[206] I wasn't happy with that move.



"Good teacher, what must I do to receive eternal life?" asked the merchant. Jesus replied "why do you call me good, no one is good except God alone."[207]

---

[206] See https://vimeo.com/796462177/38d533a581
[207] See https://youtu.be/p1Lb8gplDMI?si=JP1wgVz5tpcdhNzc&t=3946

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL

September 6, 2024

Mark Bochra
Elohim.coptic@outlook.com

Dear Mr. Bochra:

Thank you for your recent correspondences received on August 28, 2024. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by other offices within the DOJ. Therefore, we have forwarded your correspondence to:

U.S. Department of Justice
Office of Professional Responsibility
Director
950 Pennsylvania Avenue, NW
Washington, DC 20530

U. S. Department of Justice
Executive Office for U.S. Attorneys
General Counsel
950 Pennsylvania Avenue, NW
Washington, DC 20530

Please direct any further correspondence regarding this matter to these offices.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,
Office of the Inspector General
Investigations Division

*A complaint was filed with OIG DOJ against Sarah Terman for targeting Mark with lies while covering for the crimes of Kenneth Marcus.[208]*

# Maintaining Public Trust in the U.S. Department of Justice

← Back to All Challenges

Maintaining public trust remains the Department's core, enduring challenge. Indeed, in every Top Management and Performance Challenges Report since 2007, the OIG has identified the need for the Department to be attentive to the public's confidence and trust in it.

---

[208] See OIG DOJ Challenge #3 https://oig.justice.gov/tmpc/challenge-3

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.105** All of this was the first phase of targeting and at that time I was willing to forgive and to forget so long as they treat me fairly in my appeal in my original case *Bochra v. U.S. Department of Education* (1:21-cv-03887) appeal nos. **22-2903, 23-1388** to which another supervisor who took over the communication from the evil Jim Richmond, that was Frank Insalaco, a good guy but with no power, he use to tell me "Mark we will treat you fairly."

**4.106** These were the investigators of the 7th Circuit Judicial Council involved in this first phase of targeting i.e., jumping between investigators to judicial officers to corrupt both procedures to cover for the crimes of the Executive Committee.

> Chief Circuit Judge Diane S. Sykes; Circuit Judge Frank H. Easterbrook; Circuit Judge Michael S. Kanne; Circuit Judge Ilana Diamond Rovner; Circuit Judge Diane P. Wood; Circuit Judge David F. Hamilton; Circuit Judge Michael B. Brennan; Circuit Judge Michael Y. Scudder, Jr.; Circuit Judge Amy J. St. Eve; Circuit Judge Thomas L. Kirsch II; Circuit Judge Candace Jackson-Akiwumi; *Chief District Judge Rebecca R. Pallmeyer of Illinois Northern District Court*;  Chief District Judge Jon DeGuilio of Indiana Northern District Court; Chief District Judge Tanya Walton Pratt of Indiana Southern District Court; Chief District Judge Sara Darrow  of Illinois Central District Court; Chief District Judge Nancy J. Rosenstengel of Illinois Southern District Court; Chief District Judge James D. Peterson of Wisconsin Western District Court;  Chief District Judge Pamela Pepper of Wisconsin Eastern District Court; *District Judge Gary S. Feinerman of Illinois Northern District Court*; *District Judge Sharon Johnson Coleman of Illinois Northern District Court*; *District Judge Edmond E. Chang of Illinois Northern District Court*; Chief Judge Laura K. Grandy (non-voting) of Illinois Southern Bankruptcy Court and *Magistrate Judge Sunil R. Harjani* (non-voting) *of Illinois Northern District Court*.

**4.107** The lord, God proved everything that was written in my very first judicial misconduct complaint in Nos. 07-22-90048 through 90041 verbatim and with it came the resignation of Gary Feinerman when they found out I petitioned the Judicial Conference Committee and I have a pending OCR complaint against Chicago Public School.[209] The one who targeted me at CPS using former U.S. Marshal Jerome Sliva and advised the executive committee to remove my ECF account and time the retaliation with CPS retaliation was none other than Gary Feinerman, the first to resign and the one who recused from voting on my petition as well.[210]

---

**Statement of Chief Judge Rebecca R. Pallmeyer on District Judge Feinerman's Resignation from the District Court Bench**

District Judge Gary Feinerman has announced that he will be returning to the practice of law and has submitted a letter to the President, resigning his commission effective December 31, 2022.

---

[209] See https://www.ilnd.uscourts.gov/_assets/_news/ChiefJudgeonJudgeFeinerman.pdf
[210] https://www.ca7.uscourts.gov/assets/pdf/judicial-conduct_2022/07-22-90048_through_90041_Order_pfr.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

_____

     \* Judicial Council members Chief Circuit Judge Diane S. Sykes, Circuit Judge John Z. Lee, Chief District Judge Rebecca R. Pallmeyer, and District Judge Gary S. Feinerman did not participate in this decision.

*vs.*



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

### A. THE TAIL OF THE GALLANT COPTIC: PROLOGUE

In the story of David vs. Goliath, it wasn't about the weak taking on the strong but rather:

> But God has chosen the foolish things of the world to put to shame the wise, and God has chosen the weak things of the world to put to shame the things which are mighty; and the base things of the world and the things which are despised God has chosen, and the things which are not, to bring to nothing the things that are, that no flesh should glory in his presence [1 Corinthians 1:27-29].[31]

*David vs. Goliath was the parable of weak gaining strength through God.*

It was all written long before the birth of Mark Bochra, that on such and such day, Mark will face multiple trials by various Jewish people; great warriors, mighty men with no fear of God, and in each trial, the Lord, God shall uplift Mark before the eyes of multitudes in order to fulfill his saying.

> If the whole world is against you but God is with you, you are powerful. You can do everything with God's help. What is impossible for people is possible with God. If the entire world is in your fist but God is not with you, you won't be able to do anything. Because God said "without me, you can't do anything." Sometimes God allows a problem to become extremely complicated to the point it is unresolved so people could understand

[31] See https://www.copticchurch.net/bible?r=1+Corinthians+1%3A27-29&version=NKJV

Page 12 of 88

*On page 12 of my 1st Judicial Misconduct Complaint, this is what I wrote*

130

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>





## The Troubling Pattern of Judicial Misconduct Dismissals

A disturbing pattern has emerged within the federal judiciary that threatens the very foundations of judicial accountability and public trust. Recent developments reveal that appellate judges, particularly Seventh Circuit Judge Diane Sykes, have been systematically dismissing judicial misconduct complaints against their colleagues, effectively creating a system where judges police themselves with alarming leniency. This practice represents a fundamental breakdown in the mechanisms designed to ensure judicial integrity and maintain public confidence in our court system.

The judicial misconduct complaint process was established to provide a necessary check on judicial power, ensuring that federal judges remain accountable to the ethical standards expected of those who wield such significant authority over citizens' lives and liberties. However, when appellate judges consistently dismiss valid complaints without thorough investigation or meaningful consideration, they undermine this crucial accountability framework. This trend suggests that the judiciary is increasingly operating as a self-protecting institution rather than one dedicated to upholding the highest standards of justice and integrity.

**4.108**  As of today, there is a pending IARDC complaint in No. 2026-IN-00248 against Gary Feinerman with the state bar; he now falls under their jurisdiction when he returned to being a

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

lawyer; he is the key witness to the executive committee past crimes.[211] What investigator Diane Sykes refused to investigate claiming "she doesn't understand" along with 17 more investigators of the 7th Circuit Judicial Council, another agency does understand.

**4.109**   One would think the targeting concluded in 2023 with covering only for the crimes of the Executive Committee, the targeting continued resulting in more Judicial Misconduct Complaints being filed when they also fixed my main appeal against the Department of Education in Nos. **22-2903, 23-1388** related to my civil lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887) fulfilling the threats of Jim Richmond verbatim. It doesn't matter what excuse they came up with, a petition on banc was before them and they all agreed to fix the appeal with facts from their own imagination. But not only that, investigator Diane Sykes belittle me, calling me this pro se, this Coptic, this restricted filer while I had 3 different pending applications for employment with the 7th circuit and they were part of my judicial misconduct complaints, which showed deliberate indifference, and that wasn't all, in order to silence me completely, they sought money extortion under duress "pay us this amount if you wish to file a future appeal."

- Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman (resigned), Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.
- Nos. 07-24-90029 through 90043 (The cover up)
- Nos. 07-24-90049 through 90063 (The cover up) Subject Diane Wood (resigned)
- No. 07-24-90072 (The cover up) Subject Shelia Finnegan (resigned)[212]
- Nos. 07-24-90098 to 90100 (The cover up)
- Nos. 07-24-90101 to 90102 (The cover up)
- Nos. 07 -24-90122, 07 -24-94723 &. 07 -24-70724 (The cover up) Subjects Ilana Rovner, Michael Brennan, and Michael Scudder.

**4.110**   While all of this was happening there was a pending no stalking petition 22-op-74176 against the Valet Sergio Hernandez filed since June 1, 2022 to which Chief Judge Judith Rice granted the no stalking petition on September 22, 2022 in order to force the party to settle given the major implications against the Executive Committee of Northern District of Illinois stalking me[213] but Jona Goldschmidt the counsel for Sergio refused and he came under oath in a hearing and proved everything I said by their own hands; that indeed I am being stalked and targeted.

---

[211] See https://www.scribd.com/document/983650247/IARDC-Complaint-against-Gary-Feinerman-The-Judge-who-resigned

[212] Forced to resign https://www.ilnd.uscourts.gov/Pages.aspx?page=tabid=1_MJudgeBio_Finnegan

[213] At that time I never knew Alicia McNeal targeted me at CPS on the day my judicial misconduct complaint was delivered to the 7th Circuit on June 10, 2022, all of this was revealed 2 years later through ISBE subpoena CPS.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

02

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

MARK ~~BACHRA~~, Bochra
Petitioner

LEADS NUMBER:

**Judge Judith C. Rice**

**SEP 22 2022**

**Circuit Court - 2123**

CASE NUMBER: 22 OP 74176
CALENDAR: V3

RESPONDENT'S D.O.B:
☒Independent Petition
☐Domestic Relations

vs.

SERGIO HERNANDEZ,
Respondent.

Any order of protection which would expire on a court holiday shall instead expire at the close of the next business day.-750 ILCS 60/222(f)

Angelillo

**CIVIL NO CONTACT STALKING DISPOSITION ORDER**
Orders of Protection

☒ PIC     ☒ PAIC     ☐ RIC     ☒ RAIC     ☐ No parties in court
THE COURT FINDS THAT:                              Goldschmidt
(check applicable boxes)
☒ This is a Petition for a Civil No Contact Stalking Order case; there is no OP.

☐ An Emergency Civil No Contact Stalking Order was issued on .

☐ A (Interim/Plenary) Civil No Contact Stalking Order was issued on .

☐ An (Emergency/Interim/Plenary) Civil No Contact Stalking Order was previously extended on  .

THE COURT HAVING JURISDICTION OF THE SUBJECT MATTER IT IS HEREBY ORDERED THAT:

1. ☒ The Emergency/Interim/Plenary Civil No Contact Stalking Order is extended to 10 / 13/2022 at 09:00 AM.

2. ☒ A status hearing on the Emergency/Interim/Plenary Civil No Contact Stalking Order is set for  10 / 13/2022 at 09:00 AM.

3. ☐ The Emergency/Interim/Plenary Civil No Contact Stalking Order is vacated.

4. ☐ The Emergency/Interim/Plenary Civil No Contact Stalking Order is terminated.

5. ☐ The Emergency/Interim/Plenary Civil No Contact Stalking Order is modified as follows:

_____

_____

6. ☐ Alias Summons to issue.

7. ☐ Service by publication.

8. ☐ Case Number 22 OP 74176 is dismissed, _____AM/PM.
   · on ☐ Petitioner's motion   ☐ Respondent's motion   ☐ Court order

COURT LOCATION: ☒ 555 W Harrison St, Chicago, IL 60607 / <u>Courtroom 304</u>
☒ 10-13-22 @ 9:00 a.m.   ViA  Zoom

CONTINUED on ☐ Petitioner's motion  ☐ Respondent's motion  ☒ Court order FOR :

☐ NO FURTHER CONTINUANCES

☐ Consolidation     ☐ R to retain counsel  ☐ P to retain counsel  ☐ Service

☒ Status     ☐ Hearing     ☐ Entry of default Plenary Order of Protection

Status on Settlement
P - JSANge.lillo @ aoL.com
R - JONag5757 @ yahoo, com

**ENTER: Dated: September 22, 2022**

ORDER OF COURT                                   Judith C. Rice 2123
                                                 Judge,

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Civil No Contact Stalking Order

Order entered against Sergio Hernandez by Chief Judge Judith Rice.[214]

---

[214] See https://judgerice.com/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.111**   With all of this, the targeting never ceased, current Chief Judge Virginia Kendall heading the executive committee after Rebecca Pallmeyer step down taking senior status, seeking vengeance for the resignation of Sheila M. Finnegan after investigator Diane Sykes declared in a subsequent judicial misconduct "go ahead discriminate against a Coptic, that is your official capacity, you can threaten him not to speak about Jesus Christ."[215] Remember previously she claimed "she doesn't understand." Once Mark e-mailed District Court Judges about this reality (they were all looking at each other with the sins of their colleague), they had to force Sheila M. Finnegan to resign but Virginia Kendall went to plot vengeance.[216]

> The May 21 complaint against the magistrate judge was assigned Complaint No. 07-24-90072. The complainant was informed of this designation by letter dated June 11, 2024. This sprawling complaint, like its predecessors, is rambling and incoherent. It contains few specific allegations against the magistrate judge but appears to challenge her actions in her capacity as a member of the district court's Executive Committee, and specifically the Committee's entry of the filing bar against him. The complainant alleges that the filing bar was issued in retaliation for his prior complaints that the Executive Committee was biased against him because he is a Coptic Christian.

*vs*




**4.112**   Storing rage, Virginia Kendall sent 9 U.S. Marshal at 3 different times, to scare Mark not to e-mail judges of the District Court of Northern District of Illinois, to roughen him up. The two times they came I was at work at District 69. Each time, 3 different U.S. Marshal came; they

---

[215] See President Trump EO on Anti Christian Bias Task Force https://www.whitehouse.gov/fact-sheets/2025/02/fact-sheet-president-donald-j-trump-eradicates-anti-christian-bias/
[216] See biography https://www.ilnd.uscourts.gov/Pages.aspx?page=tabid=1_MJudgeBio_Finnegan resigned December 2022.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

again spied on me using Sergio Hernandez in January of 2025 who was forwarding my e-mails about my ongoing civil lawsuit that was pending before the Supreme Court. They also this time spoke to the evil property manager Marla Michalik on the phone about me.



*First time, 3 U.S Marshal appeared (reported to OIG DOJ), Sergio Hernandez on the right*



Second time, 3 more U.S. Marshal appeared (reported to OIG DOJ). Mark is on the right side.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.113** The first 3 U.S. Marshals exchanged their cards with yet again Sergio Hernandez, and he was spying on my civil case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) despite being warned by Judge Daniel Gallagher to "leave this family alone or we will be back here again" in petition 22-OP-74176. An OIG DOJ referral was made. During that time, Sergio Hernandez was in great joy while Walter Bank use to say "don't do it, there is an investigation, don't do it" yet Sergio went ahead, exchanged e-mails with the US. Marshals and started to transfer my e-mails about my own civil case to them. Then the guy would show up in the lobby speaking to doorman Xaralambos Roumbos (**Bob**) telling him while I am standing in the lobby, Sergio would tell Bob "I send them the e-mails and later I delete it, is there a problem? It is send already."

**4.114** After hearing this conversion, I was communicating with Marla Michalik, and the Association telling them how Sergio Hernandez is violating Judge Daniel Gallagher directive to "leave this family alone or we will be back here again" in the no stalking petition **22-OP-74176**.



*Date of the email January 20, 2025.*



"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*The crimes of the people involved in targeting my home. They were referred to the FBI and the lawyers were referred to ARDC.[217]* See pending no stalking petition in Cook County in
**2026-OP-72707**

---

[217] See https://www.scribd.com/document/1035186505/ARDC-Complaint-against-KSN-Lawyer-Bonnie-Varner

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.115**   Instantly the next day, when I came from work, Marla Michalik told me in the office "he is gone Mark, let it go, he is gone" they forced Sergio Hernandez to retire 2 weeks early. But Marla Michalik was the next monster to target Mark and his family. Sergio Hernandez also appeared suddenly on August 16, 2025. A police report was filed **JK129585**.

**4.116**   Now the U.S. Marshal working for the executive committee found out I work again, and on the day my petition was delivered to the Supreme Court to Ms. Lisa Nesbitt on May 7, 2025, I was targeted at my new place of work just like CPS, but District 69 was different, they tried to bribe me with 5k hush money in the middle of an investigation, when I refused they retaliated. It resulted in a 175+ pages OCR complaint in **05-25-1626** against District 69 and FBI complaint.[218]



---

[218] See https://www.scribd.com/document/1009265086/OCR-Complaint-against-Skokie-School-District-69-05-25-1626-Lorenzo-Cervantes-Andrew-Carpenter-Megan-Aseltine-and-Margaret-Clauson

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Mark Bochra
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660 elohim.coptic@outlook.com

**OCR Docket No.** 05-25-1626    **July 2, 2026**    **VIA ELECTRONIC MAIL**

The Honorable Linda McMahon
Secretary for Department of Education
Linda.McMahon@ed.gov

The Honorable Kimberly Richey
Secretary for Office for Civil Rights
kimberly.richey@ed.gov

U.S. Department of Education
Office for Civil Rights
OCR@ed.gov // OCR.Denver@ed.gov
OCR-Transition@ed.gov

FBI Director Kash Patel
FBI Chicago and Washington
KPPatel2@fbi.gov
DSDePodesta@fbi.gov // PEBates@fbi.gov
ABailey@fbi.gov // CGRaia@fbi.gov

Chief Jeffrey Morrison (Education & Employment)
Jeffrey.Morrison@usdoj.gov
education@usdoj.gov

U.S. Marshal Director Gadyaces Serralta
Gadyaces.Serralta@usdoj.gov
Stephanie.Creasy@usdoj.gov

The Honorable Michael ONeill[4]
Acting Inspector General of DOJ
michael.s.o'neill@usdoj.gov

EEOC Acting Chair Andrea R. Lucas
Andrea.Lucas@eeoc.gov

**AMENDED COMPLAINT**

**A COMPLAINT OF INTENTIONAL DISCRIMINATION WITH RETALIATION (5K HUSH MONEY) TARGETING A COPTIC UNDER TITLE VI SHARED ANCESTRY. SEE PRESIDENT TRUMP ANTI CHRISTIAN BIAS TASK FORCE EXECUTIVE ORDER 14202, TITLE IX (GENDER IDEOLOGY TRANSEXUAL INDOCTRINATION: CHILD NEGLECT AND ABUSE), AND SECTION 504. SEEKING ALSO AN INVESTIGATION FOR PATTERN AND PRACTICE UNDER TITLE IX PRESIDENT TRUMP GENDER IDEOLOGY EXECUTIVE ORDER 14168 & PROTECTING CHILDREN FROM CHEMICAL AND SURGICAL MUTILATION 14187**

**Complaint against (Recipient)**
Lincoln Junior Principal Lorenzo Cervantes
Thomas Edison Principal Andy Carpenter[6]
Shaiyna Gulati Behavior Counselor
Yael Kurganoff Elementary Teacher

**D69 Senior Leadership (Recipient)**
Superintendent Margaret Clauson[5]
Assistant Superintendent Megan Aseltine[7]
District 69 Board President Dan Freeman
Board Members for District 69[8]

---

[4] See https://oig.justice.gov/sites/default/files/2026-06/20260601_FO_Org_Chart.pdf

[5] She did the interview with Megan Aseltine and later tried to offer me 5k+ hush money in the middle of the investigation. When I refused, she retaliated with Megan Aseltine. She makes over $331,714k a year.

[6] He was the one who knew my Coptic background and interviewed and accepted me for the job at D69. Lorenzo had to conspire with him because he was the one who hired me. Both make well over 180k a year.

[7] She was the investigator, investigating Mark's complaints under Title VI, IX, and Section 504 with retaliation. She tried to offer me hush money while investigating my complaint, when I refused, she retaliated https://ocrcas.ed.gov/content/skokie-sd-69 she makes $240,706k a year (Official and Individual Capacity).

Page 4 of 183

*Just like Chicago Public Schools (CPS) with multiple motives, District 69 Principal Lorenzo Cervantes had multiple motives to target me.[219]*

---

[219] See license complaint https://www.scribd.com/document/988529052/Educator-Complaint-against-Principal-Lorenzo-Cervantes-District-69

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.117**   The series of targeting never ceased to this very day, the newest Judicial Misconduct Complaint was filed despite Diane Sykes requesting that I pay $1000 for every future complaint I file, which is money extortion, in a sense what they refuse to investigate becomes another agency right to investigate. Government Accountability Office who assigned my reporting a case number in the past **COMP-25-001257**.



**4.118**   A copy of the most recent Judicial Misconduct Complaint can be found here.[220]



**4.119**   One of the most recent incidents was a letter mailed to the Executive Committee which had the cross drawn on the package as all my packages whether to the Supreme Court, 7th circuit,

---

[220] See https://www.scribd.com/document/978186665/10th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit-2025

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

or anywhere I draw the cross because it is God who leads. They tore down the cross from my package before docking it which showed signs of anger, violence, and persecution.



*How it was mailed*



*How it was docketed*

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

For the message of the cross is foolishness to those who are perishing, but to us who are being saved it is the power of God [1 Corinthians 1:18].[221]



**4.120**  As evident from all these targeting, these judicial officers cannot handle the words or the teachings of Jesus Christ and will persecute anyone with a Christian background, their actions speaks louder than words. To this very day their threatening order stands threatening me not to speak about Jesus Christ; it was never officially vacated.

> The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided benefit." *Crawford-El v. Britton*, 523 U.S. 574, 588 n.10 (1998) (citations and internal quotation marks omitted); see also *Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).
>
> <div align="center"><u>And</u></div>
>
> Under Rule 4(a)(4), a judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.

**4.121**  See how the 9th Circuit warned the subject of the complaint not to retaliate against the complainant. Diane Sykes did the opposite; she went to belittle the complainant to scare any and all complainant from reporting; the worst of the worst as her crimes were becoming obvious in

---

[221] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Corinthians+1%3A18&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

term of obstructing justice, concealing material facts, and tempering with an investigation as an investigator not a judicial officer.



**United States Courts for the Ninth Circuit**

Office of the Circuit Executive · 95 7th Street, San Francisco, CA 94103 · (415) 355-8800 · mediarelease@ce9.uscourts.gov

**NEWS RELEASE**

May 1, 2024

Contact: Bill Cracraft
mediarelease@ce9.uscourts.gov

**Judicial Conduct and Disability Complaint Numbers 23-90037 and 23-90041**

**SAN FRANCISCO** – The Judicial Council of the Ninth Circuit has issued an order in <u>In re Complaint of Judicial Misconduct</u>, Nos. 23-90037 and 23-90041, regarding complaints of judicial misconduct against U.S. District Judge Roger T. Benitez of the Southern District of California. Members of the public or media who have questions regarding the allegations against Judge Benitez, the findings of the Judicial Council, or the outcome of the complaints, should refer to the attached order.

3. The Judicial Council reminds Judge Benitez that cognizable misconduct under the JC&D Rules includes retaliation against complainants, witnesses, judicial employees, or others for participating in the misconduct complaint process, or for reporting or disclosing judicial misconduct or disability.

**4.122**  As Governor JB Pritzker explained "how to spot an idiot" describing him or her as "cruel" and explaining look at the kindest person in the room is often the smartest.[222]

"Whenever I'm about to do something, I think 'Would an idiot do that?' and if they would, I do not do that thing." – Dwight Schrute and what is the best way to spot an idiot? Look for the person who is cruel.



How To Spot An Idiot

"Whenever I'm about to do something, I think 'Would an idiot do that?' and if they would, I do not do that thing." – Dwight Schrute And what is the best way to spot an idiot? Look for the person who is cruel.

www.youtube.com

---

[222] See https://www.youtube.com/watch?v=i2Lo8ChhOKU

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.123**   These rules meant nothing to investigator Diane Sykes or the 7th Circuit Judicial Council; or even the Judicial Conference Committee; the system cannot investigate its own. That philosophy failed across the years.

> Under Rule 11(c)(1)(D) of the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 and the Rules for Judicial-Conduct and Judicial-Disability Proceedings Conversely, an allegation that a judge conspired with a prosecutor to make a particular ruling is <u>not merits-related</u>, even though it "relates" to a ruling in a colloquial sense. Such an allegation attacks the propriety of conspiring with the prosecutor and goes beyond a challenge to the correctness — "the merits" — of the ruling itself. An allegation that a judge ruled against the complainant because the complainant is a member of a particular racial or ethnic group, or because the judge dislikes the complainant personally, is <u>also not merits-related</u>. Such an allegation attacks the propriety of arriving at rulings with an illicit or improper motive. Similarly, an allegation that a judge used an inappropriate term to refer to a class of people is not merits-related even if the judge used it on the bench or in an opinion; the correctness of the judge's rulings is not at stake. An allegation that a judge treated litigants, attorneys, judicial employees, or others in a demonstrably egregious and hostile manner is also <u>not merits-related</u>.[223]

**4.124**   This reality hits even this district where I am filing this lawsuit, as clerks continue to leak surveys as well as investigation into the leaker because as it showed, the system is more consumed with covering the sins of their colleagues rather than healing hearts in pain.

- Federal court will investigate leak of survey describing alleged bias and bullying by judges.[224]
- Court to investigate leaked survey alleging misconduct among judges.[225]
- D.C. federal courts to probe leak of employee survey alleging misconduct.[226]
- D.C. Circuit Workplace Survey Leaked, And Investigation of Leaked Survey Is Leaked.[227]
- Judges accused of sex discrimination, bullying, internal survey shows.[228]

See Federal Judicial Misconduct: The Need for Higher Standards on Lower Courts.[229]

---

[223] <u>See</u> page 12 in <u>Rules for Judicial-Conduct and Judicial-Disability Proceedings (Guide, Vol. 2E, Ch. 3) (uscourts.gov)</u>

[224] <u>See</u> https://www.abajournal.com/news/article/federal-court-will-investigate-leaked-survey-describing-alleged-bias-and-bullying-by-judges

[225] <u>See</u> https://www.washingtonpost.com/politics/2022/05/20/dc-court-survey-leak-investigation/

[226] <u>See</u> https://www.reuters.com/legal/litigation/dc-federal-courts-probe-leak-employee-survey-alleging-misconduct-2022-05-20/

[227] <u>See</u> https://reason.com/volokh/2022/05/20/d-c-circuit-workplace-survey-leaked-and-investigation-of-leaked-survey-is-leaked/

[228] <u>See</u> https://www.washingtonpost.com/politics/2022/05/16/judges-accused-discrimination-bullying/

[229] <u>See</u> https://www.villanovalawreview.com/article/155028-federal-judicial-misconduct-the-need-for-higher-standards-on-lower-courts

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



**4.125**  Director FBI Kash Patel had much courage than many judges who fear the Israeli lobby or even gets lobbied by them and they lobby back.[230] Director Patel banned the ADL after reading my e-mails.[231] They are the ones who also have an exclusive website which says "Jews

---

[230] See https://www.opensecrets.org/federal-lobbying/clients/summary?id=D000050818
[231] See https://x.com/CollinRugg/status/1975369139071164757

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

didn't kill Jesus Christ." [232] ADL, Kenneth Marcus, they are all part of the Israeli lobby (left and right wings). The lobby came trying to call director Patel; he never picked up their phone.

- FBI cuts ties with Anti-Defamation League, FBI director says.[233]

**4.126** The Executive Committee of Northern District of Illinois came and first targeted me by placing me on a list in order to devour my flesh by targeting me and the evidence showed it, when I started to object they started to threaten me not to speak about Jesus Christ using their official capacity, when I reported discrimination, they went to retaliate in the most heinous manner covertly and directly. That order still stands and it gets renewed to this very day, the most recent incident is tearing down the cross, a small drawn cross on my envelope. They tore it down because of their evil hearts; they tore it down within the walls of their Court. They declared that they can't tolerate the teachings of Jesus Christ nor a Christian Coptic.

IT IS FURTHER ORDERED that Mr. Bochra's many emails and telephone calls are burdensome, consuming the resources of the Clerk's Office and are duplicative of the motions that are filed on the docket. Mr. Bochra shall cease emailing and calling the Clerk's Office concerning the Executive Committee Orders.   If Mr. Bochra has requests for the Executive Committee or papers to submit, he must make his submissions via CM/ECF by e-filing said submissions.   Mr. Bochra is warned not to submit any additional religious or political material to the Executive Committee.

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be e-filed on the docket of 21cv-6223 and mailed to Mr. Bochra at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ the addressed provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of February, 2022.

**4.127** They first need to target a person using their list but that list doesn't follow any rules or regulations, it also condemns the person for eternity yet judges run to hide leaked misconduct surveys so they are not condemned before the public for eternity.  Take for instance former U.S. Marshal Director Edward Gilmore of the Northern District of Illinois who jokingly threatens to

---

[232] See website https://antisemitism.adl.org/ and see https://x.com/elonmusk/status/1972422307651174617
[233] See https://www.reuters.com/world/us/fbi-cuts-ties-with-anti-defamation-league-2025-10-01/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

shoot a judge, he resigned but never was placed on a restricted list and escorted by U.S Marshals because of his perceived status. The case was investigated by the inspector general.[234]

From page 68 of Mark's judicial misconduct complaint in Nos. 07-22-90041 through 90048.

> The current form of the *Restricted Filer Listing* turned from landing the most "vexatious" litigants on the list to anyone whom the Executive Committee of the Northern District of Illinois deemed unfit by their standards. A person refusing to wear a mask could land on the restricted filer list (Lawrence Brandon case no 1:22-cv-00576 entered February 1, 2022) while another person would not land on the list because of his or her status (the case of the 9 activists protesting inside the court house)[235]; a person who shares his or her opinion regarding certain court staff or judges could land on the restricted filer list (Robert Nicks case no 1:21-cv-03926 entered July 23, 2021) while there is an entire public (website)[236] with good and bad reviews dedicated to reviewing judges.

### MOST RECENT COMMENTS – FEDERAL JUDGES

**Hon. J. Paul Oetken**
★☆☆☆☆
Badly written opinions... He writes opinions that are so completely wrong on the law that it is difficult to believe that he makes any attempt to get a decision right. He cites d...
01/26/2026 06:19 PM        Comment #36014        Read more

**Hon. Jed S. Rakoff**
★★☆☆☆
He issues a lot of decisions that are designed to come off as cerebral and thought provoking, but are just wrong or a rejection of the existing law. He has a habit of picking a si...
01/26/2026 06:11 PM        Comment #36013        Read more

**Hon. Mary Kay Vyskocil**
★★★★½
Competent and no nonsense. A touch slow to decide motions but that has become the standard for SDNY. Professional and detached. She's more or less what you'd expect of a federal ...
01/26/2026 06:06 PM        Comment #36012        Read more

**Hon. Douglas R. Cole**
★★★★★
Judge Cole was very reasonable and treated me, a pro se litigant, with respect and equal treatment. Judge Cole granted me an oral argument hearing and at the hearing he asked me ve...
01/24/2026 01:05 AM        Comment #36011        Read more

> A person could land on the restricted filer list by being targeted first by a person, who hates hearing the name Jesus Christ, then later discriminated and retaliated against with subsequent executive committee orders (that is the current case of Mark Bochra). There is no deny that reformation is needed, reformation first of the <u>hearts</u> before a change to a <u>system</u> because what good is a system absent a good heart "do for others, only what you have others do for you" said Jesus Christ.[237]

**4.128** Then we found the cover up by investigator Diane Sykes declaring "she doesn't understand" in Nos. 07-22-90041 through 90048. This 7th Circuit ruling was tested by first

---

[234] See https://www.chicagotribune.com/news/breaking/ct-met-marshal-resign-justice-department-report-20190605-story.html

[235] See https://chicago.suntimes.com/2022/2/8/22923535/jamal-green-fined-federal-courthouse-protest-jason-van-dyke-release

[236] See https://www.therobingroom.com/home

[237] See https://youtu.be/0feZQkHbCkM?t=2110

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

through a judicial misconduct proceeding that went straight to the 7th Circuit Judicial Council in Nos. **07-22-90041 through 90048** which they all declared "we don't understand" then in appeal in No. **22-1815** by the same investigators who turned into judicial officers but they all declared "oversize brief" so they do understand.

> The Executive Committee can issue two types of orders: judicial and administrative. *See In re Chapman*, 328 F.3d 903, 904 (7th Cir. 2003); *In re Palmisano*, 70 F.3d 483, 484 (7th Cir. 1995). The 7th Circuit has jurisdiction over appeals from the Executive Committee's judicial actions; administrative actions, on the other hand, are reviewed by this circuit's Judicial Council. *See Chapman*, 328 F.3d at 904. *See In re Long*, 475 F.3d 880, 880–81 (7th Cir. 2007).

---

August 16, 2022

Chief Judge Diane S. Sykes

Nos. 07-22-90041 through -90048

IN RE COMPLAINTS AGAINST EIGHT JUDGES

MEMORANDUM AND ORDER

The complainant filed a 368-page misconduct complaint accusing several judges and the clerk of court of unspecified misconduct. The allegations are disjointed and unwieldly, but it appears that the complainant disagrees with the decision of the district's executive committee to place him on the restricted filer list and believes that the judges and the clerk are discriminating against him based on his religious and political beliefs.

The complainant's allegations of bias are utterly unsupported and frivolous. The complaints must therefore be dismissed pursuant to 28 U.S.C. § 352(b)(1)(A)(iii). In addition, the allegations against the clerk of court are beyond the purview of the Judicial Conduct and Disability Act. 28 U.S.C. § 352(b)(1)(A)(i); *see also id.* § 351(a), (d) (permitting a complaint against "a judge" and defining that term to include only circuit, district, bankruptcy, and magistrate judges).

---

vs

**Case Name:** Mark Bochra v. Executive Committee of the United States District
**Case Number:** 22-1815
**Document(s):** Document(s)

**Docket Text:**
ORDER re: Motion to reconsider court order docket 56 dismissing an appeal with merits based on an oversized brief and to correct procedural errors by the clerk, the Judge, and the pro se, and to stay the mandate pending a petition for certiorari with the Supreme Court. [60] The motion is DENIED to the extent it seeks a stay of the mandate. The court will take no action on the motion to the extent it seeks other relief, in light of the June 5, 2023, order denying appellant's petition for rehearing en banc. MRO [61] [7317236] [22-1815] (PS)

148

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**4.129**  But then the Lord, God put all of them to shame when the case of *Pauline Newman v. Kimberly Moore* (24-5173) came in, see Biden Justice Department in ECF 24 pages 27-28[238] tried to equate an agency within the judicial branch with any court and their judges when they said 1 District Court judge <u>cannot</u> overrule 11 investigators of the Federal Council.

> case for the extraordinary relief of mandamus or prohibition"). Similarly, this Court need not determine whether review of the Judicial Council's action is available in the Supreme Court (by mandamus or otherwise). Instead, it is sufficient to recognize that the judicial actions of 11 circuit judges here render those actions unsuitable for review by a district court. *See In re Imperial "400" Nat'l, Inc.*, 481 F.2d 41, 50 (3d Cir. 1973) (Lumbard, J., dissenting) (opining

**4.130**  Now Plaintiff has an order by 17 Federal Judges of the 7th Circuit judicial Council acting as <u>investigators</u> all said "they don't understand." But Plaintiff also has another order by en banc panel of the 7th Circuit Court of appeals all said "oversize brief." In both situations both were investigators and judicial officers corrupting the court and obstructing justice, conspiring with each others to cover for each others' crimes. At this point this is "Operation Greylord" all over again but this time it is not city/state judges, it is federal judges.[239]

**4.131**  Adding to this, who is the one who linked both the 7th Circuit Judges to the Executive Committee, it was none other than Jim Richmond combined with his threatening words toward Mark the Plaintiff.

- o  File your appeal, when are you filing it? Oh you will see what action we will take, and then you can go to your favorite Supreme Court justice and see how they will rule for your case. Said Jim Richmond.[240]

Notwithstanding Jim Richmond's warning that the cards were stacked against a Mark, Mark decided to petition the Judicial Conference Committee in D.C. on October 20, 2022 and later followed up with the Secretary to the Judicial Conference of the United States directly via e-mail and she read many of Mark's e-mails. New members were assigned by Chief Justice John Roberts and they were also part of this journey to this very day directly via e-mails.

---

[238] See https://storage.courtlistener.com/recap/gov.uscourts.dcd.255210/gov.uscourts.dcd.255210.24.1.pdf
[239] See https://www.youtube.com/watch?v=O4wsedwMxw0
[240] See complaint filed with 7th Circuit Judicial Council reporting Jim Richmond's threats https://www.scribd.com/document/875283314/Complaint-to-the-7th-Circuit-Judicial-Council-reporting-Jim-Richmond-s-threats-toward-Mark-the-Coptic

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



**4.132**   The Judicial Conference Committee also lobbies for their own interest.[241]



**4.133**   Just as the "Court" rules against the executive branch in many cases, issuing injunctions.

---

[241] See https://www.opensecrets.org/federal-lobbying/clients/summary?id=D000050818 and <u>see</u> https://www.opensecrets.org/federal-lobbying/clients/lobbyists?cycle=2011&id=D000050818 and <u>see</u> GAO report https://www.gao.gov/products/b-129874-4 and <u>see</u> when they sin https://www.wsj.com/us-news/law/131-federal-judges-broke-the-law-by-hearing-cases-where-they-had-a-financial-interest-11632834421

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



The Court also needs to rule against the Judicial Branch when it <u>sins</u>. Throughout history, Mark did not find a case wherein, an Article III Judge ruled against the Judicial Branch to which he or she is part of but as the Lord, God declared, it became a "house divided."[242]

President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

The Honorable Chuck Grassley
Chairman
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
whistleblower@judiciary-rep.senate.gov

The Honorable Dick Durbin
Ranking Member
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
info@judiciary-dem.senate.gov

The Honorable James Comer
Chairman
2157 Rayburn House Office Building
Washington, D.C. 20515
Judiciary_Whistleblower@mail.house.gov

The Honorable Jørgen Watne Frydnes
Chairman
The Norwegian Nobel Institute
NO-0255 Oslo, Norway
jf@nobelpeacecenter.org

When 2026/2027

Re:  From Beginning to End, There is Always a <u>Carpenter</u>
God Opens and no one Closes; and God Closes and no one Opens!
No One is Righteous — <u>A</u> House Divided: Executive, Legislative, & Judicial
Restoration of Executive, Legislative, & Judicial Branches: Hope beyond Borders
Parables between the Root & the Branches: Jewish (Root) and Gentiles (Branches)
The Revealed 5th vision at last; for the good of the Earth: Endless Rain till the end
One Body in Christ — Comparative Theology: Jesus Christ is King of this <u>World</u>

Dear Mr. President,

Now concerning spiritual gifts, brethren, I do not want you to be ignorant: You know that you were *Gentiles*, carried away to these dumb idols, however you were led. Therefore I make known to you that no one speaking by the Spirit of God calls *Jesus* accursed, and *no one can say that Jesus is Lord except by the Holy Spirit* [1 Corinthians 12:1-4].

Meaning: No one can say that Jesus Christ is the Lord, God *without* the Holy Spirit.

---

[242] See https://www.scribd.com/document/935376792/Future-Letter-to-President-Trump-From-Beginning-To-End-There-Is-Always-A-Carpenter

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

The most recent Judicial Misconduct Complaint was filed on June 17, 2026 via UPS 1Z15AR550349144218.[243]



*This is a self serving process; she often returns from her interview to retaliate again and again by means of money extortion under duress.*[244]

---

[243] See
https://www.ups.com/track?loc=en_US&Requester=NES&tracknum=1Z15AR550349144218&AgreeToTermsAndCo
nditions=yes&WT.z_eCTAid=ct1_eml_Tracking__ct1_eml_qvn_eml_3del&WT.z_edatesent=06182026/trackdetails

[244] See https://www.ilnd.uscourts.gov/judge_display.php?LastName=Kendall See FBI Report
https://www.scribd.com/document/1039256055/FBI-Report-Public-Corruption-Diane-Sykes-Rebecca-Pallmeyer-
Virginia-Kendall-Sara-Ellis-and-Jim-Richmond

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## DEPARTMENT OF JUSTICE

Attorney General Todd Blanche
attorney.general@usdoj.gov
Todd.Blanche40@usdoj.gov

Executive Office for U.S. Attorneys
Francey.Hakes@usdoj.gov

Assistant Attorney General
For Civil Right Division Harmeet K. Dhillon
Harmeet.K.Dhillon@usdoj.gov

U.S. Attorney for Northern District of IL
Andrew Boutros
Andrew.Boutros@usdoj.gov

## DOJ OFFICE OF INSPECTOR GENERAL, FBI DIRECTOR & DIRECTOR OF THE U.S. MARSHALS

The Honorable Michael ONeill[2]
Acting Inspector General of DOJ
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001
michael.s.o'neill@usdoj.gov

The Honorable LaDon A. Reynolds
Director of the U.S. Marshals for the
Northern District of Illinois
ladon.reynolds@usdoj.gov

FBI Director Kash Patel
FBI Chicago Douglas Depodesta
KPPatel2@fbi.gov // DSDePodesta@fbi.gov
ABailey@fbi.gov // CGRaia@fbi.gov

U.S. Marshal Director Gadyaces Serralta
Gadyaces.Serralta@usdoj.gov

## U.S. GOVERNMENT ACCOUNTABILITY OFFICE

Ms. Orice Williams Brown[3]
Acting Comptroller General
Orice.Brown@gao.gov

June 17, 2026

<u>A SERIOUS JUDICIAL MISCONDUCT COMPLAINT AGAINST MEMBERS OF THE EXECUTIVE COMMITTEE OF NORTHERN DISTRICT OF ILLINOIS (ONGOING DISCRIMINATION WITH RETALIATIONS WITH INTENT AND MALICE) INCLUDING MONEY EXTORTION UNDER DURESS BY MS. VIRGINIA KENDALL (FBI REFERRAL VS THE FAILED THE JUDICIAL MISCONDUCT PROCESS) THE CRIMES OF SOME JUDGES OF THE 7TH CIRCUIT AND THE EXECUTIVE COMMITTEE. FBI OPERATION GREY LORD VS FBI OPERATION SCALE RESCUE</u>

Re:    In light of the pending lawsuit in DC against members of the Executive Committee of Northern District of Il, the 7th Circuit Judicial Council, the Judicial Conference Committee among other defendants in *Mark Bochra vs Judicial Conference Committee,*

---

[2] See https://oig.justice.gov/sites/default/files/2026-06/20260601_FO_Org_Chart.pdf
[3] See https://www.gao.gov/about/comptroller-general

Page **2** of **51**

This latest complaints highlights how the judicial conference committee handles complaints against judges.[245] You can lie to the Chief Circuit, <u>no</u> problem.

---

[245] See https://www.nytimes.com/2026/06/11/us/eleanor-ross-judge-sex-misconduct.html

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Remember Brett Kavanaugh and remember the words of Donald Trump "'Where Would He Be Without Me?': Trump Rips Into Kavanaugh In New Book."[246]

I defended this guy in one of my letters to President Trump, little did I know his real character through his actions; I was moved by his tears but his tears were not because he has changed from evil to good, his tears were based on his <u>pride</u> that he could lose his seat as a judge, his status; his only escape from all of this was to jump on the Supreme Court, that didn't change the reality on the ground, it only made the system look more and more corrupt.[247]



_____

[246] See https://www.forbes.com/sites/jackbrewster/2021/07/13/where-would-he-be-without-me-trump-rips-into-kavanaugh-in-new-book/
[247] See https://www.youtube.com/watch?v=mn3_3kpkJwE <u>see</u> what the 10th Circuit said when the complaints were transferred from DC Circuit to the Supreme Court Chief Justice John Roberts. https://www.uscourts.gov/courts/ca10/10-18-90038-et-al.O.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

### C. PERTAINING TO DEFENDANTS RELATED TO LUCAS DOENGES, SPECIAL AGENT FOR THE CHICAGO OFFICE AND HON. DIRECTOR SEAN CURRAN OF THE SECRET SERVICE

**4.134**   Defendant, Lucas Doenges, appeared not during Trump's 1st term, not during Biden's 1st term but during Trump's 2nd during and during the midst of Mark's litigated case in *BOCHRA v. U.S. DEPARTMENT OF EDUCATION* (1:26-cv-00270)[248] that was pending before Judge Amir Ali. The lawsuit was filed January 29, 2026 with the latest pending filing in February 19, 2026. Lucas Doenges had <u>no</u> probable cause to visit Mark or attempt to spy on him covertly but on February 26, 2026 and because he had no authority to even approach Mark's property, he came and grabbed a Chicago police officer (CPD) officer Stachula 13062 to give him that authority. Without officer Stachula accompanying special agent Lucas Doenges, he wouldn't be able to approach Mark.

**4.135**   On February 26, 2026 Lucas Doenges attempted to approach my apartment but he had to surpass doorman Walter Bank, during that time Walter Bank attempted to give me a call but I missed his phone call. According to Walter Bank, officer Stachula was very angry when he told special agent Lucas Doenges you don't have any paper to speak to Mark and he asked for his card to which Lucas gave his card to Walter Bank. Later they forcefully ignored the doorman and went to knock on my apartment because it was CPD who knocked not special agent Lucas Doenges.

**4.136**   During the February 26, 2026 encounter Mr. Lucas appeared kind and professional when Mark told him "is this a setup? And during these times?" Mr. Lucas replied "not at all, I just have a couple of questions to ask you." Mark knew how evil federal law enforcement can setup traps or entrapments; a citizen can't lie to law enforcement 18 U.S.C. § 1001 but what happens when a law enforcement lies in return? We have the story of the indicted US Marshal.[249] Mark told Lucas "I am not supposed to talk to you but go ahead, what are your questions?" CPD officer Stachula had his body camera on so the entire conversation is recorded; in fact Mark went to CPD District 20 and spoke to Supervisor Hernandez to retain the video record for OIG DOJ investigation if needed because he filed a complaint later on once he found special agent Lucas Doenges lied to him.

---

[248] See https://www.courtlistener.com/docket/72224080/bochra-v-us-department-of-education/
[249] See https://oig.justice.gov/news/press-release/deputy-us-marshal-indicted-and-arrested-conspiracy-cyber-stalking-and-perjury

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

---------- Forwarded message ----------
From: **Mark** <domonkasshu36@gmail.com>
Date: Mon, Mar 2, 2026 at 9:13 AM
Subject: Fwd: Israeli Lobby Kenneth Marcus
To: <CAPS.020District@chicagopolice.org>, William.Blier@usdoj.gov <william.blier@usdoj.gov>, <joseph.v.cuffari@oig.dhs.gov>, KPPatel2@fbi.gov <KPPatel2@fbi.gov>, DSDePodesta@fbi.gov <dsdepodesta@fbi.gov>, CGRaia@fbi.gov <CGRaia@fbi.gov>, Andrew.Boutros@usdoj.gov <Andrew.Boutros@usdoj.gov>, attorney.general@usdoj.gov <attorney.general@usdoj.gov>, <Jeanine.Pirro@usdoj.gov>
Cc: potus@who.eop.gov <potus@who.eop.gov>, Susan.s.Wiles@who.eop.gov <susan.s.wiles@who.eop.gov>, Don.r.Berthiaume@usdoj.gov <Don.r.Berthiaume@usdoj.gov>

CC Inspector William Blier (OIG DOJ)
CC Inspector Joseph Cuffari
CC President Trump
CC FBI Director Patel
CC US Attorney Andrew Boutros Chicago
CC US Attorney Jeanine Pirro DC

Dear Inspector William Blier,

CPD holds camera footage for 30 days. In front of Officer Stachula #13062, Lucas couldn't lie so he said he will investigate Kenneth Marcus and he took his name down.

He can't change his demeanor later on the phone, the entire story from the start didn't make sense and was covert just to see my facebook page. But we also all can see the dirty games by the israeli lobby and what they do, so neutral investigation requires that Lucas comply with what he told me unless he had ill will intention.

See leaked videos https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004
See Covert Campaign: https://youtu.be/Mm-Dm4pO0xY?t=722 , See https://youtu.be/_1OgxfCT044?t=929 , See https://youtu.be/Mm-Dm4pO0xY?t=1349

**District 20 is where Officer Stachula works**

The 20th District is made up of the following neighborhoods: Andersonville, Edgewater, Lincoln Square, Uptown and West Ridge. It includes portions of the lakefront.

📞  312-742-8714, 312-742-8715
✉️  CAPS.020District@chicagopolice.org
🖨️  312-742-8803
📍  5400 North Lincoln Avenue, Chicago, IL 60625

https://www.chicagopolice.org/20th-district-lincoln/

Sincerely,
Mark

**4.137**  During the conversation, Lucas came with the question of a crazy facebook user who posts threatening remarks about President Trump on his facebook, making blood remarks etc and he asked if I knew the person or knew this username. I asked Mr. Lucas what does that have to do with me? Lucas replied, well on later pages that facebook user cited your name in a lawsuit i.e., department of education case in *Bochra v. U.S. Department of Education* (1:21-cv-03887). Mark asked Lucas to look at these pages and Mark saw his case cited in that facebook page and told Lucas, do you guys speak to every person their cases is cited by that user? Lucas replied "he also cited other people's cases" Mark replied, you can subpoena that username ip and find his identity. Lucas replied "subpoena takes time" Mark then proceeded to saying, the people who are behind these sort of games is Kenneth Marcus from the Israeli lobby, he is the one behind these targeting, they do these dirty games, and Mark said he referred him to the FBI. Lucas wrote the name Kenneth Marcus down and said he will investigate if he has any ties to this.

**4.138**  Officer Stachula, told Mark, "you can help us search this guy identity, search him on facebook and help us in the investigation" Mark replied "I am not searching that crazy guy name."

**4.139**  During the conversation special agent Lucas Doenges asked Mark "can I see your facebook?" Mark left the door, went to grab his cell phone and returned and showed special agent Lucas his facebook, Lucas replied "pretty normal posts" Mark replied "yes these are my friends from law school wishing me happy birthday and my facebook is private, no one can see it

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

by my friends" Lucas replied to himself "Mark Bochra, your facebook name" Lucas replied "I trust you."

**4.140**  During the conversation special agent Lucas Doenges asked Mark "are you a fan of Trump" after Mark showed him that Trump writes letter to the Coptic people.[250] Mark replied "I am not a fan, I write to him and he listens often, he needs guidance often" based on my recollection. Mark added he writes to both Trump and Biden. Based on my recollection.

**4.141**  Mark also showed Mr. Lucas his pending lawsuit in DC *BOCHRA v. U.S. DEPARTMENT OF EDUCATION* (1:26-cv-00270) and Lucas took a picture of it with his cell phone.

**4.142**  Mark asked CPD officer Stachula, why CPD would come with a secret service? Officer Stachula said "because he is out of town, from DC and CPD has to come with them."

**4.143**  Before Lucas left Mark asked for his card and officer Stachula information and he walked them downstairs to the lobby because Mark told them that his home is already hostile by management and the condo association and they are into rumors.

**4.144**  The first lie on the record when Mark examined Lucas Doenges card, he saw that he is a special agent from Chicago field office not from DC. So now Mark sees an officer and a special agent both lied to him to spy on his facebook page or may be the special agent lied to the officer telling him he is from DC when he is from Chicago.



**4.145**  Mark later followed up with Lucas over emails and text messages and that is when Lucas demeanor changed into not investigating Kenneth Marcus saying this has nothing to do with your

---

[250] See https://www.whitehouse.gov/briefings-statements/2025/06/presidential-message-on-global-coptic-day-2025/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

pending lawsuits in DC nor would he get into it. At that point, Mark referred Lucas to OIG DOJ for any ill will intention that might be covert and e-mailed DHS inspector general and later e-mailed Director Sean Curran of secret service.



**4.146** If they spied on Secretary Kristi Noem, imagine what they would do to Mark the Coptic.[251] These covert targeting won't stop until this lawsuit is resolved related to Kenneth Marcus because everyone who targeted me, targeted me because of this very same journey.

## V. CAUSES OF ACTION

**A. Pertaining to the Department of Education, Secretary Linda McMahon, Secretary for OCR Kimberly Richey, Former Secretary for OCR Kenneth Marcus, and Former OCR Atlanta Director/current OCR Enforcement Director Melanie Velez**

### COUNT I:
**Violation Amdt 1.7.4.3: IHRA Definition is Government Endorsed View Point Discrimination "Jews didn't kill Jesus Christ" (for Injunctive and Declaratory Relief)**

5.1   Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

---

[251] See https://www.msn.com/en-us/news/insight/noem-claims-dhs-staff-spied-on-her/gm-GM87573E8F?gemSnapshotKey=GM87573E8F-snapshot-0&uxmode=ruby

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.2    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.3    On its face, the adopted IHRA definition without congress intent, public notice or comments in the Federal register by the DOE and OCR, is arbitrary or capricious, or both.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the IHRA definition is an endorsed government viewpoint discrimination; (2)  bar the Defendants from using the IHRA definition on the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

## COUNT II:
### The IHRA Definition lacks statutory authority
### (For Injunctive and Declaratory Relief)

5.4    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.5    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.6    On its face, the adopted IHRA definition lacks statutory authority. "[O]ur system does not permit agencies to act unlawfully even in pursuit of desirable ends." Ala. Ass'n of Realtors v. Dep't of Health & Human Servs., 141 S. Ct. 2485, 2490 (2021).

5.7    The IHRA Definition violates multiple provisions of the Administrative Procedure Act, and other federal statutes like Title VI itself "different rules for different people" also violates the equal protection clause and that unambiguously delineate Defendants' rulemaking authority and the procedural requirements that govern that rulemaking. Plaintiff is likely to succeed on the merits of its claims because the adoption of the IHRA (1) exceeds Defendants' statutory authority; (2) is arbitrary and capricious; (3) was adopted without compliance with procedures required by law; and (4) violates the Constitution.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the IHRA definition lacks statutory authority; (2)  bar the Defendants from using the IHRA definition on

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

## COUNT III:
## The IHRA Definition is a major rule that was adopted in violation of the Congressional Review Act (for Injunctive and Declaratory Relief)

5.8     Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.9     This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.10    Before a rule can take effect, the Federal agency promulgating such rule shall submit to each House of the Congress and to the Comptroller General a report containing (i) a copy of the rule; (ii) a concise general statement relating to the rule, including whether it is a major rule; and (iii) the proposed effective date of the rule." 5 U.S.C. § 801(a)(1). A "major rule" cannot take effect until at least 60 days after Congress receives the report. 5 U.S.C. § 801(a)(3). A "major rule" is a "rule that the Office of Management and Budget and the Small Business Administration finds has resulted in or is likely to result in an annual effect on the economy of $100,000,000 or more." 5 U.S.C. § 804(2).

5.11    In order to codify a regulation, it must be formally proposed through the federal register, provide time for public comment, and be approved by the Department of Justice, Office of Management and Budget and the Small Business Administration.

5.12    The Court would still have to set it aside for failure to comply with the Congressional Review Act. "The reviewing court shall hold unlawful and set aside agency action, findings, and conclusions found to be without observance of procedure required by law." 5 U.S.C. § 706(2)(D).

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the IHRA definition violates the Congressional Review Act; (2)  bar the Defendants from using the IHRA definition on the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

**COUNT IV:**
**The IHRA Definition is an Ongoing Coercion Doctrine**
**(For Injunctive and Declaratory Relief)**

5.13    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.14    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.15    In a recent case *Sambrano v. United Airlines* (21-11159) at the 5th circuit court of appeal, the Court applied "ongoing coercion" for a private right to preliminary injunctive relief.[252] The case stems from Plaintiffs who are United Airlines employees. United has given them a choice: receive the COVID-19 vaccine or be placed on unpaid leave indefinitely. The question we address here is narrow. If United's policy is not preliminarily enjoined, are plaintiffs likely to suffer irreparable harm? For the two plaintiffs who received religious exemptions and remain on unpaid leave, the court held that they are.

5.16    The same is likewise true with the adoption of the IHRA definition for many students and their families including the Plaintiff himself who suffered irreparable injuries through *ongoing coercion* to choose between accepting the IHRA definition or lose his conviction in the Lord Jesus Christ and what the bible teaches that it was the Jews who killed Jesus Christ when they asked for the release of a thief named Barabbas and for Jesus Christ to take his place.[253] The bible teaches that Christ was crucified to bring salvation to the world and for humanity to gain power over "sin", as prophesied by prophet Isaiah chapter 53 and many of the Old Testament prophets. Test having a definition which says "Muhammad is not the prophet of Islam" and see how Muslims will rage against the Department of Education.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the IHRA definition is an ongoing coercion; (2)  bar the Defendants from using the IHRA definition on the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

---

[252] See ruling https://www.govinfo.gov/content/pkg/USCOURTS-ca5-21-11159/pdf/USCOURTS-ca5-21-11159-0.pdf
[253] See the scene https://youtu.be/0feZQkHbCkM?t=6096

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

<u>https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf</u>

## COUNT V:
### Violation of 5 U.S.C. Chapter 5, §§ 551, et seq.: Failure to comply with notice and comment requirements IHRA Definition (for Injunctive and Declaratory Relief)

5.17    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.18    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.19    The IHRA definition never went through any notice and comments in direction violation of the APA, yet it is being shared and used on the Department of Education official website.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the IHRA definition is in violation of APA for failure to comply with notice and comment requirements; (2) bar the Defendants from using the IHRA definition on the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

<u>https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf</u>

## COUNT VI:
### Violation of 5 USC Chapter 5, §§ 551, et seq. Adoption of the IHRA definition that is Arbitrary or Capricious IHRA Definition (for Injunctive and Declaratory Relief)

5.20    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.21    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.22    It is undisputed by now why the IHRA definition was used by Kenneth Marcus in the first place; he acted as an unregistered agent under FARA working for Israel. In the leaked video long before he became a secretary for OCR, he said "the goal is to have the *federal government* to establish a *definition of anti-Semitism* that is parallel to the *State Department Definition*" [*sic*]

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

said Kenneth Marcus in a leaked video under the title "the Lobby USA."[254] A year later Kenneth Marcus did what he just said by his own hands. Yet he also knew what is required for him to use the IHRA definition, he also said "in order to codify a regulation, it must be formally proposed through the federal register, provide time for public comment, and be approved by the Department of Justice, Office of Management and Budget and the Small Business Administration", Marcus said.[255]

5.23    The use of the IHRA definition is Arbitrary and Capricious in direct violation of the APA.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the IHRA definition is in violation of APA because it is arbitrary and capricious; (2) bar the Defendants from using the IHRA definition on the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

**COUNT VII:**
**A President cannot amend a regulation "IHRA Definition" through an executive order**
**IHRA Definition (For Injunctive and Declaratory Relief)**

5.24    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.25    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from using the IHRA definition on its official website.

5.26    A president can through an executive order direct an agency to implement certain policies but that is all to the extent of the executive order; an executive order does not give an agency the right to implement what the President's executive order entails without the agency following the proper regulatory process. When an agency engages in ―rule making, defined as formulating, amending, or repealing a ―rule, the APA generally requires the agency to follow certain procedures. Unless a rule falls within one of the statutory exceptions, the agency is required to undertake notice-and-comment rulemaking. (For an overview of notice-and-comment

---

[254] See https://youtu.be/XytkI7afHcQ?t=2004
[255] See https://jewishjournal.com/news/united-states/344959/ted-lieu-spearheads-bipartisan-letter-from-members-of-congress-calling-on-education-dept-to-end-delays-of-investigating-antisemitism-complaints/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

rulemaking procedures). An agency has to comply with the APA not only when it initially promulgates a rule, but also when its actions constitute a substantive amendment to a rule falling within the APA rulemaking requirements.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that a President cannot amend a regulation, the IHRA definition, through an executive order in violation of APA requirement; (2) bar the Defendants from using the IHRA definition on the Department of Education's official website; and (3) the removal the IHRA definition from the Department of Education website located at

https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf

## COUNT VIII:
### Violation of 5 U.S.C. Chapter 5, §§ 551, et seq.: Failure to comply with notice and comment requirements OCR Manual Appeal Removal (for Injunctive and Declaratory Relief)

5.27    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.28    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from removing the appeal process from their OCR Manual which is a major rule subject to APA regulations.

5.29    The removal of the appeal process never went through any notice and comments in direction violation of the APA.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the removal of the appeal process is a major rule in violation of APA for failure to comply with notice and comment requirements; (2) restore the appeal process to the current OCR Manual[256]; and (3) any other relief that the Court may deems just and appropriate.

## COUNT IX:
### Violation of 5 U.S.C. Chapter 5, §§ 551, et seq.:  Removal of the Appeal Procedure from the OCR Manual is Arbitrary or Capricious (for Injunctive and Declaratory Relief)

5.30    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

---

[256] <u>See</u> manual https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/ocrcpm.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.31    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief barring the Department of Education from removing the appeal process from their OCR Manual which is a major rule subject to APA regulations.

5.32    The removal of the appeal process without going through the regulatory process was arbitrary and capricious in direction violation of the APA.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declares that the removal of the appeal process is a major rule in violation of APA arbitrary and capricious; (2) restore the appeal process to the current OCR Manual[257]; and (3) any other relief that the Court may deems just and appropriate.

## COUNT X:
### PROCEDURAL DUE PROCESS – U.S. CONST. AMEND. 5
### Non statutory review (prospective equitable relief and ongoing constitutional violations)

5.33    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.34    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief.

5.35    Defendants, acting under color of law and their authority as federal officers, adopted and applied the OCR Manual to hear, adjudicate, and decide his claims of harassment, discrimination with retaliation and, in doing so, "willfully and knowingly deprived [him] of his property interests without due process of law in violation of the Fifth Amendment to the United States Constitution," and "singled [him] out based on his gender  and Coptic identity, and intentionally violated his right to equal protection under the Fifth Amendment to the United States Constitution.

5.36    Defendants went from enforcement action to tempering with the investigation, concealing material facts, redacting witnesses' names and testimonies i.e., Prof Korin Munsterman and LT Larry Kitchen in order to change the outcome of the investigation after the closure of Florida Coastal School of Law by the Department of Education and in retaliation for Mark reporting Kenneth Marcus to different federal agencies including OIG DOE for his use of the IHRA definition. Because the law school was shut down by the department of education, and there is no

---

[257] <u>See</u> manual https://www.ed.gov/sites/ed/files/about/offices/list/ocr/docs/ocrcpm.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

alternative remedy to this dilemma, the only viable resolution to this journey is the truthful findings issued by Office for Civil Rights by reviewing the testimonies of Prof. Korin Munsterman and LT Larry Kitchen to OCR. OCR HQ knew clearly that the next step was enforcement action, but OCR can't take an enforcement action against a dead law school, nor the Justice Department can file a civil lawsuit against a law school that was shut down.

5.37   Defendants, acting under color of law and their authority as federal officers, willfully and knowingly deprived Plaintiff of his property interests without due process of law in violation of the Fifth Amendment to the United States Constitution.

5.38   As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.39   Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to issue a just and fair findings based on the witnesses' testimony that the law school engaged in intentional discrimination with retaliation;[258] and (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

<div align="center">

**COUNT XI:**
**EQUAL PROTECTION – U.S. CONST. AMEND. 5**
**Non statutory review (prospective equitable relief and ongoing constitutional violations)**

</div>

5.40   Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 as if fully stated herein.

5.41   This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief.

---

[258] The law school asked me to sign on a release and waiver of all my legal claims if I wish to continue my education that was intentional discrimination with retaliation after they failed to frame me turning me from a complainant into a respondent.  They were screwed once their criminal plan led by Benjamin Priester was ruined by God himself.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.42    Defendants, acting under color of law and their authority as federal officers, adopted and applied the OCR Manual to hear, adjudicate, and decide his claims of harassment, discrimination with retaliation and, in doing so, "willfully and knowingly deprived [him] of his property interests without due process of law in violation of the Fifth Amendment to the United States Constitution," and "singled [him] out based on his gender  and Coptic identity, and intentionally violated his right to equal protection under the Fifth Amendment to the United States Constitution.

5.43    Defendants went from enforcement action to tempering with the investigation, concealing material facts, redacting witnesses' names and testimonies i.e., Prof Korin Munsterman and LT Larry Kitchen in order to change the outcome of the investigation after the closure of Florida Coastal School of Law by the Department of Education and in retaliation for Mark reporting Kenneth Marcus to different federal agencies including OIG DOE for his use of the IHRA definition.

5.44    In subjecting Plaintiff to retaliation and discrimination, failing to take immediate and effective action, failing to provide Mark with meaningful review or remedies, Defendants, acting under color of law and their authority as federal officers, singles out Plaintiff based on his Coptic identity and intentionally violated his right to equal protection under the Fifth Amendment of the United States Constitution.

5.45    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.46    Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.47    The APA provides both a cause of action and a waiver of sovereign immunity in suits against federal agencies seeking equitable relief.

> A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for

167

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

compliance. Nothing herein(1) affects other limitations on judicial review or the power or duty of the court to dismiss any action or deny relief on any other appropriate legal or equitable ground; or (2) confers authority to grant relief if any other statute that grants consent to suit expressly or impliedly forbids the relief which is sought.

5 U.S.C. § 702

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to issue a just and fair findings based on the witnesses' testimony that the law school engaged in intentional discrimination with retaliation;[259] and (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

## COUNT XII:
## 42 U.S. Code § 1985(2) - Conspiracy to interfere with civil rights

5.48    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.49    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief.

5.50    Under 42 U.S. Code § 1985(2) Obstructing justice; intimidating party, witness, or juror it states "If two or more persons in any State or Territory conspire to deter, by force, <u>intimidation,</u> or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to <u>injure</u> such party or witness in his person or property on account of his having so attended or testified, or to <u>influence</u> the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or

---

[259] The law school asked me to sign on a release and waiver of all my legal claims if I wish to continue my education that was intentional discrimination with retaliation after they failed to frame me turning me from a complainant into a respondent. They were screwed once their criminal plan led by Benjamin Priester was ruined by God himself.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

more persons conspire for the purpose of impeding, hindering, <u>obstructing</u>, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the <u>equal protection of the laws</u>, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws.

5.51    We first deal with the first set of evidence related to Kenneth Marcus in conjunction with Melanie Velez conspired to retaliate against Mark Bochra when he started to report the crimes of Kenneth Marcus being an agent working for Israel and his use of the IHRA definition, they plotted revenge by changing the outcome of the investigation from "enforcement action" to tempering with witnesses, obstructing justice, concealing material facts by redacting witnesses names and their testimonies i.e., Prof. Korin Munsterman (who told OCR "the law school wanted to get rid of Mark, Mark was a good student")  and LT Larry Kitchen. The second set of evidence was when Mark filed his civil lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887) Sarah Terman representing the defendants conspired with her supervisor Patrick Johnson to attack Mark's character with lies in her motion to dismiss and when Mark filed his response Sarah Terman was not able to rebuttal many of the facts but instead waived defendants rights by failing to challenge many of the raised arguments, then members of the executive committee of northern district of Illinois in conjunction with Sara Ellis worked on targeting Mark's home causing a hostile environment by spying on his home using a former U.S. Marshal Jerome Sliva who used Sergio Hernandez to read about his civil right case, then his place of work at Chicago Public School was the next target and the evidence showed that all were waiting to destroy Mark's civil right case and later retaliate. But it didn't stop there, 7th Circuit former docket supervisor Jim Richmond threatened Mark in the middle of a judicial misconduct proceedings in Nos. 07-22-90041 through 90048 exposing the relationship between the executive committee of northern district of Illinois and the 7th circuit when he said "File your appeal, when are you filing it? Oh you will see what action we will take, and then you can go to your favorite Supreme Court justice and see how they will rule for your case."[260] But that wasn't all, they went inside Mark's case before Sara Ellis rule on the case to seal a copy of his judicial misconduct complaint in ECF 78 in order to turn Mark from a complainant into a respondent and for John C.

---

[260] See https://www.scribd.com/document/875283314/Complaint-to-the-7th-Circuit-Judicial-Council-reporting-Jim-Richmond-s-threats-toward-Mark-the-Coptic

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Kocoras to effectuate that plan (resigned)[261], but then the Lord, God was in its midst destroy all their evil plan and now we see the entire conspiracy of 42 U.S. Code § 1985(2) - Conspiracy to interfere with civil rights.

5.52    While Mark was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887), he was subject to relentless abuse, emotional harassment, and financial lose while also violates rule 4(a)(4) under the Judicial Conduct and Disability Act of 1980 ("Act").[262]

5.53    Abusers protect abusers, an abuser is known to prey on his victim emotional or physical pain, and then watches the victim react to that pain, is often worse than an abuser but a predator.

5.54    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.55    Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.56    Defendants are liable to Plaintiff for the violations of his rights to equal protection under the law and of equal privileges and immunities under the laws of the United States.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights"; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

## COUNT XIII:
### 42 U.S. Code § 1986 - Action for neglect to prevent

5.57    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.58    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief.

---

[261] See https://www.justice.gov/usao-ndil/pr/first-assistant-united-states-attorney-john-c-kocoras-depart-us-attorney-s-office

[262] A judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.59    Under 42 U.S. Code § 1985(2) Obstructing justice; intimidating party, witness, or juror it states "If two or more persons in any State or Territory conspire to deter, by force, <u>intimidation</u>, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to <u>injure</u> such party or witness in his person or property on account of his having so attended or testified, or to <u>influence</u> the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, <u>obstructing</u>, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the <u>equal protection of the laws</u>, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws.

5.60    We first deal with the first set of evidence related to Kenneth Marcus in conjunction with Melanie Velez conspired to retaliate against Mark Bochra when he started to report the crimes of Kenneth Marcus being an agent working for Israel and his use of the IHRA definition, they plotted revenge by changing the outcome of the investigation from "enforcement action" to tempering with witnesses, obstructing justice, concealing material facts by redacting witnesses names and their testimonies i.e., Prof. Korin Munsterman (who told OCR "the law school wanted to get rid of Mark, Mark was a good student")  and LT Larry Kitchen. The second set of evidence was when Mark filed his civil lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887) Sarah Terman representing the defendants conspired with her supervisor Patrick Johnson to attack Mark's character with lies in her motion to dismiss and when Mark filed his response Sarah Terman was not able to rebuttal many of the facts but instead waived defendants rights by failing to challenge many of the raised arguments, then members of the executive committee of northern district of Illinois in conjunction with Sara Ellis worked on targeting Mark's home causing a hostile environment by spying on his home using a former U.S. Marshal Jerome Sliva who used Sergio Hernandez to read about his civil right case, then his place of work at Chicago Public School was the next target and the evidence showed that all were waiting to destroy Mark's civil right case and later retaliate. But it didn't stop there, 7th Circuit former docket supervisor Jim Richmond threatened Mark in the middle of a judicial misconduct proceedings in Nos. 07-22-90041 through 90048 exposing the relationship between the executive

171

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

committee of northern district of Illinois and the 7th circuit when he said "File your appeal, when are you filing it? Oh you will see what action we will take, and then you can go to your favorite Supreme Court justice and see how they will rule for your case."[263] But that wasn't all, they went inside Mark's case before Sara Ellis rule on the case to seal a copy of his judicial misconduct complaint in ECF 78 in order to turn Mark from a complainant into a respondent and for John C. Kocoras to effectuate that plan (resigned)[264], but then the Lord, God was in its midst destroy all their evil plan and now we see the entire conspiracy of 42 U.S. Code § 1985(2) - Conspiracy to interfere with civil rights.

5.61    While Mark was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887), he was subject to relentless abuse, emotional harassment, and financial lose while also violates rule 4(a)(4) under the Judicial Conduct and Disability Act of 1980 ("Act").[265]

5.62    Abusers protect abusers, an abuser is known to prey on his victim emotional or physical pain, and then watches the victim react to that pain, is often worse than an abuser but a predator.

5.63    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.64    Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.65    Defendants are liable to Plaintiff for the violations of his rights to equal protection under the law and of equal privileges and immunities under the laws of the United States.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights"; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

**B. Pertaining to John G. Roberts, Jr., in his official capacity as Presiding Officer of The Judicial Conference of the United States; Robert J. Conrad, in his official capacity as Director of the Administrative Office of the U.S. Courts; Judicial Conference Committee**

---

[263] See https://www.scribd.com/document/875283314/Complaint-to-the-7th-Circuit-Judicial-Council-reporting-Jim-Richmond-s-threats-toward-Mark-the-Coptic

[264] See https://www.justice.gov/usao-ndil/pr/first-assistant-united-states-attorney-john-c-kocoras-depart-us-attorney-s-office

[265] A judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**and their members in both their official and individual capacities; U.S. District Court for the Northern District of Illinois in its Official capacity; Executive Committee of Northern District of Illinois in its Official and members of the Executive Committee in its official and individual Capacities; Judge Sara Ellis and Courtroom Deputy Rhonda Johnson in both their official and individual capacities as co-conspirators; the 7th Circuit Judicial Council in its official capacity and their members in both official and individual capacities jumping between investigators and judicial officers corrupting both investigatory proceeding and appellate proceeding; 7th Circuit Court of Appeals in its official capacity and members of the 7th Circuit Court of Appeals in both their official and individual capacities jumping between investigators and judicial officers corrupting both investigatory proceeding and appellate proceeding against the same defendants i.e., executive committee; David E. Hollar Circuit Executive presiding over the Administrative Work of the 7th Circuit Judicial Council Under 28 U.S.C. §332(e) Official Capacity; Jim Richmond former docket supervisor for the 7th circuit and Current employee in both his official and individual capacity; Clerk #1 Jane Doe Supervisor, and Clerk Paige Shore, Clerk #10 Jane Doe Intake specialist for judicial misconduct complaints in both Their official and individual capacities; Sarah Terman co-conspirator former Assistant U.S. Attorney (current senior litigation counsel) in both her official and individual capacity; John Kocoras (resigned) co-conspirator former First Assistant U.S. Attorney in both his official and individual capacity; William Fletcher & Philip Wagenknecht co-conspirator current Inspector general for Chicago Public Schools in both their official and individual capacities; Kelly Tarrant co-conspirator former deputy manager for Chicago Public School in both her official and individual capacity; Jennifer Reger co-conspirator current director for Administrative Hearings and Libby Massey co-conspirator current deputy general Counsel for Chicago Public Schools in both her official; Sergio Hernandez (valet) co-conspirator (Stalker 1); Former Property Manager Alicia McNeal co-conspirator (Stalker 2); Former U.S. Marshal Jerome Sliva co-conspirator (Stalker 3); and Hon. LaDon Reynolds U.S. Marshal Director for the Northern District Of Illinois overseeing the operation of the local office and a Witness to the Executive Committee's past and current crimes.**

<div align="center">

**COUNT I:**
**Violation Amdt 1.7.4.3: Government Endorsed View Point Discrimination**
**"Threatened not to speak about Jesus Christ"**
**(For Injunctive and Declaratory Relief)**

</div>

5.66    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.67    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.68    Members of the Executive Committee of Northern District of Illinois in conjunction with co-conspirators Judge Sara Ellis and courtroom deputy Rhonda Johnson targeted Mark in the

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

middle of his civil right litigation in *Bochra v. U.S. Department of Education* (1:21-cv-03887) over an email speaking about the teachings of Jesus Christ calling it "inappropriate comment" to land him on a restricted list in order to start targeting Mark the Coptic; we know by now all of this was pretext. Their motives were revealed when they couldn't handle hearing anymore about the teachings of Jesus Christ and they started to threaten him in an official order dated February 11, 2022 using the official capacity of the Executive Committee with individual evil motives.[266] See Supreme Court ruling in 23-939 *Trump v. United States*; when evil motives are involved, immunity is waived for official capacity and there is no immunity for individual capacity.[267]

5.69    After the threat by members of the executive committee of northern district of Illinois, more targeting followed, first his home was stalked causing hostile environment, second his place of work at Chicago public school was targeted to destroy his source of income and later him and his civil right case which centers also about Jesus Christ within the IHRA definition. The Legality of Evil or the Evil of Legality

5.70    Abusers protect abusers, an abuser is known to prey on his victim emotional or physical pain, and then watches the victim react to that pain, is often worse than an abuser but a predator.

5.71    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.72    Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.73    The Executive Committee landing Mark on a restricted list without due process because of the teachings of Jesus Christ and later threatening him in a public order not to speak about Jesus Christ citing "no more religious or political materials" is endorsed government view point discrimination. The order still stands and was not retracted, nor an apology issued for all the targeting that happened to Mark the Coptic.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Defendants members of the Executive Committee of Northern District of Illinois issuing a public order threatening the Plaintiff not to speak about Jesus Christ is a government endorsed view point discrimination targeting Christians; (2) injunctive relief "Enjoin any further violation of

---

[266] See
https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_RestrictedFiles/Bochra%20Mark%20Order%20-%202022-02-11%20_Redacted.pdf
[267] See the plot against the president https://www.youtube.com/watch?v=NcT9HH1opYI

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Plaintiff's rights"; (3) removal of Mark Bochra from the restricted list based on his speech speaking about Jesus Christ teachings; and (4) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

**COUNT II:**
**PROCEDURAL DUE PROCESS – U.S. CONST. AMEND. 5**
**Non statutory review (prospective equitable relief and ongoing constitutional violations)**

5.74   Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.75   This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.76   The doctrine of "non-statutory review" of an unfair judicial misconduct proceeding under the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 waives sovereign immunity of federal officials when constitutional rights are violated.

5.77   Mark filed a complaint with the 7th Circuit Court of Appeals on June 10, 2022 against members of the Executive Committee of Northern District of Illinois in Nos. 07-22-90048 through 07-22-90041; same day Mark was targeted at Chicago Public School in the afternoon and the evidence showed the Executive Committee who targeted his home was linked to Chicago Public School who tried to turn him from a complainant into a respondent.

5.78   The outcome of the Judicial Misconduct Complaint in Nos. 07-22-90048 through 07-22-90041 and without assigning a special committee to investigate disputed facts, investigator Diane Sykes tempered with the investigation, obstructed justice, concealed material facts, and issued findings stating "she doesn't understand the complaint" while a similar complaint by a different complainant was also filed with the 7th Circuit Court of Appeals in Nos. 07-22-90056 through 90075 showing pattern and practice of ongoing misconduct which calls for a special committee to investigate.

5.79   Despite a petition with the 7th Circuit Judicial Council and despite filing a supplement reporting the threats of Jim Richmond and members of the 7th Circuit Judicial Council all affirmed that they also don't understand.

175

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.80    A petition for review was filed with the Judicial Conference Committee but they stood silent in the face of many crimes of their colleagues becoming an accomplice with them.

5.81    With more subsequent judicial misconduct complaints with more facts and evidence as time passed by, investigator Diane Sykes started to show "deliberate indifference" toward the Complainant Mark Bochra compare to the Respondents even when employment as a clerk with the 7th circuit was part of the pending complaints by calling Mark names such as "this Coptic, this pro se, this restricted filer" her anger was visible until the public declared "Judicial Rebellion: The Erosion of Accountability in America's Courts."[268]

- Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman, Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.
- Nos. 07-24-90029 through 90043 (The cover up)
- Nos. 07-24-90049 through 90063 (The cover up) Subject Diane Wood
- No. 07-24-90072 (The cover up) Subject Shelia Finnegan
- Nos. 07-24-90098 to 90100 (The cover up)
- Nos. 07-24-90101 to 90102 (The cover up)
- Nos. 07 -24-90122, 07 -24-94723 &. 07 -24-70724 (The cover up) Subjects Ilana Rovner, Michael Brennan, and Michael Scudder.

5.82    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.83    Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.84    Plaintiff came to the Court seeking his rights to become a lawyer while challenging the IHRA definition in *Bochra v. U.S. Department of Education* (1:21-cv-03887) but Defendants, acting under color of law and their authority as federal officers, willfully and knowingly deprived Plaintiff of his property interests without due process of law in violation of the Fifth Amendment to the United States Constitution.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to remove Mark from the restricted list and issue an apology for targeting him based on his Coptic identity to show the Court welcomes all; and (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this

---

[268] <u>See</u> Center for policy and stability https://policystability.com/post/2025-12/judicial-rebellion-the-erosion-of-accountability-in-americas-courts/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

## COUNT III:
## EQUAL PROTECTION – U.S. CONST. AMEND. 5
## Non statutory review (prospective equitable relief and ongoing constitutional violations)

5.85    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.86    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.87    The doctrine of "non-statutory review" of an unfair judicial misconduct proceeding under the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364 waives sovereign immunity of federal officials when constitutional rights are violated.

5.88    Mark filed a complaint with the 7th Circuit Court of Appeals on June 10, 2022 against members of the Executive Committee of Northern District of Illinois in Nos. 07-22-90048 through 07-22-90041; same day Mark was targeted at Chicago Public School in the afternoon and the evidence showed the Executive Committee who targeted his home was linked to Chicago Public School who tried to turn him from a complainant into a respondent.

5.89    The outcome of the Judicial Misconduct Complaint in Nos. 07-22-90048 through 07-22-90041 and without assigning a special committee to investigate disputed facts, investigator Diane Sykes tempered with the investigation, obstructed justice, concealed material facts, and issued findings stating "she doesn't understand the complaint" while a similar complaint by a different complainant was also filed with the 7th Circuit Court of Appeals in Nos. 07-22-90056 through 90075 showing pattern and practice of ongoing misconduct which calls for a special committee to investigate.

5.90    Despite a petition with the 7th Circuit Judicial Council and despite filing a supplement reporting the threats of Jim Richmond and members of the 7th Circuit Judicial Council all affirmed that they also don't understand.

5.91    A petition for review was filed with the Judicial Conference Committee but they stood silent in the face of many crimes of their colleagues becoming an accomplice with them.

177

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.92    With more subsequent judicial misconduct complaints with more facts and evidence as time passed by, investigator Diane Sykes started to show "deliberate indifference" toward the Complainant Mark Bochra compare to the Respondents even when employment as a clerk with the 7th circuit was part of the pending complaints by calling Mark names such as "this Coptic, this pro se, this restricted filer" her anger was visible until the public declared "Judicial Rebellion: The Erosion of Accountability in America's Courts."[269]

- Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman, Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.
- Nos. 07-24-90029 through 90043 (The cover up)
- Nos. 07-24-90049 through 90063 (The cover up) Subject Diane Wood
- No. 07-24-90072 (The cover up) Subject Shelia Finnegan
- Nos. 07-24-90098 to 90100 (The cover up)
- Nos. 07-24-90101 to 90102 (The cover up)
- Nos. 07 -24-90122, 07 -24-94723 &. 07 -24-70724 (The cover up) Subjects Ilana Rovner, Michael Brennan, and Michael Scudder.

5.93    As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages.

5.94    Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.95    Plaintiff came to the Court seeking his rights to become a lawyer while challenging the IHRA definition in *Bochra v. U.S. Department of Education* (1:21-cv-03887) but Defendants, acting under color of law and their authority as federal officers, willfully and knowingly deprived Plaintiff of his property interests without due process of law in violation of the Fifth Amendment to the United States Constitution.

    WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to remove Mark from the restricted list and issue an apology for targeting him based on his Coptic identity to show the Court welcomes all; and (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887).

---

[269] <u>See</u> Center for policy and stability https://policystability.com/post/2025-12/judicial-rebellion-the-erosion-of-accountability-in-americas-courts/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## COUNT IV:
## 42 U.S. Code § 1985(2) - Conspiracy to interfere with civil rights

5.96    Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.97    This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.98    Defendants members of the Executive Committee of Northern District of Illinois in conjunction with their co-conspirators Judge Sara Ellis and Courtroom deputy Rhonda Johnson willfully targeted Plaintiff, Mark Bochra home through their use of former U.S. Marshal Jerome Sliva causing a hostile environment; this was also in violation of the settlement agreement in *Andira Amin, Mark Bochra et al v. 5757 North Sheridan Rd Condo Assn.et al* (1:12-cv-00446) ECF 66 (the Court that promised to protect Mark's home was the same Court that targeted his home). Defendants used stalker #1 former U.S. Marshal Jerome Sliva who used (Stalker #2 valet Sergio Hernandez and stalker #3 property manager Alicia McNeal) who targeted Mark's place of work at Chicago Public School, all of this interfered with Mark's ongoing civil right case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) given he had to deal with multiple targeting all at once showed attempted conspiracy and conspiracy to interfere with civil rights.

5.99    Defendants employees of Chicago Public School William Fletcher & Philip Wagenknecht (OIG CPS Inspector General) plotted to target the Plaintiff Mark Bochra since April 1, 2022 for the benefit of the executive committee of northern district of Illinois. The evidence and the timeline showed that both waited from April 1, 2022 to June 10, 2022 to target Mark turning him from a complainant into a respondent while Mark was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) and they did it on the day Mark's judicial misconduct complaint in Nos. 07-22-90048 through 90041 arrived at the 7th Circuit Court of Appeals in the morning of June 10, 2022. Defendants remaining employees of Chicago Public Schools continued to target Mark, these defendants are Kelly Tarrant, Jennifer Reger, and Libby Massey.

5.100   But not only that, the direct threats made by Jim Richmond tied both the 7th Circuit Court of Appeals Judges to the Executive Committee of Northern District of Illinois that both sides

179

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

seeks Mark's flesh, seeks to destroy Mark for good. The investigator Diane Dykes became the perpetrator and an accomplice in the cover up crimes of the named subjects in:

- Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman, Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.

5.101  Defendants jumping between investigators and judicial officers ended up fixing not only Mark's appeal before members of the executive committee in **22-1815** but also his appeal pertaining to his main case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) in (**22-2903, 23-1388**) with facts from their own imagination fulfilling the threats of Jim Richmond.

5.100  As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages. Plaintiff was placed permanently on high blood pressure medication and has a history of seizure epilepsy which all members of the 7th Circuit Judicial Council are very well aware of it in addition not to be exposed to anxiety or depression.

5.102  Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

### COUNT V:
### 42 U.S. Code § 1986 - Action for neglect to prevent

5.103  Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.104  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.105 Defendants members of the Executive Committee of Northern District of Illinois in conjunction with their co-conspirators Judge Sara Ellis and Courtroom deputy Rhonda Johnson willfully targeted Plaintiff, Mark Bochra home through their use of former U.S. Marshal Jerome Sliva causing a hostile environment; this was also in violation of the settlement agreement in *Andira Amin, Mark Bochra et al v. 5757 North Sheridan Rd Condo Assn.et al* (1:12-cv-00446) ECF 66 (the Court that promised to protect Mark's home was the same Court that targeted his home). Defendants used stalker #1 former U.S. Marshal Jerome Sliva who used (Stalker #2 valet Sergio Hernandez and stalker #3 property manager Alicia McNeal) who targeted Mark's place of work at Chicago Public School, all of this interfered with Mark's ongoing civil right case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) given he had to deal with multiple targeting all at once showed attempted conspiracy and conspiracy to interfere with civil rights.

5.106 Defendants employees of Chicago Public School William Fletcher & Philip Wagenknecht (OIG CPS Inspector General) plotted to target the Plaintiff Mark Bochra since April 1, 2022 for the benefit of the executive committee of northern district of Illinois. The evidence and the timeline showed that both waited from April 1, 2022 to June 10, 2022 to target Mark turning him from a complainant into a respondent while Mark was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) and they did it on the day Mark's judicial misconduct complaint in Nos. 07-22-90048 through 90041 arrived at the 7th Circuit Court of Appeals in the morning of June 10, 2022. Defendants remaining employees of Chicago Public Schools continued to target Mark, these defendants are Kelly Tarrant, Jennifer Reger, and Libby Massey.

5.107  But not only that, the direct threats made by Jim Richmond tied both the 7th Circuit Court of Appeals Judges to the Executive Committee of Northern District of Illinois that both sides seeks Mark's flesh, seeks to destroy Mark for good. The investigator Diane Dykes became the perpetrator and an accomplice in the cover up crimes of the named subjects in:

- Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman, Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.

5.108  Defendants jumping between investigators and judicial officers ended up fixing not only Mark's appeal before members of the executive committee in **22-1815** but also his appeal

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

pertaining to his main case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) in (**22-2903, 23-1388**) with facts from their own imagination fulfilling the threats of Jim Richmond.

5.109   As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages. Plaintiff was placed permanently on high blood pressure medication and has a history of seizure epilepsy which all members of the 7th Circuit Judicial Council are very well aware of it in addition not to be exposed to anxiety or depression.

5.110   Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.111   Defendants members of the 7th Circuit Judicial Council all had a duty to prevent and halt the ongoing conspiracy by members of the Executive Committee of Northern District of Illinois, however they aided in the cover up of their crimes and participates in the crime as well when they jumped between investigators and judicial officers trying to fix Mark's ongoing appeals. To this very day the targeting is ongoing despite direct reports to them.

> Conversely, an allegation that a judge conspired with a prosecutor to make a particular ruling is not merits-related, even though it "relates" to a ruling in a colloquial sense. Such an allegation attacks the propriety of conspiring with the prosecutor and goes beyond a challenge to the correctness — "the merits" — of the ruling itself. An allegation that a judge ruled against the complainant because the complainant is a member of a particular racial or ethnic group, or because the judge dislikes the complainant personally, is also not merits-related. Such an allegation attacks the propriety of arriving at rulings with an illicit or improper motive. Similarly, an allegation that a judge used an inappropriate term to refer to a class of people is not merits-related even if the judge used it on the bench or in an opinion; the correctness of the judge's rulings is not at stake. An allegation that a judge treated litigants, attorneys, judicial employees, or others in a demonstrably egregious and hostile manner is also not merits-related.[270]

> The existence of an appellate remedy is usually irrelevant to whether an allegation is merits-related. The merits-related ground for dismissal exists to protect judges' independence in making rulings, not to protect or promote the appellate process. A complaint alleging an incorrect ruling is merits-related even though the complainant has no recourse from that ruling. By the same token, an allegation that is otherwise cognizable under the Act should not be dismissed merely because an appellate remedy appears to exist (for example, vacating a ruling that resulted from an improper ex parte communication). However, there may be occasions when appellate and misconduct proceedings overlap, and consideration and disposition of a complaint under these Rules

---

[270] <u>See</u> page 12 in <u>Rules for Judicial-Conduct and Judicial-Disability Proceedings (Guide, Vol. 2E, Ch. 3) (uscourts.gov)</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

may be properly deferred by the chief judge until the appellate proceedings are concluded to avoid inconsistent decisions.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

<div align="center">

**COUNT VI:**
**Intentional Discrimination under Title VI of the Civil Right Act of 1964, 42 U.S.C. § 2000d et seq and the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364**

</div>

5.112  Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.113  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.114  Defendants members of the Executive Committee of Northern District of Illinois despite being told not to discriminate repeatedly reminding them of the Judges' canons, they willfully retaliated against the Plaintiff Mark Bochra turning it into intentional discrimination with retaliation. Even after an initial official filed complaint in Nos. 07-22-90048 through 90041 and members of the executive committee of northern district of Illinois continued with their retaliations to this very day and attempted to cover up their past crimes by retaliating further disregarding both supreme court rulings and Rule 4(a)(4) under the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364.

> The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided benefit." *Crawford-El v. Britton*, 523 U.S. 574, 588 n.10 (1998) (citations and internal

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

quotation marks omitted); see also *Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).

<u>And</u>

Under Rule 4(a)(4), a judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.

5.115   The most recent filed complaint against members of the executive committee of northern district of Illinois was filed on December 13, 2025 despite investigator Diane Sykes trying to intimidate the plaintiff by seeking money extortion under duress in the amount of $1000 for each filed complaint to which the plaintiff told the 7th Circuit what they fail to investigate and remedy becomes the duty of another federal agency.[271]   The most recent complaint was filed directly via UPS Ground as well as directly via e-mails with Circuit Executive David Hollar, Current Chief Judge Michael Brennan, and Clerk of the 7th Circuit Christopher Conway.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

<div align="center">

**COUNT VII:**
**Retaliation for Reporting Discrimination under Title VI of the Civil Right Act of 1964, 42 U.S.C. § 2000d et seq and the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364**

</div>

5.116   Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

---

[271] See a copy of the complaint https://www.scribd.com/document/978186665/10th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit-2025

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.117  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.118  Defendants members of the Executive Committee of Northern District of Illinois despite being told not to discriminate repeatedly reminding them of the Judges' canons, they willfully retaliated against the Plaintiff Mark Bochra turning it into intentional discrimination with retaliation. Even after an initial official filed complaint in Nos. 07-22-90048 through 90041 and members of the executive committee of northern district of Illinois continued with their retaliations to this very day and attempted to cover up their past crimes by retaliating further disregarding both supreme court rulings and Rule 4(a)(4) under the Judicial Conduct and Disability Act of 1980 ("Act"), 28 U.S.C. §§ 351–364.

> The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided benefit." *Crawford-El v. Britton*, 523 U.S. 574, 588 n.10 (1998) (citations and internal quotation marks omitted); see also *Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).

<p style="text-align:center"><u>And</u></p>

> Under Rule 4(a)(4), a judge's efforts to retaliate against any person for reporting or disclosing misconduct, or otherwise participating in the complaint process constitute cognizable misconduct. The Rule makes the prohibition against retaliation explicit in the interest of promoting public confidence in the complaint process.

5.119  The most recent filed complaint against members of the executive committee of northern district of Illinois was filed on December 13, 2025 despite investigator Diane Sykes trying to intimidate the plaintiff by seeking money extortion under duress in the amount of $1000 for each filed complaint to which the plaintiff told the 7th Circuit what they fail to investigate and remedy becomes the duty of another federal agency.[272]  The most recent complaint was filed directly via UPS Ground as well as directly via e-mails with Circuit Executive David Hollar, Current Chief Judge Michael Brennan, and Clerk of the 7th Circuit Christopher Conway.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of

---

[272] See a copy of the complaint https://www.scribd.com/document/978186665/10th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit-2025

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

## COUNT VIII:
### 42 U.S. Code § 1983 - Civil action for deprivation of rights

5.120 Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.121 This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.122 Defendants members of the Executive Committee of Northern District of Illinois in conjunction with their co-conspirators Judge Sara Ellis and Courtroom deputy Rhonda Johnson willfully targeted Plaintiff, Mark Bochra home through their use of former U.S. Marshal Jerome Sliva causing a hostile environment; this was also in violation of the settlement agreement in *Andira Amin, Mark Bochra et al v. 5757 North Sheridan Rd Condo Assn.et al* (1:12-cv-00446) ECF 66 (the Court that promised to protect Mark's home was the same Court that targeted his home). Defendants used stalker #1 former U.S. Marshal Jerome Sliva who used (Stalker #2 valet Sergio Hernandez and stalker #3 property manager Alicia McNeal) who targeted Mark's place of work at Chicago Public School, all of this interfered with Mark's ongoing civil right case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) given he had to deal with multiple targeting all at once showed attempted conspiracy and conspiracy to interfere with civil rights.

5.123 Defendants employees of Chicago Public School William Fletcher & Philip Wagenknecht (OIG CPS Inspector General) plotted to target the Plaintiff Mark Bochra since April 1, 2022 for the benefit of the executive committee of northern district of Illinois. The evidence and the timeline showed that both waited from April 1, 2022 to June 10, 2022 to target Mark turning him from a complainant into a respondent while Mark was litigating his case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) and they did it on the day Mark's

186

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

judicial misconduct complaint in Nos. 07-22-90048 through 90041 arrived at the 7th Circuit Court of Appeals in the morning of June 10, 2022. Defendants remaining employees of Chicago Public Schools continued to target Mark, these defendants are Kelly Tarrant, Jennifer Reger, and Libby Massey.

5.124   But not only that, the direct threats made by Jim Richmond tied both the 7th Circuit Court of Appeals Judges to the Executive Committee of Northern District of Illinois that both sides seeks Mark's flesh, seeks to destroy Mark for good. The investigator Diane Dykes became the perpetrator and an accomplice in the cover up crimes of the named subjects in:

- Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman, Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.

5.125   Defendants jumping between investigators and judicial officers ended up fixing not only Mark's appeal before members of the executive committee in **22-1815** but also his appeal pertaining to his main case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) in (**22-2903, 23-1388**) with facts from their own imagination fulfilling the threats of Jim Richmond.

5.130   As a result of Defendants' unlawful conduct, Plaintiff has suffered psychological harm, emotional distress, humiliation, and monetary damages. Plaintiff was placed permanently on high blood pressure medication and has a history of seizure epilepsy which all members of the 7th Circuit Judicial Council are very well aware of it in addition not to be exposed to anxiety or depression.

5.126   Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

5.127   Defendants members of the 7th Circuit Judicial Council all had a duty to prevent and halt the ongoing conspiracy by members of the Executive Committee of Northern District of Illinois, however they aided in the cover up of their crimes and participates in the crime as well when they jumped between investigators and judicial officers trying to fix Mark's ongoing appeals. To this very day the targeting is ongoing despite direct reports to them.

> The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided benefit." *Crawford-El v. Britton*, 523 U.S. 574, 588 n.10 (1998) (citations and internal

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

quotation marks omitted); see also *Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).

5.128   The most recent filed complaint against members of the executive committee of northern district of Illinois was filed on December 13, 2025 despite investigator Diane Sykes trying to intimidate the plaintiff by seeking money extortion under duress in the amount of $1000 for each filed complaint to which the plaintiff told the 7th Circuit what they fail to investigate and remedy becomes the duty of another federal agency.[273]  The most recent complaint was filed directly via UPS Ground as well as directly via e-mails with Circuit Executive David Hollar, Current Chief Judge Michael Brennan, and Clerk of the 7th Circuit Christopher Conway.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

### COUNT IX:
### The Religious Freedom Restoration Act of 1993 ("RFRA"), 42 U.S.C. § 2000bb, et seq

5.129  Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 as if fully stated herein.

5.130  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.131  Defendants members of the Executive Committee of Northern District of Illinois in conjunction with their co-conspirators Judge Sara Ellis and Courtroom deputy Rhonda Johnson willfully targeted Plaintiff, Mark Bochra home through their use of former U.S. Marshal Jerome Sliva causing a hostile environment; this was also in violation of the settlement agreement in *Andira Amin, Mark Bochra et al v. 5757 North Sheridan Rd Condo Assn.et al* (1:12-cv-00446)

---

[273] See a copy of the complaint https://www.scribd.com/document/978186665/10th-Judicial-Misconduct-Complaint-Rule-26-7th-Circuit-2025

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

ECF 66 (the Court that promised to protect Mark's home was the same Court that targeted his home). Defendants used stalker #1 former U.S. Marshal Jerome Sliva who used (Stalker #2 valet Sergio Hernandez and stalker #3 property manager Alicia McNeal) who targeted Mark's place of work at Chicago Public School, all of this interfered with Mark's ongoing civil right case in *Bochra v. U.S. Department of Education* (1:21-cv-03887) given he had to deal with multiple targeting all at once showed attempted conspiracy and conspiracy to interfere with civil rights.

5.132   The Religious Freedom Restoration Act of 1993 (RFRA), 42 U.S.C. § 2000bb, et seq., is a federal law prohibiting the government from substantially burdening a person's exercise of religion, even through neutral rules, unless it uses the least restrictive means to satisfy a compelling governmental interest. See Judge Robert Gettleman granting Plaintiff preliminary injunction against the government in Case No. 25 C 14168 in ECF 36 and 40 *COALITION FOR SPIRITUAL ANDPUBLIC LEADERSHIP; FR. LARRY DOWLING et al vs. MARKWAYNE MULLIN; TODD LYONS; ) PAMELA BONDI;   U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE;  DONALD J. TRUMP et al.*[274]

5.133   Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability." 42 U.S.C. § 2000bb- 1(a). The statute provides a single exception that applies if the government demonstrates that the application of the burden to the person: "(1) is in is in furtherance of a compelling governmental interest; and (2) is the least restrictive means of furthering that compelling governmental interest." 42 U.S.C. § 2000bb-1(b); see also *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418, 430 (2006) (explaining that RFRA adopted a "strict scrutiny test").

5.134   There was no special interest for members of the Executive Committee to use their official capacity to threaten Mark Bochra not to speak about Jesus Christ, framing it under "religion or political materials." Their hearts were evil and craved evil for they could not hear anymore the words of Jesus Christ, they became the parable of the unjust judge when former chief district judge Rebecca Pallmeyer knowing too well she can't do that, yet she still did it out of the abundance of her heart and some of her colleagues of the executive committee. She came in a public order and threatened Mark not to share any more religious or political materials

---

[274] See https://storage.courtlistener.com/recap/gov.uscourts.ilnd.490229/gov.uscourts.ilnd.490229.36.0_1.pdf and see https://www.documentcloud.org/documents/28024968-broadviewreligord040726/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

because of Mark continuous speaking of Jesus Christ and his teachings.[275] She warned of further consequences if Mark doesn't stop, the same as if a teacher is threatening a student not to speak of Jesus Christ. Few months later from that order, Mark ECF account was removed in the middle of his litigation and he was also targeted at Chicago Public School on April 1, 2022 back to back.

IT IS FURTHER ORDERED that Mr. Bochra's many emails and telephone calls are burdensome, consuming the resources of the Clerk's Office and are duplicative of the motions that are filed on the docket. Mr. Bochra shall cease emailing and calling the Clerk's Office concerning the Executive Committee Orders. If Mr. Bochra has requests for the Executive Committee or papers to submit, he must make his submissions via CM/ECF by e-filing said submissions. Mr. Bochra is warned not to submit any additional religious or political material to the Executive Committee.

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be e-filed on the docket of 21cv-6223 and mailed to Mr. Bochra at ███████████ ███ the addressed provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of February, 2022.

5.135 Defendants Official Capacity exceeded the scope of their authority or acted unconstitutionally and that those actions were therefore ultra vires.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

---

[275] <u>See</u>
https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_RestrictedFiles/Bochra%20Mark%20Order%20-%202022-02-11%20_Redacted.pdf

190

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**C. Pertaining to Lucas Doenges Secret Service, Chicago field office and Director Hon. Sean Curran overseeing secret service agents.**

**COUNT I:**
**42 U.S. Code § 1985(2) - Conspiracy to interfere with civil rights**

5.136  Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, Section IV (B) paragraphs 4.49 through 4.133; and Section IV (C) paragraphs 4.134 through 4.146 as if fully stated herein.

5.137  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.138  Defendant Lucas Doenges in his Official Capacity combined with his individual capacity motives exceeded the scope of his authority or acted unconstitutionally and that those actions were therefore ultra vires as evidence, he had to grab a CPD officer in order to even attempt to speak to Mark with the purpose of spying on him covertly. The timing of Lucas appearance in the midst of all the targeting battles Mark is facing was never a coincidence. As Mark stated before the involved names in Mark's lawsuit are powerful people but not more powerful than God himself, they commit the crimes from afar to target Mark covertly in order not to implicate themselves. They had to use a different agency because the US Marshal was named a defendant in this pending lawsuit *BOCHRA v. U.S. DEPARTMENT OF EDUCATION*, 1:26-cv-00270, (D.D.C.); even that attempt failed.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## COUNT II
### 42 U.S. Code § 1986 - Action for neglect to prevent

5.139  Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, Section IV (B) paragraphs 4.49 through 4.133; and Section IV (C) paragraphs 4.134 through 4.146 as if fully stated herein.

5.140  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.141  Defendant Lucas Doenges in his Official Capacity combined with his individual capacity motives exceeded the scope of his authority or acted unconstitutionally and that those actions were therefore ultra vires as evidence, he had to grab a CPD officer in order to even attempt to speak to Mark with the purpose of spying on him covertly. The timing of Lucas appearance in the midst of all the targeting battles Mark is facing was never a coincidence. As Mark stated before the involved names in Mark's lawsuit are powerful people but not more powerful than God himself, they commit the crimes from afar to target Mark covertly in order not to implicate themselves. They had to use a different agency because the US Marshal was named a defendant in this pending lawsuit *BOCHRA v. U.S. DEPARTMENT OF EDUCATION*, 1:26-cv-00270, (D.D.C.); even that attempt failed.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

## COUNT III
### 42 U.S. Code § 1983 - Civil action for deprivation of rights

5.142  Plaintiff repeats and incorporates by reference each and every allegation Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, Section IV (B) paragraphs 4.49 through 4.133; and Section IV (C) paragraphs 4.134 through 4.146 as if fully stated herein.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.143  This Court is empowered by 28 U.S.C. § 2201-2202 in issuing a declaratory relief, a prospective equitable relief. See also 42 U.S.C. § 1983.

5.144  Defendant Lucas Doenges in his Official Capacity combined with his individual capacity motives exceeded the scope of his authority or acted unconstitutionally and that those actions were therefore ultra vires as evidence, he had to grab a CPD officer in order to even attempt to speak to Mark with the purpose of spying on him covertly. The timing of Lucas appearance in the midst of all the targeting battles Mark is facing was never a coincidence. As Mark stated before the involved names in Mark's lawsuit are powerful people but not more powerful than God himself, they commit the crimes from afar to target Mark covertly in order not to implicate themselves. They had to use a different agency because the US Marshal was named a defendant in this pending lawsuit *BOCHRA v. U.S. DEPARTMENT OF EDUCATION*, 1:26-cv-00270, (D.D.C.); even that attempt failed.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) Declare that Plaintiff's constitutional rights were violated; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights" by ordering the Defendants to cease all forms of targeting direct and covert; (3) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting because of his filed lawsuit in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and (4) Award compensatory and punitive damages for the constitutional violations Plaintiff suffered in an amount that is fair, just, reasonable, and in conformity with the evidence.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff on his own behalf and behalf of other similarly situated respectfully request that this Court enter a judgment in their favor, and against Defendants, and:

a) Pertaining to the named Defendants, the Department of Education *et al* in Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48 related to APA violations, seeking a declaratory and an injunctive relief pertaining to the IHRA definition (1) declares that the IHRA definition is an endorsed government viewpoint discrimination; (2) bar the Defendants from using the IHRA definition on the Department of Education's official website;  (3) the removal the IHRA definition from the Department of Education website located at https://www.ed.gov/media/document/faqs-executive-order-13899-combating-anti-semitism-and-ocrs-enforcement-of-title-vi-of-civil-rights-act-of-1964-2021-33939.pdf ; and (4) any of the other reliefs mentioned in Section (B) Counts I through XI;

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

b) Pertaining to the named Defendants, John G. Roberts, Jr., in his official capacity as Presiding Officer of The Judicial Conference of the United States and the remaining judicial officers *et al* in Section I paragraphs 1.1 through 1.11, Section II paragraphs 2.1 through 2.6, Section III paragraphs 3.1 through 3.24 and Section IV (A) paragraphs 4.1 through 4.48, and Section IV (B) paragraphs 4.49 through 4.133 related to Amdt 1.7.4.3 violation: Government Endorsed View Point Discrimination "threatened not to speak about Jesus Christ", procedural due process violation combined with equal protection clause violation under the 5th amendments seeking non-statutory review such as prospective equitable relief in Nos. 07-22-90048 through 07-22-90041 (1) Declare that Defendants members of the Executive Committee of Northern District of Illinois issuing a public order threatening the Plaintiff not to speak about Jesus Christ is a government endorsed view point discrimination targeting Christians; (2) injunctive relief "Enjoin any further violation of Plaintiff's rights"; (3) removal of Mark Bochra from the restricted list based on his speech speaking about Jesus Christ teachings; (4) to compensate the Plaintiff for the emotional damages that he has gone through fighting this battle and being exposed to ongoing targeting in *Bochra v. U.S. Department of Education* (1:21-cv-03887); and any of the other reliefs mentioned in Section (C) Counts I through VIII;

c) Declare the laws, regulations, and rules that operated to deprive Plaintiff of his rights unconstitutional as applied to Plaintiff

d) Issue a declaratory and injunctive relief against the Executive Committee of Northern District of Illinois barring them from creating a public list under the name "restricted filer"[276] to target any litigants that stands before their Court because of their protected speech, race, or religion. Some abusive clerks enjoyed belittle those who land on that list and Mark met his fair share of good and evil clerks working for the executive committee. Moreover judicial officers cannot open civil cases, call it administrative, and be the judge and the prosecutor at the same time denying due process and toying with their subjects as they see fit. If the Judicial Branch can do that, then so can the Executive Branch.

e) Issue a declaratory relief against the Executive Committee of Northern District of Illinois advising after the removal of the "restricted filer list", a reset has been granted to all, that the people that have cases opened by the executive committee, all of them should receive notices that they will all be removed from that list, that they are not condemned for life and that moving forward, only the justice department can open cases to manage the Court not the judicial officers even if they claim it is administrative because often they tend to retaliate to shut people up who tend to object to their targeting.

f) Issue a declaratory relief pertaining the dissolution of the Executive Committee, judicial officers don't have the power to open civil cases on their own and be the prosecutor and the judge at the same time, which is an imaginary scheme created only by them. As Justice Barrett declared "we do not have the power of the sword, the

---

[276] See https://www.ilnd.uscourts.gov/RestrictedFilers.aspx

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

power to pursue."[277] "The Court lacks the power of the purse," she said. "We lack the power of the sword." For example, an evil judge can't open a civil case against a pro se litigant because of an email about Jesus Christ, and then they try to threaten him not to speak up.

g) Finally issue a declaratory relief against the 7th Circuit Court of Appeals and the 7th Circuit Judicial Council declaring investigators cannot be judicial officers and judicial officers cannot be investigators against the same defendants corrupting both proceedings and in this case the named defendants were the Executive Committee of Northern District of Illinois.

h) Award such other relief as the Court deems just and proper

Dated: <u>July 3, 2026</u>

                    Respectfully submitted,

                    *Mark Bochra*

                    Mark Bochra
                    5757 North Sheridan Road, Apt 13B
                    Chicago, IL 60660

---

[277] See https://www.yahoo.com/news/articles/conservative-justice-admits-supreme-court-214459348.html

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

# <u>EXHIBITS</u>

| Exhibits # | Description |
|---|---|
| I | Copy of Mark's community awards including a presidential award signed by President George W Bush. |
| II | Copy of Mark's letter to the Judicial Conference Committee dated August 14, 2023. |
| III | Copy of Mark's letter to the Judicial Conference Committee dated March 28, 2024. |
| IV | Copies of past judicial Misconduct Complaints including money extortion under duress by former judge Diane Wood (resigned/retired).<br><br>• Nos. 07-22-90048 through 90041 (The origin) known Members of the Executive Committee: Rebecca Pallmeyer, Gary Feinerman, Virginia Kendall, John Z Lee, Sheila Finnegan, and Thomas Bruton.<br>• Nos. 07-24-90029 through 90043 (The cover up)<br>• Nos. 07-24-90049 through 90063 (The cover up) Subject Diane Wood.[278]<br>• No. 07-24-90072 (The cover up) Subject Shelia Finnegan<br>• Nos. 07-24-90098 to 90100 (The cover up) |
| V | Copy of a supplement complaint reporting the threats of Jim Richmond in Nos. 07-22-90048 through 90041 to the 7th Circuit Judicial Council pertaining to how the judges of the 7th Circuit would fix my future appeal and they indeed did in *Mark Bochra v. Department of Education*, No. 23-1388 (7th Cir. 2024).[279]<br><br>Frank Insalaco a docket supervisor of the 7th Circuit who replaced Jim Richmond told Mark "Mark you were suppose to receive a 3 panel judges, the judges know what happened" later he said "Mark they are more powerful than me" he also use to say "Mark trust the process, have faith in the system" |
| VI | Copy of a Judicial Misconduct Complaint filed 12-1-2025. |
| VII | Copy of a Judicial Misconduct Complaint filed 12-16-2025. |
| VIII | Copy of a Judicial Misconduct Complaint filed 12-31-2025. |
| IX | Copy of a Judicial Misconduct Complaint filed 4-7-2026. |
| X | Copy referring some members of the executive committee and the northern district |

---

[278] See https://www.scribd.com/document/947111640/Judicial-Misconduct-Complaint-Money-Extortion-under-Duress-Diane-Wood-7th-Circuit-Sheila-Finnegan

[279] See https://www.scribd.com/document/875283314/Complaint-to-the-7th-Circuit-Judicial-Council-reporting-Jim-Richmond-s-threats-toward-Mark-the-Coptic See appeal order with facts not from the case https://law.justia.com/cases/federal/appellate-courts/ca7/23-1388/23-1388-2024-02-27.html

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

|  |  |
|---|---|
|  | of Illinois and the 7th Circuit to the FBI i.e., Diane Sykes, Rebecca Pallmeyer, Sara Ellis, and Virginia Kendall.[280] For covering for each other's crimes and jumping between investigators and judicial officers. Also to CPD "Chicago Police Department"[281] |
| XI | Copy of ARDC Complaint against one of many lawyers at Chicago Public School, Amber Nesbitt in **IARDC 2026-IN-02010**. |
| XII | Copy of Mark's petition to CEO of Chicago Public School Dr. King. |
| XIII | Copy of Mark's ARDC against Bonnie Varner, one of KSN lawyers who targets Mark's home and trying to cover up for past crimes. In ARDC **2025-IN-03154** |
| XIV | Copy of Mark's pending OCR Complaint in No. 05-25-1626 against District 69 which like Chicago public school ties home targeting, to his petition with the supreme court, to his place of work.[282] |
| XV | Copy of Mark's Petition of no stalking against Marla Michalik in 2026-OP-72707 <br><br> |
| XVI | For detail on how to adjudicate complaint, see 9th circuit in complaint Numbers 23-90037 and 23-90041 against U.S. District Judge Roger T. Benitez.[283] |
| XVII | Copy of part of Mark's upcoming letter to President Trump. |
| XVIII | Copy of Mark's most recent filed Judicial Misconduct Complaint against members of the Executive Committee and some of the involved members the 7th Circuit Court of Appeals. Filed 6-17-2026 |

---

[280] See https://www.scribd.com/document/1026725397/FBI-Report-Public-Corruption-Diane-Sykes-Rebecca-Pallmeyer-Virgina-Kendall-Sara-Ellis-and-Executive-Committee

[281] See https://www.scribd.com/document/1026829681/Chicago-Police-Department-Crime-Tip?secret_password=3poMCfop3KSPrCSWA7nW

[282] See https://www.scribd.com/document/1009265086/OCR-Complaint-against-Skokie-School-District-69-05-25-1626-Lorenzo-Cervantes-Andrew-Carpenter-Megan-Aseltine-and-Margaret-Clauson

[283] See https://cdn.ca9.uscourts.gov/datastore/misconduct/23-90037and23-90041-News-Release-Order.pdf

"*I came to complete not to refute. I came light to the World.*" Jesus Christ

*Via Electronic Mails*

**THE WHITE HOUSE**

President Donald J. Trump
potus@who.eop.gov

White House Chief of Staff Ms Susan Wiles
Susan.s.Wiles@who.eop.gov

Senior Advisor Stephen Miller
stephen.miller@who.eop.gov

**CC**

**ISRAEL PRESIDENT ISAAC HERZOG**

Isaac@president.gov.il // lishka@president.gov.il // naor@president.gov.il

**CC**

**THE SUPREME COURT JUSTICES**

The Honorable Chief Justice John G. Roberts
Supreme Court of the United States
1 First Street, NE, Washington, DC 20543
jroberts@supremecourt.gov

Clerk of the Supreme Court
Hon. Scott S. Harris
SHarris@supremecourt.gov

The Honorable Justice Clarence Thomas
Associate Justice
cthomas@supremecourt.gov

The Honorable Justice Ketanji B. Jackson
Associate Justice
kjackson@supremecourt.gov

The Honorable Justice Samuel A. Alito
Associate Justice
salito@supremecourt.gov

The Honorable Justice Sonia Sotomayor
Associate Justice
ssotomayor@supremecourt.gov

The Honorable Justice Elan Kagan
Associate Justice
ekagan@supremecourt.gov

The Honorable Justice Neil M. Gorsuch
Associate Justice
ngorsuch@supremecourt.gov

The Honorable Justice Brett M. Kavanaugh
Associate Justice
bkavanaugh@supremecourt.gov

The Honorable Justice Amy Barrett
Associate Justice
abarrett@supremecourt.gov

**CC**

**MEMBERS OF THE JUDICIAL CONFERENCE COMMITTEE.**

Members of the Judicial Conference Committee.[284] JCD_PetitionforReview@ao.uscourts.gov

---

[284] See members https://www.uscourts.gov/file/78987/download

198

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Judge Robert J. Jonker (Michigan-Western) as chair of the Committee on Codes of Conduct robert_jonker@miwd.uscourts.gov

Judge Timothy M Tymkovich (Tenth Circuit), as chair of the Committee on Judicial Conduct and Disability. timothy_m_tymkovich@ca10.uscourts.gov

Chief Judge David Jeremiah Barron david_barron@ca1.uscourts.gov;
Judge William E. Smith william_smithrid@uscourts.gov;
Chief Judge Debra Ann Livingston debra_livingston@ca2.uscourts.gov;
Chief Judge Margo K. Brodie mbrodie@nyed.uscourts.gov;
Chief Judge Michael A. Chagares michael_chagares@ca3.uscourts.gov;
Chief Judge Mitchell S. Goldberg mitchell_goldberg@paed.uscourts.gov;
Chief Judge Albert Diaz albert_diaz@ca4.uscourts.gov;
Judge John Bailey Judge_Bailey@wvnd.uscourts.gov;
Chief Judge Jennifer Walker Elrod jennifer_elrod@ca5.uscourts.gov;
Chief Judge Debra M. Brown judge_brown@msnd.uscourts.gov;
Chief Judge Jeffrey S. Sutton jeffrey_sutton@ca6.uscourts.gov;
Judge S. Thomas Anderson stanley_anderson@tnwd.uscourts.gov;
Chief Judge Diane S. Sykes chambers_of_judge_sykes@ca7.uscourts.gov;
Chief Judge Virginia M. Kendall virginia_kendall@ilnd.uscourts.gov;
Chief Judge Steven M. Colloton steven_colloton@ca8.uscourts.gov;
Chief Judge Roberto A. Lange roberto_lange@sdd.uscourts.gov;
Chief Judge Mary H. Murguia mary_murguia@ca9.uscourts.gov;
Judge Leslie E. Kobayashi leslie_kobayashi@hid.uscourts.gov;
Chief Judge Jerome A. Holmes jerome_a_holmes@ca10.uscourts.gov;
Chief Judge William Paul Johnson wjohnson@nmd.uscourts.gov;
Chief Judge William H. Pryor, Jr jill_pryor@ca11.uscourts.gov;
Judge Lisa Wood lisa_wood@gas.uscourts.gov;
Chief Judge Srikanth Srinivasan sri_srinivasan@cadc.uscourts.gov;
Chief Judge James Emanuel Boasberg james_boasberg@dcd.uscourts.gov;
Chief Judge Kimberly A. Moore moorek@cafc.uscourts.gov; and
Chief Judge Mark Barnett mark_barnett@cit.uscourts.gov.[285]

**MEMBERS OF DISTRICT OF COLUMBIA APPEAL COURT**

Circuit Executive Spencer Hallett spencer_hallett@cadc.uscourts.gov

Sri Srinivasan, Chief Judge sri_srinivasan@cadc.uscourts.gov
Karen LeCraft Henderson karen_henderson@cadc.uscourts.gov
Patricia A. Millett    patricia_millett@cadc.uscourts.gov
Cornelia T.L. Pillard cornelia_pillard@cadc.uscourts.gov
Robert L. Wilkins    Robert_wilkins@cadc.uscourts.gov
Gregory G. Katsas    Gregory_Katsas@cadc.uscourts.gov
Neomi Rao    Neomi_rao@cadc.uscourts.gov
Justin R. Walker    Justin_walker@cadc.uscourts.gov

---

[285] <u>See</u> members https://www.uscourts.gov/file/78987/download

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

J. Michelle Childs     <u>Michelle_childs@cadc.uscourts.gov</u>
Florence Y. Pan     <u>Florence_pan@cadc.uscourts.gov</u>
Bradley N. Garcia     <u>Bradley_garcia@cadc.uscourts.gov</u>
Harry T. Edwards     <u>Harry_edwards@cadc.uscourts.gov</u>
Douglas H. Ginsburg     <u>Gouglas_Ginsburg@cadc.uscourts.gov</u>
A. Raymond Randolph     <u>Raymond_randolph@cadc.uscourts.gov</u>
Judith W. Rogers <u>Judith_Rogers@cadc.uscourts.gov</u>

**MEMBERS OF THE NORTHERN DISTRICT OF ILLINOIS**

Judge Georgia N. Alexakis <u>Georgia_Alexakis@ilnd.uscourts.gov</u>
Judge Jorge L. Alonso     <u>Jorge_Alonso@ilnd.uscourts.gov</u>
Judge Marvin E. Aspen     <u>Marvin_Aspen@ilnd.uscourts.gov</u>
Judge John Robert Blakey     <u>John_Blakey@ilnd.uscourts.gov</u>
Judge Elaine E. Bucklo     <u>Elaine_Bucklo@ilnd.uscourts.gov</u>
Judge Edmond E. Chang     <u>Edmond_Chang@ilnd.uscourts.gov</u>
Judge Sharon Johnson Coleman     <u>Sharon_Coleman@ilnd.uscourts.gov</u>
Judge Jeffrey I. Cummings     <u>Jeffrey_Cummings@ilnd.uscourts.gov</u>
Judge Jeremy C. Daniel     <u>Jeremy_Daniel@ilnd.uscourts.gov</u>
Judge Robert M. Dow Jr.     <u>Robert_Dow@ilnd.uscourts.gov</u>
Judge Thomas M. Durkin     <u>Thomas_Durkin@ilnd.uscourts.gov</u>
Judge Sara L. Ellis     <u>Sara_Ellis@ilnd.uscourts.gov</u>
Judge Robert W. Gettleman     <u>Robert_Gettleman@ilnd.uscourts.gov</u>
Judge Joan B. Gottschall     <u>Joan_Gottschall@ilnd.uscourts.gov</u>
Judge Ronald A. Guzman     <u>Ronald_Guzman@ilnd.uscourts.gov</u>
Judge Sunil R. Harjani     <u>Sunil_Harjani@ilnd.uscourts.gov</u>
Judge LaShonda A. Hunt     <u>LaShonda_Hunt@ilnd.uscourts.gov</u>
Judge Lindsay C. Jenkins     <u>Lindsay_Jenkins@ilnd.uscourts.gov</u>
Judge Iain D. Johnston     <u>Iain_Johnston@ilnd.uscourts.gov</u>
Judge Virginia M. Kendall     <u>Virginia_Kendall@ilnd.uscourts.gov</u>
Judge Matthew F. Kennelly     <u>Matthew_Kennelly@ilnd.uscourts.gov</u>
Judge John F. Kness     <u>John_Kness@ilnd.uscourts.gov</u>
Judge Charles P. Kocoras     <u>Charles_Kocoras@ilnd.uscourts.gov</u>
Judge Joan Humphrey Lefkow     <u>Joan_Lefkow@ilnd.uscourts.gov</u>
Judge Martha M. Pacold     <u>Martha_Pacold@ilnd.uscourts.gov</u>
Judge Rebecca R. Pallmeyer     <u>Rebecca_Pallmeyer@ilnd.uscourts.gov</u>
Judge April M. Perry <u>April_Perry@ilnd.uscourts.gov</u>
Judge Philip G. Reinhard     <u>Philip_Reinhard@ilnd.uscourts.gov</u>
Judge Mary M. Rowland     <u>Mary_Rowland@ilnd.uscourts.gov</u>
Judge Steven C. Seeger     <u>Steven_Seeger@ilnd.uscourts.gov</u>
Judge Manish S. Shah     <u>Manish_Shah@ilnd.uscourts.gov</u>
Judge John J. Tharp Jr.     <u>John_Tharp@ilnd.uscourts.gov</u>
Judge Franklin U. Valderrama     <u>Franklin_Valderrama@ilnd.uscourts.gov</u>
Judge Andrea R. Wood     <u>Andrea_Wood@ilnd.uscourts.gov</u>
Judge Jeannice W. Appenteng     <u>Jeannice_Appenteng@ilnd.uscourts.gov</u>
Judge Albert Berry III     <u>Albert_Berry@ilnd.uscourts.gov</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Judge Gabriel A. Fuentes        Gabriel_Fuentes@ilnd.uscourts.gov
Judge Jeffrey T. Gilbert        Jeffrey_Gilbert@ilnd.uscourts.gov
Judge Keri L. Holleb Hotaling        Keri_Hotaling@ilnd.uscourts.gov
Judge Michael F. Iasparro        Michael_Iasparro@ilnd.uscourts.gov
Judge Beth W. Jantz   Beth_Jantz@ilnd.uscourts.gov
Judge Young B. Kim   Young_Kim@ilnd.uscourts.gov
Judge Daniel P. McLaughlin   Daniel_McLaughlin@ilnd.uscourts.gov
Judge Laura K. McNally        Laura_McNally@ilnd.uscourts.gov
Judge Heather K. McShain        Heather_McShain@ilnd.uscourts.gov
Judge Margaret J. Schneider   Margaret_Schneider@ilnd.uscourts.gov
Judge Maria Valdez   Maria_Valdez@ilnd.uscourts.gov
Judge M. David Weisman        David_Weisman@ilnd.uscourts.gov

## MEMBERS OF THE 7TH CIRCUIT

Chief Judge Michael Brennan Michael_Brennan@ca7.uscourts.gov
Judge Frank Easterbrook frank_easterbrook@ca7.uscourts.gov
Judge Kenneth Ripple kenneth_ripple@ca7.uscourts.gov
Judge Ilana Rovner ilana_rovner@ca7.uscourts.gov
Judge David Hamilton david_hamilton@ca7.uscourts.gov
Judge Diane Sykes chambers_of_judge_sykes@ca7.uscourts.gov
Judge Michael Scudder Michael_Scudder@ca7.uscourts.gov
Judge Amy St. Eve amy_st_eve@ca7.uscourts.gov
Judge Thomas Kirsch II Thomas_Kirsch@ca7.uscourts.gov
Judge Candace Jackson-Akiwumi Candace_Jackson-Akiwumi@ca7.uscourts.gov
Judge John Lee John_Lee@ca7.uscourts.gov
Judge Doris Pyror Doris_Pryor@ca7.uscourts.gov
Judge Joshua Kolar Joshua_Kolar@ca7.uscourts.gov
Judge Nancy L. Maldonado Nancy_Maldonado@ca7.uscourts.gov
Judge Rebecca Taibleson Rebecca_Taibleson@ca7.uscourts.gov

## MEMBERS OF THE 7TH CIRCUIT JUDICIAL COUNCIL

Circuit Executive david_hollar@ca7.uscourts.gov // ca07_circuit_executive@ca7.uscourts.gov

Chief Judge Michael Brennan Michael_Brennan@ca7.uscourts.gov
Judge Frank Easterbrook frank_easterbrook@ca7.uscourts.gov
Judge Michael Scudder Michael_Scudder@ca7.uscourts.gov
Judge Amy St. Eve amy_st_eve@ca7.uscourts.gov
Judge Thomas Kirsch II Thomas_Kirsch@ca7.uscourts.gov
Judge Candace Jackson-Akiwumi Candace_Jackson-Akiwumi@ca7.uscourts.gov
Judge John Lee John_Lee@ca7.uscourts.gov
Judge Doris Pyror Doris_Pryor@ca7.uscourts.gov
Judge Joshua Kolar Joshua_Kolar@ca7.uscourts.gov
Judge Nancy Maldonado Nancy_Maldonado@ca7.uscourts.gov
Judge Rebecca Taibleson Rebecca_Taibleson@ca7.uscourts.gov

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Judge Virginia M. Kendall     Virginia_Kendall@ilnd.uscourts.gov
Judge Holly Brady Holly_Brady@innd.uscourts.gov
Judge James R. Sweeney II James_Sweeney@insd.uscourts.gov
Judge Sara Darrow Sara_Darrow@ilcd.uscourts.gov
Judge Staci M. Yandle staci_yandle@ilsd.uscourts.gov
Judge James D. Peterson james_peterson@wiwd.uscourts.gov
Judge Pamela Pepper Pamela_Pepper@wied.uscourts.gov
Judge Sara L. Ellis     Sara_Ellis@ilnd.uscourts.gov
Judge Matthew F. Kennelly    Matthew_Kennelly@ilnd.uscourts.gov
Judge Rebecca R. Pallmeyer    Rebecca_Pallmeyer@ilnd.uscourts.gov

**JUDICIAL INTEGRITY OFFICER**

Mr. Michael Henry
Michael_Henry@ao.uscourts.gov
AO_OJI@ao.uscourts.gov

**ILLINOIS ATTORNEY REGISTRATION**

Ms. Susan Scorzo
Senior Paralegal
Attorney Registration & Disciplinary Commission
One Prudential Plaza
130 East Randolph Drive, Ste. 1500 Chicago, IL  60601
sscorzo@iardc.org

**ILLINOIS SUPREME COURT JUSTICES IN ADMINISTRATIVE CAPACITY OVERSEEING IARDC**[286]

Chief Justice P. Scott Neville Jr SNeville2@illinoiscourts.gov
Judge Tailor, Sanjay T. STailor@illinoiscourts.gov
Judge David K Overstreet DOverstreet@illinoiscourts.gov
Judge Lisa Holder White LWhite@illinoiscourts.gov
Judge Joy V. Cunningham JCunningham@illinoiscourts.gov
Judge Elizabeth M. Rochford ERochford@illinoiscourts.gov
Judge Mary K. O'Brien mobrien@illinoiscourts.gov

Ms. Lea S. Gutierrez, Administrator
One Prudential Plaza
130 East Randolph Drive, Ste. 1500 Chicago, IL  60601
leasgutierrez@iardc.org

**Administration**

- Lea S. Gutierrez — Administrator

---

[286] See https://www.illinoiscourts.gov/courts/supreme-court/meet-the-justices/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

- Scott Renfroe — Deputy Administrator, Litigation and Appeals
- Althea K. Welsh — Deputy Administrator, Intake and Administration
- Neil P. Ballentine — Chief Information Officer
- Aaron Brooks — Chief Information Security Officer
- Richard Robinson — Chief Financial Officer
- Dionna Alexander — Chief People Officer

## Registration

- Britney Bowater — Director, Registration Services
- Andrew Oliva — Registrar

## Education

- Melissa A. Smart — Director of Education
- Mary F. Andreoni — Senior Counsel, Ethics Education
- Anisa L. Jordan — Counsel, Ethics Education

## Restorative & Protective Services

- Christine P. Anderson — Intake Group Manager and Director of Probation and Lawyer Deferral Services
- Myrrha B. Guzman — Manager, Protective Services Group
- Evette Ocasio — Counsel, Protective Services Group

## Intake, Litigation, and Appeals

## Intake

- Karyn A. Bart — Senior Intake Counsel
- Naureen Choudhury — Intake Counsel
- Destiny Collins — Intake Counsel
- Alexandra Johnson — Intake Group Manager
- Albert S. Krawczyk — Senior Counsel, Intake
- Augustine Manga — Intake Counsel
- Roona N. Shah — Senior Intake Counsel

## Litigation

- Stephanie E. Bogdan — Litigation Counsel
- Mary Katherine Boychuk — Litigation Counsel
- Tammy L. Evans — Senior Litigation Counsel
- Richard Gleason — Litigation Group Manager
- Morgan B. Handwerker — Litigation Counsel
- Marci L. Jacobs — Litigation Counsel
- Melissa M. Katt — Litigation Counsel

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

- Matthew D. Lango — Litigation Group Manager
- Rachel C. Miller — Litigation Counsel
- Ann R. Pieper — Litigation Counsel

**Appeals**

- Benjamin L. Boroughf — Senior Counsel, Appellate Division
- Steven R. Splitt — Senior Counsel, Appellate Division and Media Spokesperson
- Athena T. Taite — Senior Counsel, Appellate Division and Director of Professional Development

**Adjudication**

- Michelle M. Thome — Clerk
- Daniel N. Malato — Director of Adjudication Services
- Blair Barbour — Senior Counsel, Adjudication Services
- Kendra L. Morrill — Counsel, Adjudication Services

**STATES ATTORNEYS OFFICE**
Eileen O'Neill Burke
Eileen.Burke@cookcountysao.org // StatesAttorney@CookCountySAO.org

**CIRCUIT COURT OF COOK COUNTY DOMESTIC RELATIONS**

Chief Judge Charles Beach Charles.Beach@cookcountyil.gov
Chief Judge Judith Rice judith.rice@cookcountyil.gov
Judge Marina E. Ammendola marina.ammendola@cookcountyil.gov
Judge Daniel Gallagher Daniel.Gallagher@cookcountyil.gov
Judge Dawn Gonzalez dawn.gonzalez@cookcountyil.gov
Judge Peter Gonzalez peter.gonzalez@cookcountyil.gov

**APPELATE COURT FIRST DISTRICT**[287]

Cynthia Y. Cobbs CCobbs@illinoiscourts.gov
David W. Ellis DEllis@illinoiscourts.gov
Celia Gamrath CGamrath@illinoiscourts.gov
Nathaniel Howse NHowse@illinoiscourts.gov
Michael B. Hyman MHyman@illinoiscourts.gov
Sharon O. Johnson SJohnson@illinoiscourts.gov
Bertina E. Lampkin BLampkin@illinoiscourts.gov
Terrence J. Lavin TLavin@illinoiscourts.gov
Freddrenna M. Lyle FLyle@illinoiscourts.gov
LeRoy K. Martin LMartin@illinoiscourts.gov
Mary L Mikva MMikva@illinoiscourts.gov
Raymond W. Mitchell RMitchell@illinoiscourts.gov

---

[287] See https://www.illinoiscourts.gov/courts/circuit-court/chief-judges-and-administrative-staff/?t=appellate

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

David R. Navarro DNavarro@illinoiscourts.gov
Ramon Ocasio ROcasio@illinoiscourts.gov
Aurelia Pucinski APucinski@illinoiscourts.gov
Clare J. Quish CQuish@illinoiscourts.gov
Jesse G. Reyes JReyes@illinoiscourts.gov
Mary K. Rochford MRochford@illinoiscourts.gov
James Fitzgerald Smith JSmith@illinoiscourts.gov
Sanjay T. Tailor STailor@illinoiscourts.gov
Rena M. Van Tine RVanTine@illinoiscourts.gov
Debra B. Walker DWalker@illinoiscourts.gov
Carl A. Walker CWalker@illinoiscourts.gov

**DEPARTMENT OF JUSTICE**

Acting Attorney General Todd Blanche
Todd.Blanche40@usdoj.gov
attorney.general@usdoj.gov

Assistant Attorney General Harmeet Dhillon
Civil Right Division
Harmeet.K.Dhillon@usdoj.gov

U.S. Attorney for the District of Columbia
Jeanine Ferris Pirro
Jeanine.Pirro@usdoj.gov

U.S. Attorney for Northern District of IL
Andrew Boutros
Andrew.Boutros@usdoj.gov

Assistant Attorney General
Criminal Division A. Tysen Duva[288]
Tysen.Duva2@usdoj.gov
Mac.Heavener@usdoj.gov
Kelly.Milliron@usdoj.gov
Josh.Goldfoot@usdoj.gov
Jennifer.Hodge@usdoj.gov
Hope.Olds@usdoj.gov
Brian.Skaret@usdoj.gov

Executive Office for U.S. Attorneys
Francey.Hakes@usdoj.gov

EEOC Acting Chair Andrea R. Lucas
Andrea.Lucas@eeoc.gov

Chief John Mertens
DOJ (Education)
John.Mertens@usdoj.gov // education@usdoj.gov

Chief Hilary Pinion
DOJ (Employment)
Hilary.Pinion@usdoj.gov

**DOJ OFFICE OF INSPECTOR GENERAL, FBI DIRECTOR & DIRECTOR OF THE U.S. MARSHALS**

The Honorable Michael ONeill[289]
Acting Inspector General of DOJ
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001
michael.s.o'neill@usdoj.gov

The Honorable LaDon A. Reynolds
Director of the U.S. Marshals for the
Northern District of Illinois
ladon.reynolds@usdoj.gov

---

[288] See https://www.justice.gov/criminal
[289] See https://oig.justice.gov/sites/default/files/2026-06/20260601_FO_Org_Chart.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

FBI Director Kash Patel
FBI Chicago Douglas Depodesta
FBI Washington Philip Bates & Darren B. Cox
KPPatel2@fbi.gov // DSDePodesta@fbi.gov
PEBates@fbi.gov // DBCox@fbi.gov
ABailey@fbi.gov // CGRaia@fbi.gov

U.S. Marshal Director Gadyaces Serralta
Gadyaces.Serralta@usdoj.gov

CIGIE cigie.information@cigie.gov
Tammy.Hull@cigie.gov Acting Chair
Terrence.Edwards@cigie.gov Acting Vice-Chair
Andrew.Cannarsa@cigie.gov Executive Director
Atticus.Reaser@cigie.gov General Counsel

The Honorable Brian Harrison
Acting Inspector General OIG HUD
BHarrison@hudoig.gov

## CC

## U.S. SENATE COMMITTEE ON THE JUDICIARY

The Honorable Chuck Grassley
Chairman
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
whistleblower@judiciary-rep.senate.gov

The Honorable Dick Durbin
Ranking Member
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
info@judiciary-dem.senate.gov

The Honorable James Comer
Chairman
2157 Rayburn House Office Building
Washington, D.C. 20515
Judiciary_Whistleblower@mail.house.gov

The Honorable Lindsey Graham
Chief of Staff – Richard Perry

The Honorable John Cornyn
Chief of Staff – Drew Brandewie

The Honorable Mike Lee
Chief of Staff – Mark Wait

The Honorable Ted Cruz
Chief of Staff – John Etue

The Honorable Josh Hawley
Chief of Staff – Chris Weihs

The Honorable Thom Tillis
Chief of Staff – Daniel Keylin

The Honorable John Kennedy
Chief of Staff – David Stokes

The Honorable Marsha Blackburn
Chief of Staff – Katie Lane

The Honorable Eric Schmitt
Chief of Staff – Casey Contres

The Honorable Katie Britt
Chief of Staff – Clay Armentrout

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| | |
|---|---|
| The Honorable Ashley Moody<br>Chief of Staff – Justin Roth | The Honorable Sheldon Whitehouse<br>Chief of Staff – Monalisa Dugue |
| The Honorable Amy Klobuchar<br>Chief of Staff – Keagan Buchanan | The Honorable Chris Coons<br>Chief of Staff – Brian Winseck |
| The Honorable Richard Blumenthal<br>Chief of Staff – Joel Kelsey | The Honorable Mazie Hirono<br>Chief of Staff – Coti Haia |
| The Honorable Cory Booker<br>Chief of Staff – Veronica Duron | The Honorable Alex Padilla<br>Chief of Staff – David Montes |
| The Honorable Peter Welch<br>Chief of Staff – Ali Golden | The Honorable Adam Schiff<br>Chief of Staff – Patrick Boland |

**HOUSE SPEAKER**

The Honorable Mike Johnson
Speaker of the House

**THE LEADERSHIP CONFERENCE ON CIVIL AND HUMAN RIGHTS**

President Ms. Maya Wiley wiley@civilrights.org
Executive Vice President Mr. Chris Canning Canning@civilrights.org

**LEGAL DEFENSE FUND**

President Ms. Janai Nelson jnelson@naacpldf.org
Associate Director-Counsel Ms. Tona Boyd TBoyd@naacpldf.org

**JUDICIALWATCH**

Mr. Thomas Fitton TFitton@judicialwatch.org
Mr. Paul Orfanedes POrfanedes@judicialwatch.org
Mr. Chris Farrell CFarrell@judicialwatch.org

**FIRST AMERICAN LEGAL**

President & Co-Founder Mr. Gene Hamilton gene.hamilton@aflegal.org
Co-Founder Mr. Stephen Miller Stephen.Miller@aflegal.org

**UNIVERSITY OF CHICAGO LAW SCHOOL FACULTY**[290]

William Baude baude@uchicago.edu
Omri Ben-Shahar omri@uchicago.edu

---

[290] See https://www.law.uchicago.edu/directory?profile_type=103

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Curtis A. Bradley <u>bradleyca@uchicago.edu</u>
Douglas G. Baird <u>dbaird@uchicago.edu</u>
Adam Chilton <u>deanchilton@uchicago.edu</u>
Hajin Kim <u>hajin@uchicago.edu</u>
Craig B. Futterman <u>futterman@uchicago.edu</u>
Jeff Leslie <u>jleslie@law.uchicago.edu</u>

**THE POPES**

Pope Tawadros II of Alexandria (Coptic Church)
Pope Leo XIV (Catholic Church)